Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

*Attorneys for Plaintiffs and the Class*

(Additional counsel appear on signature page)

FILED

06 JAN 24  PM 12: 52

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RS**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, AND DOES 1-10, <br><br> Defendants. | Case No.:  0536 <br><br> **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no other persons or entities known to have an interest in this matter.

Dated: January 24, 2008

Lori E. Andrus

Lori E. Andrus
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415)896-1000
Facsimile: (415)-896-2249

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey K. Berns (SBN 131351)
LAW OFFICES OF JEFFREY K. BERNS
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Telephone: (818) 961-2000
Facsimile: (818) 867-4820
jberns@jeffbernslaw.com

Paul R. Kiesel, Esq. (SBN 119854)
Patrick DeBlase, Esq. (SBN 167138)
Michael C. Eyerly, Esq. (SBN 178693)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
kiesel@kbla.com
deblase@kbla.com
eyerly@kbla.com

*Attorneys for Plaintiff and the Class*

PLTFS' CERTIFICATION OF INTERESTED ENTITIES