UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, et al.,<br><br>    Defendant(s).    / | No. C 08 00536-RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/29/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON, LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, AND DOES 1-10,<br><br>Defendants. | Case No.: C 08-00536 RS<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen and not a party to the above captioned action. I am employed in San Francisco, California at Andrus Liberty & Anderson, LLP, 1438 Market Street, San Francisco, California 94102.

On the date set forth below, I served a true and correct copy of the following documents via United States Postal Service certified mail, return receipt requested:

1. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**

2. **PROOF OF SERVICE;**

On the following parties:

Mortgage Investors Group, Inc.
Attn.: W. Cleary or other corporate officer
501 James Robertson Parkway
Nashville, TN 37219

Mortgage Investors Group, general partnership
Attn.: W. Cleary or other corporate officer
501 James Robertson Parkway
Nashville, TN 37219

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2008 at San Francisco, California.

_____
Jeffrey Lais