UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON,<br><br>              Plaintiff(s),<br><br>VS.<br><br>MORTGAGE INVESTORS GROUP, ET AL ,<br><br>              Defendant(s).<br>_____ | C 08-00536 RS<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 14, 2008 before the Honorable Judge Richard Seeborg has been continued to **May 16, 2008 @ 10:30 a.m.,** before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on May 6, 2008.

       If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, to take this matter off calendar.

Dated: January 30, 2008
                                        RICHARD W. WIEKING,
                                        Clerk of Court

                                        /s/_____
                                        Martha Parker Brown
                                        Deputy Clerk