1 ROLAND P. REYNOLDS, ESQ., (SBN 150864)
rreynolds@pfeiferlaw.com
2 PFEIFER & REYNOLDS, LLP
3 765 The City Drive, Suite 380
Orange, CA 92868
4 Telephone: (310) 788-3900
Fax: (310) 388-5416
5 Attorneys for Defendants MORTGAGE INVESTORS
GROUP, INC., and MORTGAGE INVESTORS GROUP,
6 A General Partnership

7
LORI E. ANDRUS (SBN 205816)
8 lori@libertylaw.com
MICHA STAR LIBERTY (SBN 215687)
9 micha@libertylaw.com
JENNIE LEE ANDERSON (SBN 203586)
10 Jennie@libertylaw.com
ANDRUS LIBERTY & ANDERSON LLP
11 1438 Market Street
San Francisco, CA 94102
12 Telephone: (415) 896-1000
Fax: (415) 896-2249
13 Attorneys for Plaintiff JAY J. RALSTON,
On Behalf of Himself And All Others Similarly Situated
14

15 UNITED STATES DISTRICT COURT

16 FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 SAN JOSE DIVISION

18
JAY J. RALSTON, On Behalf Of Himself ) Civil Case No. CV 08-00536 JF
19 And All Others Similarly Situated; )
) STIPULATION TO EXTEND TIME FOR
20          Plaintiff, ) DEFENDANTS TO ANSWER OR OTHERWISE
) RESPOND TO THE COMPLAINT
21    vs. )
)
22 MORTGAGE INVESTORS GROUP, )
INC., MORTGAGE INVESTORS )
23 GROUP, a general partnership, and DOES )
1-10, )
24          Defendants. )
)
25 )

26

27
                                   1
28
                                                              CV08-00536 JF
        STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR
                     OTHERWISE RESPOND TO THE COMPLAINT

This Stipulation is entered into by and among Plaintiff Jay J. Ralston ("Plaintiff"), and Defendants MORTGAGE INVESTORS GROUP, INC. and MORTGAGE INVESTORS GROUP ("Defendants"), as follows:

1. WHEREAS, Plaintiff caused Defendants to be served with the Summons and Complaint via certified mail, return receipt requested;

2. WHEREAS, the date of mailing of the Summons and Complaint was January 28, 2008;

3. WHEREAS, Defendants' answer or other response to the Complaint is due on or about February 27, 2008;

4. WHEREAS, Counsel for Defendants needs additional time to become familiar with the facts of this case, investigate the matter more fully, analyze the claims asserted in the Complaint, and discuss the case with Defendants, who are based in Tennessee;

5. WHEREAS, Defendants' counsel requested of Plaintiff a thirty (30) day extension of time for Defendants to answer or otherwise respond to the Complaint.

6. WHEREAS, Plaintiff does not object to, and is willing to allow such an extension of time for Defendants to answer or otherwise respond to the Complaint.

7. WHEREAS, a thirty (30) day extension of time to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

8. WHEREAS, pursuant to Local Civil Rule 6-1(a), no court order is necessary to grant such extension of time.

///
///
///

1  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their
2  respective counsel of record, and pursuant to Local Civil Rule 6-1(a), that Defendants have an
3  additional thirty (30) day period within which to answer or otherwise respond to the Complaint, so
4  that Defendants' answer or other initial response thereto is due on or before March 28, 2008.

5  Dated:                                             PFEFIER & REYNOLDS, LLP

7                                        By:   /s/ Roland P. Reynolds
                                               ROLAND P. REYNOLDS, Esq.
8                                              Attorneys for Defendants MORTGAGE
                                               INVESTORS GROUP, INC. and MORTGAGE
9                                              INVESTORS GROUP

11 Dated: 2/13/08                              ANDRUS LIBERTY & ANDERSON LLP

13                                       By:   
                                               MICHA STAR LIBERTY, Esq.
14                                             Attorneys for Plaintiff JAY J. RALSTON

### ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

                                         By:   /s/ Annabelle de la Mora
                                               Annabelle de la Mora, Esq.
                                               Attorneys for Defendants MORTGAGE
                                               INVESTORS GROUP, INC. and
                                               MORTGAGE INVESTORS GROUP
3
CV08-00536 JF
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT