1  ROLAND P. REYNOLDS, ESQ., (SBN 150864)
   rreynolds@pfeiferlaw.com
2  ANNABELLE DE LA MORA, ESQ. (SBN 117649)
   adelamora@pfeiferlaw.com
3  PFEIFER & REYNOLDS, LLP
   765 The City Drive, Suite 380
4  Orange, CA 92868
5  Telephone:    (310) 788-3900
   Facsimile:    (310) 388-5416
6

7

   Attorneys for Defendants MORTGAGE INVESTORS
8  GROUP, INC., and MORTGAGE INVESTORS GROUP,
   A General Partnership
9

10                UNITED STATES DISTRICT COURT

11       FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  JAY J. RALSTON, On Behalf Of Himself      ) Civil Case No. CV 08-00536 JF
    And All Others Similarly Situated;        )
15                                            )
                          Plaintiff,          ) NOTICE OF APPEARANCE
16          vs.                               )
                                              )
17  MORTGAGE INVESTORS GROUP,                 )
18  INC., MORTGAGE INVESTORS                  )
    GROUP, a general partnership, and DOES    )
19  1 -10,                                    )
                          Defendants.         )
20                                            )
                                              )
21  _____)

22  ///

23  ///

24  ///

25  ///

26  ///

27

28                               1

1    I am counsel of record in the above-captioned action and should have been added to the

2  docket in this case.  I made my first appearance on February 13, 2008.  This constitutes my Notice of

3  Appearance to appear as counsel of record for the defendants Mortgage Investment Group and

4  Mortgage Investment Group, Inc. listed above in the above-captioned action.

5

6  Dated: February 15, 2008                    PFEIFER & REYNOLDS, LLP

7

8

9

10                                        By:    _____

11                                               ROLAND P. REYNOLDS, Esq.
                                                 Attorneys for Defendants MORTGAGE
                                                 INVESTORS GROUP, INC. and MORTGAGE
12                                               INVESTORS GROUP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV08-00536 JF
NOTICE OF APPEARANCE