1

2 Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
3 Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON, LLP
1438 Market Street
4 San Francisco, CA 94102
Telephone:  (415) 896-1000
5 Facsimile:  (415) 896-2249
lori@libertylaw.com
6 micha@libertylaw.com
jennie@libertylaw.com

7

8 Attorneys for Plaintiff and the Proposed Class

9 **UNITED STATES DISTRICT COURT**

10 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12

13

14 JAY J. RALSTON, On Behalf Of Himself
And All Others Similarly Situated,          Case No.:  C 08-00536 RS

15          Plaintiff,

16     v.

17 MORTGAGE INVESTORS GROUP,            **PROOF OF SERVICE -**
INC., MORTGAGE INVESTORS
18 GROUP, a general partnership, AND        **SUMMONS AND COMPLAINT**
DOES 1-10,
19 Defendants.

20 _____

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen and not a party to the above captioned action. I am employed in San Francisco, California at Andrus Liberty & Anderson, LLP, 1438 Market Street, San Francisco, California 94102.

On January 25, 2008, pursuant to Cal. C.C.P. s. 416.10, I served a true and correct copy of the following documents via United States Postal Service certified mail, return receipt requested:

1. **SUMMONS IN A CIVIL CASE;**
2. **CIVIL COVER SHEET;**
3. **CLASS ACTION COMPLAINT / DEMAND FOR JURY TRIAL;**
4. **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16;**
5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
6. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;**
7. **U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**
8. **PROOF OF SERVICE;**

On the following parties:

Mortgage Investors Group, Inc.
Attn.: W. Cleary or other corporate officer
501 James Robertson Parkway
Nashville, TN 37219

Mortgage Investors Group, general partnership
Attn.: W. Cleary or other corporate officer
501 James Robertson Parkway
Nashville, TN 37219

Postal Service Forms 3811, known also as the "Domestic Return Receipt," were signed and dated as delivered on January 28, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2008 at San Francisco, California.

Jeffrey Lais

- 2 -

PROOF OF SERVICE