ROLAND P. REYNOLDS, ESQ., (SBN 150864)
rreynolds@pfeiferlaw.com
ANNABELLE DE LA MORA, ESQ. (SBN 117649)
adelamora@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone:    (310) 788-3900
Facsimile:    (310) 388-5416

Attorneys for Defendants MORTGAGE INVESTORS
GROUP, INC., and MORTGAGE INVESTORS GROUP,
A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>　　　　　Plaintiff,<br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1-10,<br>　　　　　Defendants. | Civil Case No. CV 08-00536 JF<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS**<br><br>Honorable Jeremy Fogel<br><br>Complaint Filed: January 24, 2008 |

///

///

///

1

The undersigned, counsel of record for Defendant Mortgage Investors Group, hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    American Real Estate Group

Dated: March 28, 2008            PFEIFER & REYNOLDS, LLP

By:   /s/ Roland P. Reynolds
ROLAND P. REYNOLDS, Esq.
Attorneys for Defendants MORTGAGE INVESTORS GROUP, INC. and MORTGAGE INVESTORS GROUP