1  Lori E. Andrus, Esq. (SBN 205816)
   lori@libertylaw.com
2  Micha Star Liberty, Esq. (SBN 215687)
   micha@libertylaw.com
3  Jennie Lee Anderson, Esq. (SBN 203586)
   jennie@libertylaw.com
4  **ANDRUS LIBERTY & ANDERSON LLP**
   1438 Market Street
5  San Francisco, CA 94102
   Phone: (415) 896-1000; Fax: (415) 896-2249
6
7  David M. Arbogast (SBN 167571)            Paul R. Kiesel, Esq. (SBN 119854)
   darbogast@law111.com                     kiesel@kbla.com
8  Jeffrey K. Berns, Esq. (SBN 131351)       Patrick DeBlase, Esq. (SBN 167138)
   jberns@law111.com                        deblase@kbla.com
9  **ARBOGAST & BERNS LLP**                 Michael C. Eyerly, Esq. (SBN 178693)
   19510 Ventura Boulevard, Suite 200       eyerly@kbla.com
10 Tarzana, California 91356                **KIESEL BOUCHER LARSON LLP**
   Phone: (818) 961-2000; Fax: (310) 861-  8648 Wilshire Boulevard
11 1775                                     Beverly Hills, California 90211
                                            Phone:  (310) 854-4444; Fax:  (310) 854-
12                                          0812

   Attorneys for Plaintiff and all others Similarly Situated
13
14                      **UNITED STATES DISTRICT COURT**
15        **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**
16
17 JAY J. RALSTON, On Behalf Of        )   **CASE NO. CV 08-00536 - JF**
   Himself And All Others Similarly    )
18 Situated,                           )   CLASS ACTION
                                       )
19               Plaintiff,            )   [*Assigned to the Hon. Jeremy Fogel*]
                                       )
20         v.                          )   **NOTICE OF APPEARANCE OF
                                       )   DAVID M. ARBOGAST, ESQ.,
21                                     )   ATTORNEY FOR PLAINTIFF JAY J.
                                       )   RALSTON**
22 MORTGAGE INVESTORS GROUP,           )
   INC.; MORTGAGE INVESTORS            )
23 GROUP; and DOES 1 through 10,       )
   inclusive,                          )
24                                     )
               Defendants.            )
25 _____       )   Complaint Filed: January 24, 2008
                                       )   Trial Date: Not set yet.
26
27
28

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David M. Arbogast, of the law firm of Arbogast & Berns LLP, appears in this action as an attorney of record for Plaintiff, JAY J. RALSTON, and all others similarly situated.  His contact information is as follows:

David M. Arbogast, Esq. (SBN167571)
darbogast@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:  (310) 861-1775

Respectfully submitted,

DATED:  April 21, 2008                **ARBOGAST & BERNS LLP**

By:    /s/ Jeffrey K. Berns

19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (310) 861-1775

Lori E. Andrus, Esq.
Micha Star Liberty, Esq.
Jennie Lee Anderson, Esq.
**ANDRUS LIBERTY & ANDERSON LLP**
1438 Market Street
San Francisco, CA 94102
Phone: (415) 896-1000; Fax: (415) 896-2249

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone:  (310) 854-4444; Fax:  (310) 854-0812

Attorneys for Plaintiff JAY J. RALSTON and all others Similarly Situated