Lori E. Andrus, Esq. (SBN 205816)
lori@libertylaw.com
Micha Star Liberty, Esq. (SBN 215687)
micha@libertylaw.com
Jennie Lee Anderson, Esq. (SBN 203586)
jennie@libertylaw.com
**ANDRUS LIBERTY & ANDERSON LLP**
1438 Market Street
San Francisco, CA 94102
Phone: (415) 896-1000; Fax: (415) 896-2249

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. CV-08-00536 - JF**<br><br>CLASS ACTION<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br>**NOTICE OF FIRM CHANGE**<br><br><br><br>Complaint Filed: January 24, 2008<br>Trial Date: Not set yet. |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2008, Jeffrey K. Berns, Esq. will be associated with the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200 Tarzana, California 91356, Telephone (818) 961-2000 and Fax: (310) 861-1775.

DATED: April 21, 2008                    **ARBOGAST & BERNS LLP**

By: *  /s/ Jeffrey K. Berns*
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (818) 867-4820

Lori E. Andrus, Esq.
Micha Star Liberty, Esq.
Jennie Lee Anderson, Esq.
**ANDRUS LIBERTY & ANDERSON LLP**
1438 Market Street
San Francisco, CA 94102
Phone: (415) 896-1000; Fax: (415) 896-2249

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiff JAY J. RALSTON and all others Similarly Situated