ROLAND P. REYNOLDS, ESQ., (SBN 150864)
rreynolds@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone: (310) 788-3900
Fax: (310) 388-5416
Attorneys for Defendants MORTGAGE INVESTORS GROUP, INC., and MORTGAGE INVESTORS GROUP, A General Partnership

LORI E. ANDRUS (SBN 205816)
lori@libertylaw.com
MICHA STAR LIBERTY (SBN 215687)
micha@libertylaw.com
JENNIE LEE ANDERSON (SBN 203586)
Jennie@libertylaw.com
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Fax: (415) 896-2249
Attorneys for Plaintiff JAY J. RALSTON,
On Behalf of Himself And All Others Similarly Situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1-10,<br><br>　　　　　Defendants. | Civil Case No. CV 08-00536 JF<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS AND RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT |

1

1 | This Stipulation is entered into by and among Plaintiff Jay J. Ralston ("Plaintiff"), and Defendants MORTGAGE INVESTORS GROUP, INC. and MORTGAGE INVESTORS GROUP ("Defendants"), as follows:

1. WHEREAS, Plaintiff filed and served a First Amended Complaint on May 8, 2008;

3. WHEREAS, Defendants' responsive pleading to the First Amended complaint is due on or about May 19, 2008;

4. WHEREAS, Defendants intend to file a motion to dismiss the First Amended Complaint and have reserved a hearing date of August 8, 2008 (cleared with Plaintiff),

5. WHEREAS, Defendants' counsel requested of Plaintiff an extension of time for Defendants to file a responsive pleading to the First Amended Complaint to 10 ten days after the ruling of the Court on the motion to dismiss and has requested an extension of time to file a motion to dismiss to May 21, 2008.

6. WHEREAS, Plaintiff does not object to, and is willing to allow such an extension of time for Defendants to file a responsive pleading and to file a motion to dismiss the First Amended Complaint.

7. WHEREAS, the extensions of time to file a responsive pleading and to file the motion to dismiss the First Amended Complaint will not alter the date of any event or any deadline already fixed by Court order.

.

///
///
///
///
///
///
///
///

2

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that Defendants have an extension of time through and including May 21, 2008 to file a motion to dismiss the First Amended Complaint and Defendants must file a responsive pleading within ten days of any ruling (other than full dismissal) on the motion to dismiss.

Dated: May 15, 2008                                 PFEIFER & REYNOLDS, LLP

                                       By:   /s/ Roland P. Reynolds
                                             ROLAND P. REYNOLDS, Esq.
                                             Attorneys for Defendants MORTGAGE
                                             INVESTORS GROUP, INC. and MORTGAGE
                                             INVESTORS GROUP

Dated: May 15, 2008                                 ANDRUS LIBERTY & ANDERSON LLP

                                       By:   /s/ Micha Star Liberty
                                             MICHA STAR LIBERTY, Esq.
                                             Attorneys for Plaintiff JAY J. RALSTON

### ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

                                       By:   /s/ Roland P. Reynolds
                                             Roland P. Reynolds, Esq.
                                             Attorneys for Defendants MORTGAGE
                                             INVESTORS GROUP, INC. and
                                             MORTGAGE INVESTORS GROUP

3

CV08-00536 JF
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS AND RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

ROLAND P. REYNOLDS, ESQ., (SBN 150864)
rreynolds@pfeiferlaw.com
ANNABELLE DE LA MORA, ESQ. (SBN 117649)
adelamora@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone:    (310) 788-3900
Facsimile:    (310) 388-5416

Attorneys for Defendants MORTGAGE INVESTORS
GROUP, INC., and MORTGAGE INVESTORS GROUP,
A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1-10,<br><br>Defendants. | Civil Case No. CV 08-00536 JF<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND TIME TO A RESPONSIVE PLEADING AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Honorable Jeremy Fogel<br><br>Complaint Filed: January 24, 2008 |

///

///

///

1

**ORDER**

Good cause appearing,

It is hereby ordered that the time for Defendants to file a motion to dismiss the First Amended Complaint is extended to May 21, 2008. It is further ordered that the time for Defendants to file a responsive pleading to the First Amended Complaint is extended to 10 days after the Court's ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
The Honorable Jeremy Fogel
United States District Judge

2

CV08-00536 JF
[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND TIME TO FILE A
RESPONSIVE PLEADING AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT