# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: May 16, 2008                                    Time in Court: 3 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE:**  Jay J. Ralston .v Mortgage Investors Group, Inc., et.al.
**CASE NUMBER**: C08-00536JF
Plaintiff Attorney present: Micha Star Liberty and Jennie Anderson
Defendant Attorney present: Roland Reynolds

---

**PROCEEDINGS: Further Case Management Conference**


Further Case Management Conference scheduled for August 15, 2008 at 10:30 a.m.