ROLAND P. REYNOLDS, ESQ., (SBN 150864)
rreynolds@pfeiferlaw.com
ANNABELLE DE LA MORA, ESQ. (SBN 117649)
adelamora@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone:    (310) 788-3900
Facsimile:    (310) 388-5416

Attorneys for Defendants MORTGAGE INVESTORS
GROUP, INC., and MORTGAGE INVESTORS GROUP,
A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1-10,<br><br>Defendants. | Civil Case No. CV 08-00536 JF<br><br>[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND TIME TO A RESPONSIVE PLEADING AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT<br><br>Honorable Jeremy Fogel<br><br>Complaint Filed: January 24, 2008 |

///

///

///

1

**ORDER**

Good cause appearing,

It is hereby ordered that the time for Defendants to file a motion to dismiss the First Amended Complaint is extended to May 21, 2008. It is further ordered that the time for Defendants to file a responsive pleading to the First Amended Complaint is extended to 10 days after the Court's ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: ___5/16/08___, 2008

_____
The Honorable Jeremy Fogel
United States District Judge

2

CV08-00536 JF
[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND TIME TO FILE A RESPONSIVE PLEADING AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT