**E-filed 5/29/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JAY RALSTON, et al.,

    Plaintiffs,

     v.

MORTGAGE INVESTORS GROUP INC, et al.,

    Defendants.
_____

No. C-08-536-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motion to Dismiss noticed for hearing on August 8, 2008. The new hearing date is Friday, August 15, 2008 at 9:00 AM. Please contact Teresa Fleishman, Judicial Assistant to Judge Jeremy Fogel, to reschedule this date or to reserve a date for further motions to be heard by Judge Fogel. (408) 535-5426.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 5/29/08                       For the Court,
                                   Richard W. Wieking, Clerk

                                   Diana Munz
                                   electronic signature
                                   Courtroom Deputy