# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ralston, | 08-00536 JF ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Mortgage Investors Group, Inc.,, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Thomas J. LoSavio**
> Low Ball & Lynch, APC
> 505 Montgomery St., 7th Fl.
> San Francisco, CA 94111
> (415) 981-6630
> tlosavio@lowball.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00536 JF ENE                                       - 1 -

1 | Counsel are reminded that the written ENE statements required by the ADR L.R.
2 | 5-8 shall NOT be filed with the court.
3 |
4 | Dated: June 16, 2008

RICHARD W. WIEKING
Clerk
by:  Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
08-00536 JF ENE                 - 2 -