1 | ROLAND P. REYNOLDS, ESQ., (SBN 150864)
2 | rreynolds@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
3 | 765 The City Drive, Suite 380
Orange, CA 92868
4 | Telephone: (310) 788-3900
Fax:  (310) 388-5416
5 | Attorneys for Defendants MORTGAGE INVESTORS
GROUP, INC., and MORTGAGE INVESTORS GROUP,
6 | A General Partnership

7 | LORI E. ANDRUS (SBN 205816)
8 | lori@libertylaw.com
MICHA STAR LIBERTY (SBN 215687)
9 | micha@libertylaw.com
JENNIE LEE ANDERSON (SBN 203586)
10 | Jennie@libertylaw.com
ANDRUS LIBERTY & ANDERSON LLP
11 | 1438 Market Street
San Francisco, CA 94102
12 | Telephone:  (415) 896-1000
Fax:  (415) 896-2249
13 | Attorneys for Plaintiff JAY J. RALSTON,
On Behalf of Himself And All Others Similarly Situated
14 |

15 | UNITED STATES DISTRICT COURT

16 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 | SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>              Plaintiff,<br><br>      vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1 -10,<br><br>              Defendants. | ) Civil Case No. CV 08-00536 JF<br>)<br>) STIPULATION TO CHANGE THE<br>) ALTERNATIVE DISPUTE RESOLUTION<br>) PROCESS AND TO EXTEND TIME TO<br>) COMPLETE THE ADR PROCESS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

This Stipulation is entered into by and among Plaintiff Jay J. Ralston ("Plaintiff"), and Defendants MORTGAGE INVESTORS GROUP, INC. and MORTGAGE INVESTORS GROUP ("Defendants"), as follows:

1.    WHEREAS, the parties initially selected an Early Neutral Evaluation as their alternative dispute resolution process in this action;

2.    WHEREAS, the Court ordered the parties to complete the Early Neutral Evaluation by August 7, 2008;

3.    WHEREAS, on July 17, 2008, the Evaluator conducted the pre-ENE teleconference call with counsel for all parties;

4.    WHEREAS, Plaintiff has served a demand for production of documents and interrogatories on defendant Mortgage Investors Group, Inc., and there is a dispute between the parties as to the sufficiency of the responses of defendant Mortgage Investors Group, Inc.;

5.    WHEREAS, at the pre-ENE teleconference counsel for all parties agreed that a mediation of the dispute with a mutually agreed upon private mediator would be the most potentially productive alternative dispute resolution in this process.

6.    WHEREAS, Plaintiff has expressed the desire for further information from defendants to be gained either by mutual agreement of the parties or by an order of the magistrate following a motion(s) to compel further responses in order to participate in an effective mediation.

7.    WHEREAS, a 75 day extension of time to complete the mediation will not alter the date of any event or any deadline already fixed by Court order.

///
///
///

2

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that parties shall participate in a mediation with a mutually agreed upon mediator and to complete said mediation by October 15, 2008.

Dated:  July 24, 2008                                        PFEFIER & REYNOLDS, LLP


                                                  By:     /s/  Roland P. Reynolds, Esq.
                                                          ROLAND P. REYNOLDS, Esq.
                                                          Attorneys for Defendants MORTGAGE
                                                          INVESTORS GROUP, INC. and MORTGAGE
                                                          INVESTORS GROUP


Dated:  July 24, 2008                                        ANDRUS LIBERTY & ANDERSON LLP


                                                  By:     /s/ Micha Star Liberty, Esq.
                                                          MICHA STAR LIBERTY, Esq.
                                                          Attorneys for Plaintiff JAY J. RALSTON


## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.


                                                  By:     /s/ Roland P. Reynolds, Esq.
                                                          Roland P. Reynolds.
                                                          Attorneys for Defendants MORTGAGE
                                                          INVESTORS GROUP, INC. and
                                                          MORTGAGE INVESTORS GROUP


3

ROLAND P. REYNOLDS, ESQ., (SBN 150864)
rreynolds@pfeiferlaw.com
ANNABELLE DE LA MORA, ESQ. (SBN 117649)
adelamora@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone:    (310) 788-3900
Facsimile:    (310) 388-5416


Attorneys for Defendants MORTGAGE INVESTORS
GROUP, INC., and MORTGAGE INVESTORS GROUP,
A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1 -10,<br><br>Defendants. | Civil Case No. CV 08-00536 JF<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO CHANGE ALTERNATIVE DISPUTE RESOLUTION PROCESS AND EXTEND TIME TO COMPLETE THE ADR PROCESS**<br><br>Honorable Jeremy Fogel<br><br>Complaint Filed:  January 24, 2008 |

///

///

///

1

## ORDER

Good cause appearing,

It is hereby ordered that the parties are to participate in a mediation with a mediator chosen by the parties. The Court's prior order requiring the parties to participate in an ENE is vacated. Mediation is to be completed by October 15, 2008.


**IT IS SO ORDERED.**


Dated: _____, 2008

_____
The Honorable Jeremy Fogel
United States District Judge

2