## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, August 15, 2008
**Case Number:** CV-08-536-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | JAY RALSTON  V.  MORTGAGE INVESTORS GROUP, ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Micha Liberty | Attorneys Present: Roland Reynolds |

PROCEEDINGS:

Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission. The case management conference is continued to 10/17/08 at 10:30 a.m.