ROLAND P. REYNOLDS, ESQ., (SBN 150864)
rreynolds@pfeiferlaw.com
ANNABELLE DE LA MORA, ESQ. (SBN 117649)
adelamora@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone:   (310) 788-3900
Facsimile:    (310) 388-5416


Attorneys for Defendants MORTGAGE INVESTORS
GROUP, INC., and MORTGAGE INVESTORS GROUP,
A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>                        Plaintiff,<br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1-10,<br><br>                        Defendants. | Civil Case No. CV 08-00536 JF<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND TIME TO COMPLETE THE ADR PROCESS**<br><br>Honorable Jeremy Fogel<br><br>Complaint Filed:  January 24, 2008 |

///

///

///

1

# ORDER

Good cause appearing,

It is hereby ordered that the parties are to participate in a mediation with a mediator chosen by the parties. The Court's prior order requiring the parties to complete the mediation by October 15, 2008 is vacated, and the parties are ordered to complete mediation by December 18, 2008.

**IT IS SO ORDERED.**

Dated: 10/15, 2008

_____
The Honorable Jeremy Fogel
United States District Judge