Roland P. Reynolds, Esq., SBN 150864
rreynolds@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax:    (213) 688-0440

Attorneys for Defendants MORTGAGE INVESTORS GROUP, INC., and MORTGAGE INVESTORS GROUP, a General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf of Himself And All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1-10,<br><br>Defendants. | Case No. CV 08-00536 JF<br><br>Honorable Jeremy Fogel<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br>Complaint Filed: January 24, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT defendants Mortgage Investors Group, Inc., and Mortgage Investors Group, a general partnership have and hereby substituted in as their counsel of record Palmer, Lombardi & Donohue LLP, 888

///
///
///
//

West 6th Street, 12th Floor, Los Angeles, California, phone (213) 688-0430, in place of Pfeifer & Reynolds, LLP, 765 The City Drive, Suite 380, Orange, California 92868.

Dated: October /5 , 2008    PFEIFER & REYNOLDS, LLP

By: _____
Michael R. Pfeifer

Dated: October /6 , 2008    PALMER, LOMBARDI & DONOHUE LLP

By: _____
Roland P. Reynolds

Defendants Mortgage Investors Group, Inc., and Mortgage Investors Group, a general partnership, consent to this substitution.

Dated: October /7, 2008

By: _____
Christine Rhea
President of Mortgage Investors Group, Inc.

Dated: October /7, 2008

By: _____
Christine Rhea
President of Mortgage Investors Group, Inc.,
General Partner of Mortgage Investors Group, a general partnership

IT IS SO ORDERED.

Dated: 11/6/08

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT – NORTHERN DISTRICT

-2-

CV08-00536 JF
SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017