\*\*E-Filed 12/17/08\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>MORTGAGE INVESTORS GROUP, INC., et al.,<br><br>        Defendants. | Case Number C 08-536 JF (RS)<br><br>ORDER EXTENDING DEADLINE FOR COMPLETION OF MEDIATION; AND CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to the Court's order of October 23, 2008, the parties are to complete mediation on or before December 18, 2008. A Case Management Conference currently is set for December 19, 2008. The parties' Joint Updated Case Management Statement filed December 5, 2008 states that the parties agree that mediation cannot be completed within the time frame set by the Court.

IT IS HEREBY ORDERED that:

(1) the deadline to complete mediation is extended to January 30, 2008; and

(2) the Case Management Conference set for December 19, 2008 is continued to February 13, 2009 at 10:30 a.m.

DATED: 12/17/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-536 JF (RS)
ORDER ORDER EXTENDING DEADLINE FOR COMPLETION OF MEDIATION; AND CONTINUING CASE MANAGEMENT CONFERENCE
(JFLC2)

1  Copies of Order served on:

2

3  David M. Arbogast darbogast@law111.com, jkerr@law111.com

4  Jeffrey K Berns jberns@law111.com, staff@jeffbernslaw.com

5  Jennie Lee Anderson jennie@libertylaw.com

6  Lori Erin Andrus lori@libertylaw.com

7  Micha Star Liberty micha@libertylaw.com, michele@libertylaw.com

8  Michael C Eyerly eyerly@kbla.com

9  Patrick DeBlase deblase@kbla.com

10  Paul R. Kiesel Kiesel@kbla.com, cgarcia@kbla.com

11  Roland Paul Reynolds rreynolds@pldlawyers.com, aramos@pldlawyers.com

12  Thomas J. LoSavio
13  Low Ball & Lynch, APC
    505 Montgomery St., 7th Fl.
14  San Francisco, CA 94111

2

Case No. C 08-536 JF (RS)
ORDER ORDER EXTENDING DEADLINE FOR COMPLETION OF MEDIATION; AND CONTINUING CASE MANAGEMENT CONFERENCE
(JFLC2)