LORI E. ANDRUS (SBN 205816)
MICHA STAR LIBERTY (SBN 215687)
JENNIE LEE ANDERSON (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Fax:  (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

*Attorneys for Plaintiff and the Proposed Class*
(Additional counsel appear on signature page)

ROLAND P. REYNOLDS (SBN 150864)
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 688-0430
Fax: (213) 688-0440
rreynolds@pldlawyers.com

*Attorneys for Defendants* MORTGAGE INVESTORS GROUP, INC., and MORTGAGE INVESTORS GROUP, A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>                           Plaintiff,<br><br>     vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1 -10,<br>                           Defendants. | Civil Case No. CV 08-00536 JF<br><br>**STIPULATION TO CHANGE THE ALTERNATIVE DISPUTE RESOLUTION PROCESS** |

1

This Stipulation is entered into by and among Plaintiff JAY J. RALSTON ("Plaintiff"), and Defendants MORTGAGE INVESTORS GROUP, INC. and MORTGAGE INVESTORS GROUP ("Defendants"), as follows:

1.  WHEREAS, the parties initially selected an Early Neutral Evaluation as their alternative dispute resolution process in this action;

2.  WHEREAS, the Court ordered the parties to complete the Early Neutral Evaluation by August 7, 2008;

3.  WHEREAS, on July 17, 2008, the Evaluator conducted an ENE teleconference call with counsel for all parties;

4.  WHEREAS, at the ENE teleconference, counsel for the parties agreed that mediation of the dispute with a mutually agreed upon private mediator may the most potentially productive alternative dispute resolution in this case.

5.  WHEREAS, the Court extended the deadline by which the parties must participate in mediation from October 15, 2008 to December 18, 2008 and again from December 18, 2008 to January 30, 2008, while the parties continued to meet and confer regarding the documents and information to be produced in advance of the mediation and Defendants' responses to Plaintiff's discovery;

6.  WHEREAS, the parties have explored the possibility of private mediation for six months and are at an impasse regarding what information should be exchanged in advance of such mediation, who should bear the cost of such mediation, whether the parties have exhausted the ADR process, and whether private mediation is premature at this time; and

7.  WHEREAS, the parties believe that a court-appointed mediator would be the most productive method of narrowing the issues and completing the ADR process at this time.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel, that the parties shall participate in mediation with a court-appointed mediator pursuant to ADR L.R. 6 by January 30, 2009 and jointly request that this Court appoint a mediator accordingly. Because the parties' positions are such that resolution of the case at this early juncture

is unlikely, the parties further stipulate that the parties need not attend the mediation and may be represented by their respective counsel.

Dated:  January 6, 2009

PALMER, LOMBARDI & DONOHUE LLP

By:   */s/  Roland P. Reynolds, Esq.*
ROLAND P. REYNOLDS, Esq.

888 West 6th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 688-0430
Fax: (213) 688-0440
rreynolds@pldlawyers.com
*Attorneys for Defendants* MORTGAGE INVESTORS GROUP, INC. and MORTGAGE INVESTORS GROUP

Dated:  January 6, 2009

ANDRUS LIBERTY & ANDERSON LLP

By:   */s/  Jennie Lee Anderson*
Jennie Lee Anderson

1438 Market Street
San Francisco, CA  94102
Telephone: (415) 896-1000
Facsimile:  (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

David M. Arbogast, Esq. (SBN 167571)
Jeffrey K. Berns (SBN 131351)
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California  91356
Telephone: (818) 961-2000
Facsimile: (818) 867-4820
jberns@jeffbernslaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Paul R. Kiesel, Esq. (SBN 119854)
Patrick DeBlase, Esq. (SBN 167138)
Michael C. Eyerly, Esq. (SBN 178693)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
kiesel@kbla.com
deblase@kbla.com
eyerly@kbla.com

*Attorneys for Plaintiff and the Proposed Class*

4

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  January 6, 2009     /s/ Jennie Lee Anderson
                                            Jennie Lee Anderson

ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA  94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
jennie@libertylaw.com
*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2009, I electronically filed the above document using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 6, 2009     /s/ Jennie Lee Anderson
                                            Jennie Lee Anderson

ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA  94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
jennie@libertylaw.com
*Attorneys for Plaintiff and the Proposed Class*

LORI E. ANDRUS (SBN 205816)
MICHA STAR LIBERTY (SBN 215687)
JENNIE LEE ANDERSON (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Fax:  (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

*Attorneys for Plaintiff and the Proposed Class*
(Additional counsel appear on signature page)

ROLAND P. REYNOLDS (SBN 150864)
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 688-0430
Fax: (213) 688-0440
rreynolds@pldlawyers.com

*Attorneys for Defendants* MORTGAGE INVESTORS GROUP, INC., and MORTGAGE INVESTORS GROUP, A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1 -10,<br><br>Defendants. | Civil Case No. CV 08-00536 JF<br><br>[PROPOSED] ORDER CHANGING THE ALTERNATIVE DISPUTE RESOLUTION PROCESS |

1

1 | Pursuant to the Court's Order of December 17, 2008, the parties are to complete mediation on or before January 30, 2009.  On January 6, 2009 the parties stipulated and requested an order from this Court that such mediation be conducted with a court-appointed mediator, pursuant to ADR L.R.6.  The parties further stipulated that, because the parties' positions are such that complete resolution of the case at this time is unlikely, the parties may be represented by counsel and not required to personally attend the mediation.

**IT IS HEREBY ORDERED** that:

1. the parties shall complete mediation by January 30, 2008 with a mediator appointed by this Court pursuant to ADR L.R. 6; and

2. the parties may be represented by counsel at the mediation and shall not be required to personally attend.

**IT IS SO ORDERED.**

Dated:  __1/7_____ 2009          By: _____
                                          The Honorable Jeremy Fogel
                                          United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2009, I electronically filed the above document using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  January 6, 2009                                        */s/ Jennie Lee Anderson*
                                                                             Jennie Lee Anderson

                                              ANDRUS LIBERTY & ANDERSON LLP
                                              1438 Market Street
                                              San Francisco, CA  94102
                                              Telephone:  (415) 896-1000
                                              Facsimile:  (415) 896-2249
                                              jennie@libertylaw.com
                                              *Attorneys for Plaintiff and the Proposed Class*