LORI E. ANDRUS (SBN 205816)
JENNIE LEE ANDERSON (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Fax:  (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

*Attorneys for Plaintiff and the Proposed Class*
(Additional counsel appear on signature page)

ROLAND P. REYNOLDS (SBN 150864)
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 688-0430
Fax: (213) 688-0440
rreynolds@pldlawyers.com

*Attorneys for Defendants* MORTGAGE INVESTORS GROUP, INC., and MORTGAGE INVESTORS GROUP, A General Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated; <br><br> Plaintiff, <br> vs. <br><br> MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1 -10, <br><br> Defendants. | Civil Case No. CV 08-00536 JF <br><br> [~~PROPOSED~~] **ORDER EXTENDING THE ALTERNATIVE DISPUTE RESOLUTION PROCESS** |

1

Pursuant to the Court's previous Order, the parties are to complete court-sponsored mediation on or before January 30, 2009. On January 27, 2009 the parties stipulated and requested an order from this Court that such mediation deadline be extended from January 30, 2009 to March 27, 2009. The parties further stipulated that, because the parties' positions are such that complete resolution of the case at this time is unlikely, the parties may be represented by counsel and not required to personally attend the mediation.

**IT IS HEREBY ORDERED** that:

1. the parties time to complete mediation is extended from January 30, 2008 to March 27, 2009; and

2. the parties may be represented by counsel at the mediation and shall not be required to personally attend.

**IT IS SO ORDERED.**

Dated: __1/28_____ 2009    By:_____
                                   The Honorable Jeremy Fogel
                                   United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2009, I electronically filed the above document using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 27, 2009                    */s/ Jennie Lee Anderson*
                                                                Jennie Lee Anderson

ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA  94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
jennie@libertylaw.com
*Attorneys for Plaintiff and the Proposed Class*