1  **ANDRUS ANDERSON LLP**
   Lori E. Andrus (SBN 205816)
2  lori@andrusanderson.com
   Jennie Lee Anderson (SBN 203586)
3  jennie@andrusanderson.com
   1438 Market Street
4  San Francisco, CA 94102
   Phone: (415) 896-1000
5  Fax:   (415) 896-2249

6  **ARBOGAST & BERNS LLP**
   David M. Arbogast (SBN 167571)
7  darbogast@law111.com
   Jeffrey K. Berns, Esq. (SBN 131351)
8  jberns@law111.com
   19510 Ventura Boulevard, Suite 200
9  Tarzana, California 91356
   Phone: (818) 961-2000
10 Fax:   (818) 867-4820

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiff and all others Similarly Situated
12

13                **UNITED STATES DISTRICT COURT**

14        **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

15

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated, | **CASE NO. 5:08-cv-00536-JF (RSx)** |
| Plaintiff, | CLASS ACTION |
| v. | **REQUEST FOR SUBSTITUTION OF ATTORNEYS** |
| MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, AND DOES 1-10, | Complaint Filed: January 24, 2008<br>Trial Date: Not set yet. |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff JAY RALSTON requests the following substitution:

**Former legal representatives:**
Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444
Fax:     (310) 854-0812

**New legal representatives:**
Jeffrey K. Berns, Esq. (SBN 131351)
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax:  (818) 867-4820

The party requesting substitution is Plaintiff, JAY RALSTON.

I CONSENT TO THIS SUBSTITUTION:

Dated: January 30, 2009                     /s/ *Jay Ralston*
                                            Plaintiff, JAY RALSTON

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: February 6, 2009                      /s/ *Paul Kiesel*
                                            Paul Kiesel, Esq.
                                            KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009                      /s/ *Michael Eyerly*
                                            Michael Eyerly, Esq.
                                            KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009                      /s/ *Patrick Deblase*
                                            Patrick DeBlase, Esq.
                                            KIESEL BOUCHER LARSON LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: February 13, 2009                **ARBOGAST & BERNS LLP**

                                        By:   /s/ *Jeffrey K. Berns*

Jeffrey K. Berns, Esq.
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:    (818) 867-4820

Lori E. Andrus, Esq.
Jennie Lee Anderson, Esq.
**ANDRUS ANDERSON LLP**
1438 Market Street
San Francisco, CA 94102
Phone: (415) 896-1000
Fax:    (415) 896-2249

Gerson H. Smoger, Esq.
Steven M. Bronson, Esq.
**SMOGER & ASSOCIATES**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel:  (510) 531-4529
Fax:  (510) 531-4377

Attorneys for Plaintiff, JAY RALSTON, and all others Similarly Situated

## [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Request for Substitution of Attorneys is here by granted.

**IT IS SO ORDERED**

Dated: 2/23, 2009

_____
Hon. Jeremy Fogel
District Court Judge

-3-

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: February 13, 2009          By:  /s/ Jennie Lee Anderson
                                       Jennie Lee Anderson
                                       Andrus Anderson LLP
                                       *Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2009, I electronically filed the above document using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 13, 2009          By:  /s/ Jennie Lee Anderson
                                       Jennie Lee Anderson
                                       Andrus Anderson LLP
                                       *Attorneys for Plaintiff and the Proposed Class*