**E-Filed 3/12/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, | Case Number C 08-536 JF (RS) |
| Plaintiff, | ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND TAKING MOTION UNDER SUBMISSION WITHOUT ORAL ARGUMENT |
| v. | |
| MORTGAGE INVESTORS GROUP, INC., et al., | |
| Defendants. | |

Plaintiff's motion for leave to amend his pleading is set for hearing on March 13, 2009 at 9:00 a.m. However, the Court concludes that the motion is suitable for disposition without oral argument. *See* Civ. L. R. 7-1(b). Accordingly, the hearing on Plaintiff's motion is VACATED. An order addressing both Plaintiff's motion and Defendants' pending motion to dismiss will be issued shortly.

IT IS SO ORDERED.

DATED: 3/12/09

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-536 JF (RS)
ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND
(JFLC2)

1  Copies of Order served on:

3  David M. Arbogast darbogast@law111.com, jkerr@law111.com

4  Gerson Harry Smoger gerson@texasinjurylaw.com, kelly@texasinjurylaw.com,
5  markballer@gmail.com

6  Jeffrey K Berns jberns@law111.com, staff@jeffbernslaw.com

7  Jennie Lee Anderson jennie@andrusanderson.com

8  Lori Erin Andrus lori@andrusanderson.com

9  Roland Paul Reynolds rreynolds@pldlawyers.com, aramos@pldlawyers.com

10  Steven Michael Bronson steven.bronson@gmail.com

2

Case No. C 08-536 JF (RS)
ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND
(JFLC2)