Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery St, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
Facsimile: 415-986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

David M. Arbogast (SBN 167571)
Jeffrey K. Berns (SBN 131351)
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Telephone: (818) 961-2000
Facsimile: (310) 861-1775
darbogast@law111.com
jberns@law111.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, AND DOES 1-10,<br><br>Defendants. | Case No.: CV-08-00536 JF RS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY RESPONSES**<br><br>Magistrate:   Richard Seeborg<br>Date:         April 22, 2009<br>Time:         9:30 a.m.<br>Courtroom:    4 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on April 22, 2009, plaintiff will and hereby does move this Court for an order compelling defendant Mortgage Investors Group, Inc. and Mortgage Investors Group, a general partnership ("Defendants") to comply with Plaintiff's discovery in this case. This motion to compel is brought pursuant to Fed.R.Civ.P. 37(a). The parties have fulfilled their

1

1  obligations to meet and confer pursuant to Civil L.R. 37-1(b) and have had multiple telephonic and
2  written communications to try to resolve this discovery dispute.  This motion is based upon this
3  Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Jennie
4  Lee Anderson In Support of Plaintiff's Motion to Compel Further Discovery Responses, the
5  pleadings and other documents contained in the underlying record, and upon any other evidence that
6  is submitted before or during the hearing on this matter.

8  Dated: March 18, 2009                    /s/ Jennie L. Anderson
                                            Jennie Lee Anderson

                                            Lori Andrus (SBN 205816)
                                            Jennie Lee Anderson (SBN 203586)
                                            **ANDRUS ANDERSON LLP**
                                            155 Montgomery St., Suite 900
                                            San Francisco, CA  94104
                                            Telephone: 415-986-1440
                                            Facsimile:  415-986-1474
                                            lori@andrusanderson.com
                                            jennie@andrusanderson.com

                                            David M. Arbogast (SBN 167571)
                                            Jeffrey K. Berns (SBN 131351)
                                            **ARBOGAST & BERNS LLP**
                                            19510 Ventura Boulevard, Suite 200
                                            Tarzana, California 91356
                                            Telephone: (818) 961-2000
                                            Facsimile:  (310) 861-1775
                                            darbogast@law111.com
                                            jberns@law111.com

                                            Gerson Harry Smoger (SBN 79196)
                                            **SMOGER & ASSOCIATES, P.C.**
                                            3175 Monterey Boulevard
                                            Oakland, CA  94602
                                            Telephone:  510-531-4529
                                            Facsimile:  510-531-4377
                                            gerson@texasinjurylaw.com

                                            *Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2009, I electronically filed the foregoing document and exhibits thereto with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 18, 2009                     /s/ *Jennie Lee Anderson*
                                                              Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com