1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated;<br><br>  Plaintiff,<br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, and DOES 1 -10,<br><br>  Defendants. | Civil Case No. CV 08-00536 JF<br><br>[~~PROPOSED~~] **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1  On March 30, 2009, the parties stipulated and requested an order from this Court that the Case
2  Management Conference set in the above-captioned case be moved from April 24, 2009 to May 1,
3  2009.
4  **IT IS HEREBY ORDERED** that the Case Management Conference previously scheduled
5  for April 24, 2009 shall be held on May 1, 2009 at 10:30 a.m.
6  **PURSUANT TO STIPULATON, IT IS SO ORDERED.**

Dated: __4/1_____ 2009          By: _____
                                          The Honorable Jeremy Fogel
                                          United States District Judge

---

1

[PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE; CASE NO. CV08-00536 JF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2009, I electronically filed the above document using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 30, 2009                                  /s/ Jennie Lee Anderson
                                                                          Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
jennie@andrusanderson.com

*Attorneys for Plaintiff and the Proposed Class*