**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-Filed 5/5/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAY RALSTON,

             Plaintiff,

    v.

MORTGAGE INVESTORS GROUP, INC., et al.,

             Defendants.

_____/

NO. C 08-0536 JF (RS)

**ORDER GRANTING MOTION TO COMPEL**

In this putative class action regarding the legality of adjustable rate mortgages, plaintiff Jay Ralston moves to compel Mortgage Investors Group, Inc. ("MIG") and Mortgage Investors Group (collectively "defendants") to provide further responses to the following categories of discovery: (1) information about the identity and involvement of non-parties or subsequent purchasers who determined what disclosures would be excluded or included in the loans defendants sold (document request numbers one and five, interrogatory numbers four and seven, and interrogatory (set two) numbers one, two, and three); and (2) loan information demonstrating that Ralston's claims are typical of those of other potential class members (document request numbers three and four). Defendants oppose Ralston's motion.

As an initial matter, defendants argue that the issue of bifurcation of class certification and merits discovery must be addressed prior to ruling on the requested discovery.  Whether class discovery should proceed before class certification typically is addressed at a case management conference.  The presiding judge, as part of case management, has not determined that merits

1

1  discovery must await a determination on class certification.  Accordingly, no stay of merits

2  discovery is warranted.

3         Defendants additionally represent that the documents to be produced are not relevant.  Under

4  the Federal Rules of Civil Procedure, parties may obtain discovery of any nonprivileged matter that

5  is relevant to any party's claims or defenses, or "for good cause," discovery of any matter relevant to

6  the subject matter involved in the action.  Fed. R. Civ. P. 26(b)(1).  "Relevant information need not

7  be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of

8  admissible evidence."  *Id*.  The materials Ralston seek relate primarily to the identity and

9  involvement of subsequent purchasers of loans MIG sold.  Ralston also seeks information

10  demonstrating that his claims are typical of those of other potential class members.  The identity of

11  the subsequent purchasers and the sample loan files, including the loan rates, therefore, are related to

12  his individual and class claims, and should be produced.[1]

13         Defendants further contend that the need for the requested materials is outweighed by the

14  potential invasion of a borrower's privacy.  To the extent that such privacy interests are implicated

15  by the pending requests, those interests can be protected adequately by redacting identifying private

16  information, such as names, addresses, and social security numbers.  Moreover,  stipulated

17  protective orders routinely strike the balance between the protection against improper use of private

18  information and the need to exchange relevant materials.  Finally, defendants maintain that

19  producing the requested materials would be burdensome.  Defendants, however, have not made such

20  a showing beyond invoking the objection.  Accordingly, Ralston's motion to compel is granted.

21  Defendants shall produced the requested materials within twenty days of the date of this order.

22

23

24

25

---

26         [1]      Defendants originally contended that because there was no operative pleading in
    effect, the motion to compel must be denied.  Defendants suggested that without an operative
27  pleading there was no logical or efficient way for them to determine the relevancy of requested
    documents.  On April 15, 2009, however, Ralston filed his second amended complaint rendering this
28  argument moot.

2

**United States District Court**
For the Northern District of California

IT IS SO ORDERED.

Dated: 5/5/09

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER GRANTING MOTION TO COMPEL
C 08-0536 JF (RS)