**E-Filed 6/12/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; THE BANK OF NEW YORK, and DOES 3-10,<br><br>Defendants. | Case No. 5:08-cv-00536-JF (RSx)<br><br>[PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE<br><br>Courtroom: 3 - 5th Floor<br>Judge:    Hon. Jeremy Fogel |

1  **[PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

2  Upon consideration of the Stipulation Continuing Further Case Management Conference,
3  and for good cause having been shown, IT IS HEREBY ORDERED THAT the further Case
4  Management Conference currently calendared for June 26, 2009, is continued to July 17, 2009 at
5  9:00 a.m., and the supplemental case management statement shall be filed on or before July 7,
6  2009.

7
8  Dated: 6/12/2009              _____
9                                  The Honorable Jeremy Fogel
                                   United States District Judge

- 1 -

Order Continuing Further Case Management Conference
Case No. 5:08-cv-00536-JF (RSx)

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1 **PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 11TH day of June, 2009.

/s/ Brooks R. Brown
Brooks R. Brown

- 3 -
Order Continuing Further Case Management Conference
Case No. 5:08-cv-00536-JF (RSx)