\*\*E-Filed 12/3/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON,<br><br>              Plaintiff,<br><br>   v.<br><br>MORTGAGE INVESTORS GROUP, INC., et al.,<br><br>             Defendants. | Case Number C 08-536 JF (RS)<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The hearing on the motion to stay, set for December 4, 2009, is VACATED.  The matter is submitted without oral argument.

DATED:   12/3/09

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk