1  **ANDRUS ANDERSON LLP**
   Jennie Lee Anderson (SBN 203586)
2  jennie@andrusanderson.com
   Lori E. Andrus (SBN 205816)
3  lori@andrusanderson.com
   155 Montgomery Street, Suite 900
4  San Francisco, CA 94104
   Tel: (415) 986-1400; Fax: (415) 986-1474
5
   **ARBOGAST & BERNS LLP**
6  David M. Arbogast (SBN 167571)
   darbogast@law111.com
7  Jeffrey K. Berns (SBN 131351)
   jberns@law111.com
8  6303 Owensmouth Ave, 10th Floor
   Woodland Hills, CA 91367
9  Telephone: (818) 961-2000
   Facsimile: (818) 936-0232
10
   [Additional counsel listed on the signature page]
11 *Attorneys for Plaintiff and the Proposed Class*

12

13                    UNITED STATES DISTRICT COURT

14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16 | JAY J. RALSTON, On Behalf Of Himself | Case No.: CV 08-00536 JF-PVT
   | And All Others Similarly Situated,   |
17 |                                       | **PLAINTIFF'S ADMINISTRATIVE
   |              Plaintiff,              | MOTION REGARDING SEALING OF
18 |                                       | DOCUMENTS PURSUANT TO CIVIL
   |         v.                           | LOCAL RULES 7-11 AND 79-5(c)**
19 |                                       |
   | MORTGAGE INVESTORS GROUP, INC.,      | Judge: Hon. Jeremy Fogel
20 | MORTGAGE INVESTORS GROUP, a          |
   | general partnership, COUNTRYWIDE     |
21 | HOME LOANS, INC. AND DOES 1-10,      |
22 |              Defendants.             |

1   Plaintiff submits this Administrative Motion in compliance with the Stipulated Protective
2   Order filed in the matter on June 3, 2009 and Civil Local Rules 7-11 and 79-5(c).  Pursuant to the
3   Stipulated Protective Order, access or use of information designated as Confidential, such as any
4   motion, pleading or other submission must be lodged conditionally under seal.  Plaintiffs hereby
5   request permission to lodge conditionally under seal paragraph 47 of the Third Amended
6   Complaint ("TAC") as of the TAC references information deemed confidential by Defendant
7   Mortgage Investors Group ("MIG"), pending the filing of a motion and declaration by an
8   interested party who contends that the information qualifies for protection.  The Stipulated
9   Protective Order requires the any party who contends that the information is entitled to protection
10  must file such motion and Local Civil Rules 79-5(c) also requires that such party to file with the
11  Court a declaration establishing that the designated information is, in fact, confidential and
12  sealable.  In the event that the party fails to file a responsive declaration and motion as required
13  within ten (10) business days after the conditionally sealed document is lodged with the Court,
14  the TAC should be made part of the public record.

15  By filing this Administrative Motion, Plaintiff does not concede that the information has
16  been properly designated confidential and reserve their right to challenge such designation at a
17  future date.  In fact, Plaintiffs do not believe that the information qualifies for protection.

18  This application is also based on the material set forth in the Declaration of Jennie Lee
19  Anderson filed concurrently herewith.

20

21  Dated: April 28, 2010                                **ANDRUS ANDERSON LLP**

22                                                      By:   */s/ Jennie Lee Anderson*
                                                              Jennie Lee Anderson

23                                                      Jennie Lee Anderson (SBN 203586)
                                                        Lori E. Andrus (SBN 205816)
24                                                      155 Montgomery Street, Suite 900
                                                        San Francisco, CA 94104
25                                                      Telephone: (415) 986-1400
                                                        Facsimile: (415) 986-1474
26                                                      jennie@andrusanderson.com
                                                        lori@andrusanderson.com
27

28

- 1 -

PLAINTIFF'S ADMIN. MOTION REGARDING SEALING OF DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(C)

| | |
|---|---|
| 1 | |
| 2 | David M. Arbogast (SBN 167571)<br>Jeffrey K. Berns, Esq. (SBN 131351)<br>**ARBOGAST & BERNS LLP**<br>19510 Ventura Boulevard, Suite 200 |
| 3 | Tarzana, CA 91356<br>Phone: (818) 961-2000 |
| 4 | Fax:  (310) 861-1775<br>darbogast@law111.com |
| 5 | jberns@law111.com |
| 6 | Eric M. George (SBN 166403)<br>Michael A. Bowse (SBN 189659) |
| 7 | **BROWNE WOODS GEORGE LLP**<br>2121 Avenue of the Stars, Suite 2400 |
| 8 | Los Angeles, CA 90067<br>Telephone:  (310) 274-71 |
| 9 | Facsimile:   (310) 275-5697<br>egeorge@bwgfirm.com |
| 10 | mbowse@bwgfirm.com |
| 11 | Lee A. Weiss (*pro hac vice* pending)<br>**BROWNE WOODS GEORGE** |
| 12 | **LLP**<br>49 West 37th Street, 15th Floor |
| 13 | New York, NY 10018<br>Telephone:  (212) 354-4901 |
| 14 | Facsimile:   (212) 354-4904<br>lweiss@bwgfirm.com |
| 15 | |
| 16 | *Attorneys for Plaintiff and the Proposed Class* |

- 2 -

PLAINTIFF¢S ADMIN. MOTION REGARDING SEALING OF DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(C

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 28, 2010                                       */s/ Jennie Lee Anderson*
                                                            Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com