1  Lori E. Andrus (SBN 205816)
   Jennie Lee Anderson (SBN 203586)
2  **ANDRUS ANDERSON LLP**
   155 Montgomery Street, Suite 900
3  San Francisco, CA 94104
   Telephone: (415) 986-1400
4  Fax: (415) 986-1474
   lori@andrusanderson.com
5  jennie@andrusanderson.com

6  *Attorneys for Plaintiff and the Proposed Class*
   (Additional counsel appear on signature page)
7

8  Roland P. Reynolds (SBN 150864)
   **PALMER, LOMBARDI & DONOHUE LLP**
   888 West 6th Street, 12th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 688-0430
10 Fax: (213) 688-0440
   rreynolds@pldlawyers.com
11

12 *Attorneys For Defendants Mortgage Investors Group, Inc., and Mortgage Investors Group, A General Partnership*
13

14 Brooks R. Brown (SBN 250724)
   **GOODWIN PROCTER LLP**
   10250 Constellation Blvd.
15 Los Angeles, California 90067
   Telephone: 310.788.5100
16 Facsimile: 310.286.0992
   bbrown@goodwinprocter.com
17

18 *Attorneys for Defendant Countrywide Home Loans, Inc*
   (Additional counsel appear on signature page)

19              UNITED STATES DISTRICT COURT

20           FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                      SAN JOSE DIVISION

| | |
|---|---|
| 22  JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated; | Civil Case No. CV 08-00536 JF |
| 23                    Plaintiff, | **STIPULATION SETTING TIME FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT** |
| 24        vs. | |
| 25  MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, | |
| 26  COUNTRYWIDE HOME LOANS, Inc., and DOES 1 -10, | |
| 27                    Defendants. | |

1  This Stipulation is entered into by and among Plaintiff JAY J. RALSTON ("Plaintiff"), and
2  Defendants MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP
3  ("MIG"), and COUNTRYWIDE HOME LOANS, INC. (collectively, "Defendants"), as follows:
4  WHEREAS, this Court issued an order on March 22, 2010, Granting COUNTRYWIDE
5  HOME LOAN INC.'S Motion To Dismiss With Leave To Amend in the above-captioned case;
6  WHEREAS, Plaintiff and Defendants Agree that Plaintiff shall have through Wednesday
7  April 28, 2010 to file a Third Amended Complaint;
8  WHEREAS, counsel for MIG and counsel for COUNTRYWIDE requested and Plaintiff's
9  counsel agreed that MIG and COUNTRYWIDE shall have through Tuesday, June 1, 2010 to file a
10 responsive pleading or Motion to Dismiss the Third Amended Complaint;
11 WHEREAS, no party will be prejudiced by stipulating to this timeline;
12 WHEREAS, this Stipulation is entered into without prejudice to, or waiver of, any rights or
13 defenses otherwise available to the Parties in this action;
14 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by
15 their undersigned counsel, and Defendants, by their undersigned counsel, that Plaintiff shall have
16 through and including April 28, 2010 to file a Third Amended Complaint and that Defendants shall
17 have through and including June 1, 2010 to file a responsive pleading or Motion to Dismiss the Third
18 Amended Complaint in this action.

19 Dated:  April 22, 2010                                    ANDRUS ANDERSON LLP

20                                                         By:   /s/ Jennie Lee Anderson
21                                                                  Jennie Lee Anderson

22                                                         155 Montgomery Street, Suite 900
                                                           San Francisco, CA  94104
23                                                         Telephone: (415) 986-1400
                                                           Facsimile: (415) 986-1474
24                                                         lori@andrusanderson.com
                                                           jennie@andrusanderson.com

25                                                         ARBOGAST & BERNS LLP
                                                           David M. Arbogast, Esq. (SBN 167571)
26                                                         Jeffrey K. Berns (SBN 131351)
                                                           6303 Owensmouth Ave, 10th Floor
27                                                         Woodland Hills, CA 91367
28

2

STIPULATION SETTING TIME FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
AND FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT

Telephone: (818) 961-2000
Facsimile: (818) 936-0232
darbogast@law111.com
jberns@law111.com

SMOGER & ASSOCIATES
Gerson H. Smoger (SBN 79196)
3175 Monterey Boulevard
Oakland, CA  94602-3560
Telephone: (510) 531-4529
Facsimile: (510) 531-4377

*Attorneys for Plaintiff and the Proposed Class*

PALMER, LOMBARDI & DONOHUE LLP

By:  */s/ Roland P. Reynolds*
      Roland P. Reynolds

888 West 6th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 688-0430
Facsimile: (213) 688-0440
rreynolds@pldlawyers.com

*Attorneys For Defendants Mortgage Investors Group, Inc., and Mortgage Investors Group*

GOODWIN PROCTER LLP

By:  */s/ Brooks R. Brown*
      Brooks R. Brown

10250 Constellation Blvd.
Los Angeles, California  90067
Telephone: 310.788.5100
Facsimile: 310.286.0992
bbrown@goodwinprocter.com

GOODWIN PROCTER LLP
Robert B. Bader (SBN 233165)
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.677.9041
rbader@goodwinprocter.com

*Attorneys for Defendant Countrywide Home Loans, Inc*

3

STIPULATION SETTING TIME FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
AND FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT

# ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Date: 4/23/10

_____
Honorable Jeremy Fogel

4

STIPULATION SETTING TIME FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
AND FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: April 22, 2010

          */s/ Jennie Lee Anderson*
          Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Attorneys for Plaintiff and the Proposed Class*

5

STIPULATION SETTING TIME FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
AND FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2010, I electronically filed the above document using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 22, 2010                                             /s/ Jennie Lee Anderson
                                                                         Jennie Lee Anderson

                                                               ANDRUS ANDERSON LLP
                                                               155 Montgomery Street, Suite 900
                                                               San Francisco, CA  94104
                                                               Telephone: (415) 986-1400
                                                               Facsimile: (415) 986-1474
                                                               jennie@andrusanderson.com

                                                               *Attorneys for Plaintiff and the Proposed Class*

6

STIPULATION SETTING TIME FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
AND FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT