1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California  90067
Tel.:  310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax: 415.677.9041

Attorneys for Defendant:
*Countrywide Home Loans, Inc.*

**E-Filed 7/12/2010**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

JAY RALSTON, individually and on behalf of
all others similarly situated,

Plaintiff,

v.

MORTGAGE INVESTORS GROUP, INC.;
MORTGAGE INVESTORS GROUP, a general
partnership; COUNTRYWIDE HOME LOANS,
INC. AND DOES 3-10,

Defendants.

Case No. 5:08-cv-00536-JF-PVT

~~[PROPOSED]~~ **ORDER CONTINUING
HEARINGS ON DEFENDANTS'
MOTIONS TO DISMISS AND FURTHER
CASE MANAGEMENT CONFERENCE**

Courtroom:  3 - 5th Floor
Judge:      Hon. Jeremy Fogel

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS AND FURTHER CASE MANAGEMENT CONFERENCE**

Upon consideration of the Stipulation Continuing Hearings on Defendants' Motions to Dismiss and Further Case Management Conference, and for good cause having been shown, IT IS HEREBY ORDERED THAT

(1) Defendants' Replies shall be filed on or before July 16, 2010;

(2) the hearings on Defendants' Motions currently calendared for July 23, 2010, is continued to July 30, 2010 at 9:00 a.m.;

(3) the further Case Management Conference currently calendared for July 23, 2010, is continued to July 30, 2010 at 9:00 a.m.; and

(4) the supplemental case management statement shall be filed on or before July 23, 2010.

Dated: _7/12/2010_____

_____
The Honorable Jeremy Fogel
United States District Judge

- 1 -

Order Continuing Hearings on Defendants' Motions to Dismiss and Further Case Management Conference
Case No. 5:08-cv-00536-JF (RSx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>PROOF OF SERVICE</u>**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 8, 2010.

   /s/ Robert B. Bader
Robert B. Bader

Order Continuing Hearings on Defendants' Motions to Dismiss and Further Case Management Conference
Case No. 5:08-cv-00536-JF (RSx)