| | |
|---|---|
| 1 | Jennie Lee Anderson (SBN 203586) |
| | Lori E. Andrus (SBN 205816) |
| 2 | ANDRUS ANDERSON LLP |
| | 155 Montgomery Street, Suite 900 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 986-1400 |
| 4 | Facsimile: (415) 986-1474 |
| | lori@andrusanderson.com |
| 5 | jennie@andrusanderson.com |
| 6 | David M. Arbogast, Esq. (SBN 167571) |
| | Jeffrey K. Berns, Esq. (SBN 131351) |
| 7 | ARBOGAST & BERNS LLP |
| | 6303 Owensmouth Avenue, 10th Floor |
| 8 | Woodland Hills, CA 91367-2263 |
| | Telephone: (818) 961-2000 |
| 9 | Facsimile: (818) 936-0232 |
| | darbogast@law111.com |
| 10 | jberns@law111.com |

*Attorneys for Plaintiff and the Proposed Class*
(Additional counsel appear on signature page)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, COUNTRYWIDE HOME LOANS, INC., AND DOES 3-10,<br><br>Defendants. | Civil Case No.: C 08-00536 JF-RS<br><br>**STIPULATION RE: BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S ANTICIPATED MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES IN DEFENDANTS' ANSWERS TO THIRD AMENDED COMPLAINT** |

258735_1.DOC

STIPULATION RE BRIEFING AHD HEARING SCHEDULE

1     WHEREAS, on September 10, 2010, Defendants Countrywide Home Loans, Inc. Mortgage Investors Group, and Mortgage Investors Group, Inc. separately answered Plaintiff's Third Amended Complaint;

    WHEREAS, Plaintiff has advised Defendants of his intent to seek an order or orders striking some or all of the affirmative defenses asserted in Defendants' answers;

    WHEREAS, pursuant to Fed. R. Civ. P. 12(f), Plaintiff's motion(s) to strike currently is due October 4, 2010;

    WHEREAS, Plaintiff requested, and Defendants agreed, to extend Plaintiff's time to file his motion(s) to October 8, 2010; and

    WHEREAS, the parties desire to establish a convenient and mutually-acceptable briefing and hearing schedule on Plaintiff's anticipated motion(s).

    NOW THEREFORE, the parties hereby stipulate and agree that:

1. Plaintiff will file his motion(s) by October 8, 2010;
2. Defendants will each file their oppositions to the motion(s) by November 12, 2010;
3. Plaintiff will file his reply or replies in further support of the motion(s) by November 26, 2010;
4. The motion(s) will be noticed for hearing on December 10, 2010 at 9:00 a.m.

**IT IS SO STIPULATED.**

DATE: August 27, 2010              ANDRUS ANDERSON LLP

                                                By: /s/ Jennie Lee Anderson
                                                          Jennie Lee Anderson
                                                          jennie@andrusanderson.com

                                                Jennie Lee Anderson (SBN 203586)
                                                Lori E. Andrus (SBN 205816)
                                                ANDRUS ANDERSON LLP
                                                155 Montgomery Street, Suite 900
                                                San Francisco, CA 94104
                                                Telephone: (415) 986-1400
                                                Facsimile: (415) 986-1474
                                                lori@andrusanderson.com
                                                jennie@andrusanderson.com

|    |    |
|----|----|
| 1  |    |
| 2  | David M. Arbogast, Esq. (SBN 167571)<br>Jeffrey K. Berns, Esq. (SBN 131351) |
| 3  | ARBOGAST & BERNS LLP<br>6303 Owensmouth Avenue, 10th Floor<br>Woodland Hills, CA 91367-2263 |
| 4  | Telephone: (818) 961-2000<br>Facsimile: (818) 936-0232 |
| 5  | darbogast@law111.com<br>jberns@law111.com |
| 6  |    |
| 7  | Gerson H. Smoger, Esq.<br>Steven M. Bronson, Esq. |
| 8  | SMOGER & ASSOCIATES<br>3175 Monterey Blvd |
| 9  | Oakland, CA, 94602-3560<br>Telephone: (510) 531-4529 |
| 10 | Facsimile: (510) 531-4377 |
| 11 | Eric M. George (SBN 166403)<br>Michael A. Bowse (SBN 189659) |
| 12 | BROWNE WOODS GEORGE LLP<br>2121 Avenue of the Stars, Suite 2400 |
| 13 | Los Angeles, CA 90067<br>Telephone: (310) 274-71 |
| 14 | Facsimile: (310) 275-5697<br>egeorge@bwgfirm.com |
| 15 | mbowse@bwgfirm.com |
| 16 | Lee A. Weiss (admitted *pro hac vice*)<br>BROWNE WOODS GEORGE LLP |
| 17 | 49 West 37th Street, 15th Floor<br>New York, NY 10018 |
| 18 | Telephone: (212) 354-4901<br>Facsimile: (212) 354-4904 |
| 19 | lweiss@bwgfirm.com |
| 20 | *Attorneys for Plaintiff and the Class* |
| 21 |    |
| 22 | Dated: October 4, 2010 — GOODWIN PROCTER LLP |
| 23 | /s/  /s/ Brooks R. Brown |
| 24 | Brooks R. Brown<br>*bbrown@goodwinprocter.com* |
| 25 | GOODWIN PROCTER LLP |
| 26 | 10250 Constellation Blvd.<br>Los Angeles, California  90067 |
| 27 | Tel.: 310.788.5100<br>Fax: 310.286.0992 |
| 28 |    |

258735_1.DOC                               - 3 -

STIPULATION RE BRIEFING AHD HEARING SCHEDULE

Robert B. Bader
*rbader@goodwinprocter.com*
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant
*Countrywide Home Loans, Inc.*

Dated: October 4, 2010

PALMER, LOMBARDI & DONOHUE LLP


By   /s/ Roland P. Reynolds
    Roland P. Reynolds
    *rreynolds@pldlawyers.com*
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, CA 90017

Attorneys for Defendants:
*Mortgage Investors Group, Inc.* and *Mortgage Investors Group*