BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant:
*Countrywide Home Loans, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,<br><br>        Defendants. | Case No. 5:08-cv-00536-JF-PVT<br><br>**ORDER APPROVING STIPULATION RE: BRIEFING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>Courtroom: 5<br>Judge:    Hon. Patricia V. Trumbull |

| | |
|---|---|
| 1 | **ORDER APPROVING STIPULATION RE: BRIEFING ON PLAINTIFF'S MOTION TO COMPEL** |

Upon consideration of the Stipulation Re: Briefing on Plaintiff's Motion to Compel, and for good cause having been shown, IT IS HEREBY ORDERED THAT Countrywide Home Loans, Inc.'s Opposition to the Motion shall be filed on or before December 3, 2010, and Plaintiff's Reply shall be filed on or before December 14, 2010.

Dated: ___11/22/10_____

/s/ Patricia V. Trumbull
The Honorable Patricia V. Trumbull
Magistrate Judge, United States District Court