**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
155 Montgomery St, Suite 900
San Francisco, CA  94104
Tel: (415) 986-1400
Fax:  (415) 986-1474

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel: (818) 961-2000
Fax: (818) 936-0232

*Attorneys for Plaintiff and the Proposed Classes*

**E-Filed 1/11/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,<br><br>Defendants. | Case No.: CV-08-00536-JF (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CLASS CERTIFICATION SCHEDULE** |

This Stipulation is entered into by and among Plaintiff JAY J. RALSTON ("Plaintiff"), and Defendants MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP and COUNTRYWIDE HOME LOANS, INC. (collectively, "Defendants"), as follows:

1    WHEREAS on August 13, 2010, the parties appeared before this Court for a Case Management Conference, during which the Court ordered that Plaintiff should move for class certification before January 14, 2011;

4    WHEREAS from August 20, 2010 to the beginning of November 2010, the parties met and conferred in good faith in an attempt to resolve their discovery disputes and were unable to resolve these disputes informally;

7    WHEREAS on November 16, 2010, Plaintiff filed a Motion to Compel Further Discovery Responses from Defendant Countrywide Home Loans, Inc. ("Motion to Compel");

9    WHEREAS on December 17, 2010, Magistrate Judge Grewal issued an order regarding Plaintiff's Motion to Compel in which Defendant Countrywide Home Loans, Inc. was ordered to produce discovery, some of which relates to class certification by January 28, 2011;

12    WHEREAS on January 10, 2011, Defendant Countrywide Home Loans, Inc. filed Fed. R. Civ. P. 72(a) objections to the Magistrate Judge's order;

14    WHEREAS the parties met and conferred about a revised briefing schedule for class certification and were unable to come to an agreement regarding a revised briefing schedule for the filing;

17    WHEREAS, no party will be prejudiced by vacating the current January 14, 2010 filing date;

19    WHEREAS, this Stipulation is entered into without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

21    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by its undersigned counsel, and Defendants, by their undersigned counsel, that good cause exists for vacating the class certification filing date of January 14, 2011, that the parties request that a Case Management Conference be scheduled for January 21, 2011 at 10:30 a.m., and that the parties submit a Joint Case Management Conference Statement by January 14, 2011.

Dated: January 11, 2011                                                                 Respectfully submitted,

*/s/Jennie Lee Anderson*

Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery St., Suite 900
San Francisco, CA  94104
Telephone: 415-986-1440
Facsimile:  415-986-1474
jennie@andrusanderson.com

Gerson Harry Smoger
**SMOGER & ASSOCIATES, P.C.**
3175 Monterey Boulevard
Oakland, CA  94602
Telephone:  510-531-4529
Facsimile:  510-531-4377
gerson@texasinjurylaw.com

David M. Arbogast
Jeffrey K. Berns
**ARBOGAST & BERNS LLP**
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:      (818) 936-0232
darbogast@law111.com
jberns@law111.com

Michael A. Bowse (No. 189659)
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars, 24th Floor
Los Angeles, California  90067
Tel: 310.274.7100
Fax  310.275.5697
mbowse@bwgfirm.com

Lee A. Weiss (Admitted *Pro Hac Vice*)
**BROWNE WOODS GEORGE LLP**
49 West 37th Street, 15th Floor
New York, New York 10018
Phone: (212) 354-4901
Fax:      (212) 354-4904
lweiss@bwgfirm.com

*Attorneys for Plaintiff and the Proposed Classes*

**PALMER, LOMBARDI & DONOHUE LLP**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:    */s/ Roland P. Reynolds*
        Roland P. Reynolds

888 West 6th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 688-0430
Facsimile: (213) 688-0440
rreynolds@pldlawyers.com

*Attorneys For Defendants Mortgage Investors Group, Inc., and Mortgage Investors Group*

**GOODWIN PROCTER LLP**

By:    */s/ Brooks R. Brown*
        Brooks R. Brown

Brooks R. Brown
Steven A. Ellis
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone: 213.426.2500
Facsimile: 213.623.1673
bbrown@goodwinprocter.com
sellis@goodwinprocter.com

Robert B. Bader
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041
rbader@goodwinprocter.com

*Attorneys for Defendant Countrywide Home Loans, Inc*

1

**ORDER**

2  Based upon the parties' Stipulation and having found good cause therefore, I hereby ORDER

3  that the January 14, 2011 date by which Plaintiff was to file a motion for class certification is

4  VACATED and further order that the parties shall appear for a Case Management Conference at 10:30

5  a.m. on January 21, 2011.  The parties shall submit a Joint Case Management Conference Statement

6  by January 14, 2011.

7

8  IT IS SO ORDERED.

9
10  Date: 1/11/2011                                                  _____
11                                                                                    Honorable Jeremy Fogel

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: January 11, 2011                             /s/ Jennie Lee Anderson
                                                    Jennie Lee Anderson

                                                    ANDRUS ANDERSON LLP
                                                    155 Montgomery Street, Suite 900
                                                    San Francisco, CA  94104
                                                    Telephone: (415) 986-1400
                                                    Facsimile: (415) 986-1474
                                                    jennie@andrusanderson.com

                                                    *Attorneys for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 11, 2011                                 Respectfully submitted,


   */s/ Jennie Lee Anderson*
Jennie Lee Anderson

**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
jennie@andrusanderson.com