**E-Filed 1/18/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE INVESTORS GROUP, INC.,<br><br>　　　　　Defendant. | Case Number 5:08-cv-00536-JF/PSG<br><br>ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT COUNTRYWIDE'S OBJECTION TO ORDER OF MAGISTRATE JUDGE<br><br>[re: document no. 184] |

　　　On January 10, 2011, Defendant Countrywide Home Loans, Inc. ("Countrywide") filed an objection to the order of Magistrate Judge Paul Grewal issued December 23, 2010. Any opposition shall be filed on or before February 4, 2011. Any reply shall be filed on or before February 11, 2011. The matter thereafter shall be taken under submission without oral argument.

　　　IT IS SO ORDERED.

DATED: 1/18/2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 5:08-cv-00536-JF/PSG
ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT COUNTRYWIDE'S OBJECTION TO ORDER OF MAGISTRATE JUDGE
(JFLC2)