**EXHIBIT B**

| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| | *bbrown@goodwinprocter.com* |
| 2 | STEVEN A. ELLIS (SBN 171742) |
| | *sellis@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 601 S. Figueroa Street, 41st Floor |
| 4 | Los Angeles, California 90017 |
| | Tel.: 213.426.2500 |
| 5 | |
| | ROBERT B. BADER (SBN 233165) |
| 6 | *rbader@goodwinprocter.com* |
| | **GOODWIN PROCTER LLP** |
| 7 | Three Embarcadero Center, 24th Floor |
| | San Francisco, California 94111 |
| 8 | Tel.: 415.733.6000 |
| | Fax: 415.677.9041 |
| 9 | |
| | Attorneys for Defendant: |
| 10 | *Countrywide Home Loans, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAY RALSTON, On Behalf Of Himself And All Others Similarly Situated, | Case No. 08-CV-00536 JF (PSG) |
| | **[PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| Plaintiff, | |
| v. | Date: February 11, 2011 |
| | Time: 10:30 a.m. |
| MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10, | Courtroom: 3 - 5th Floor |
| | Judge: Hon. Jeremy Fogel |
| Defendants. | |

**[PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER**
Case No. 5:08-CV-00536-JF (PSG)

**[PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER**

Upon consideration of the parties' Joint Supplemental Case Management Statement filed on January 18, 2011 (Dkt. No. 197), the parties' letter briefs filed on January 28, 2011 (Dkt. Nos. 204, 205, 206) and the arguments of counsel at the February 11, 2011 Case Management Conference, and for good cause showing, the Court hereby **ORDERS** that the following case management schedule be entered in this action (subject to further amendments that the Court may grant based upon good cause shown):

1. Countrywide Home Loan's Motion to Strike Certain of Plaintiff's Allegations Pursuant to Fed. R. Civ. P. 12(b)(1) and 23(c) and (d) (Dec. 3, 2010) (Dkt. No. 163) will be heard on **March 11, 2011 at 9:00 a.m.**

2. The parties are to provide any expert reports for expert witnesses expected to be called on the issue of class certification by **April 4, 2011**.

3. The parties are to provide any rebuttal expert reports for expert witnesses expected to be called on the issue of class certification by **May 5, 2011**.

4. Plaintiff shall file his motion for class certification, together with all memoranda of law, argument and evidence relied upon by him in support of his motion for class certification, by **May 20, 2011**.

5. Defendants shall file their oppositions to the class certification motion, together with all memoranda of law, argument and evidence relied upon by Defendants in opposition to class certification, by **June 17, 2011**.

6. Plaintiff shall file his certification reply papers responding to the arguments and evidence advanced by Defendants in their class certification opposition submissions by **July 15, 2011**.

7. The motion for class certification will be heard on **July 29, 2011 at 9:00 a.m.**

1

**[PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER**
Case No. 5:08-CV-00536-JF (PSG)

1  **IT IS SO ORDERED**.

2    Dated: _____, 2011    _____
                                        HON. JEREMY FOGEL
3                                       United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 4, 2011.

/s/ Brooks R. Brown
Brooks R. Brown