**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Jessica Moy (SBN 272941)
jessica@andrusanderson.com
155 Montgomery St, Suite 900
San Francisco, CA 94104
Tel.: (415) 986-1400
Fax: (415-986-1474

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel.: (818) 961-2000
Fax: (818) 936-0232

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, COUNTRYWIDE HOME LOANS, INC. AND DOES 1-10,<br><br>Defendants. | Case No.: CV 08-00536 JF-PSG<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION REGARDING SEALING OF DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)**<br><br>Judge: Hon. Jeremy Fogel |

Plaintiff submits this Administrative Motion in compliance with the Stipulated Protective Order filed in the matter on June 3, 2009, the [Proposed] Amended Stipulated Protective Order filed on December 14, 2010, and Civil Local Rules 7-11 and 79-5(c). Pursuant to the protective orders entered and filed in this case, access or use of information designated as Confidential, such as any motion, pleading or other submission must be lodged conditionally under seal. Plaintiff hereby notifies the Court that he has lodged conditionally under seal Plaintiff's Opposition to Countrywide Home Loans Inc.'s Motion to Strike Certain of Plaintiff's Class Allegations and Declaration of Jennie Lee Anderson in Support of Plaintiff's Opposition to Countrywide Home Loans Inc.'s Motion to Strike Certain of Plaintiff's Class Allegations, Exhibit A as documents referencing information designated Confidential by Defendant Countrywide Home Loans, Inc. ("CHL"), pending the filing of a motion and declaration by an interested party who contends that the information qualifies for protection.

The Stipulated Protective Order and the [Proposed] Amended Stipulated Protective Order require the any party who contends that the information is entitled to protection must file a motion to seal and, pursuant to Local Civil Rules 79-5(c), also file with the Court a declaration establishing that the designated information is, in fact, confidential and sealable. In the event that the party fails to file a responsive declaration and motion as required within ten (10) business days after the conditionally sealed document is lodged with the Court, documents should be unsealed, filed, and made part of the public record.

By filing this Administrative Motion, Plaintiff does not concede that the information has been properly designated Confidential and reserve his right to challenge such designation at a future date.

This application is also based on the material set forth in the Declaration of Jennie Lee Anderson Regarding Plaintiff's Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(c) filed concurrently herewith.

- 1 -

| | | |
|---|---|---|
| 1 | Dated: February 18, 2011 | **ANDRUS ANDERSON LLP** |
| 2 | | By:   /s/ *Jennie Lee Anderson* |
| | | Jennie Lee Anderson |
| 3 | | |
| 4 | | Jennie Lee Anderson (SBN 203586) |
| | | Jessica Moy (SBN 272941) |
| 5 | | 155 Montgomery Street, Suite 900 |
| | | San Francisco, CA 94104 |
| 6 | | Telephone: (415) 986-1400 |
| | | Facsimile: (415) 986-1474 |
| 7 | | jennie@andrusanderson.com |
| | | jessica@andrusanderson.com |
| 8 | | **ARBOGAST & BERNS LLP** |
| | | David M. Arbogast (SBN 167571) |
| 9 | | Jeffrey K. Berns, Esq. (SBN 131351) |
| | | 6303 Owensmouth Ave, 10th Floor |
| 10 | | Woodland Hills, CA 91367 |
| | | Telephone: (818) 961-2000 |
| 11 | | Facsimile: (818) 936-0232 |
| | | darbogast@law111.com |
| 12 | | jberns@law111.com |
| 13 | | **SMOGER & ASSOCIATES** |
| | | Gerson H. Smoger (SBN 79196) |
| 14 | | Steven M. Bronson (SBN 246751) |
| | | 3175 Monterey Blvd |
| 15 | | Oakland, CA, 94602-3560 |
| 16 | | Tel.:  (510) 531-4529 |
| | | Fax:  (510) 531-4377 |
| 17 | | gerson@texasinjurylaw.com |
| | | bronsonlaw@gmail.com |
| 18 | | |
| 19 | | **BROWNE WOODS GEORGE LLP** |
| | | Lee A. Weiss (*pro hac vice* pending) |
| 20 | | 626 RXR Plaza |
| | | Uniondale, New York 11556 |
| 21 | | Telephone:  (212) 354-4901 |
| | | Facsimile:   (212) 354-4904 |
| 22 | | lweiss@bwgfirm.com |
| 23 | | and |
| 24 | | Michael A. Bowse (SBN 189659) |
| | | 2121 Avenue of the Stars, Suite 2400 |
| 25 | | Los Angeles, CA 90067 |
| | | Telephone:  (310) 274-71 |
| 26 | | Facsimile:   (310) 275-5697 |
| | | mbowse@bwgfirm.com |
| 27 | | |
| 28 | | |

- 2 -

PLAINTIFF'S ADMIN. MOTION REGARDING SEALING OF DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(C)
CASE NO. CV 08-00536 JF (PSGX)

| | |
|---|---|
| 1 | |
| 2 | **SPIRO MOSS LLP** |
| | J. Mark Moore (No. 180473) |
| 3 | 11377 West Olympic Boulevard, 5th Floor |
| | Los Angeles, CA 90064 |
| 4 | Telephone: 310-235-2468 |
| | Facsimile: 310-235-2456 |
| 5 | mark@spiromoss.com |

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Tel.: (215) 564-2300
Fax: (215) 851-8029
jshub@seegerweiss.com

*Attorneys for Plaintiff and the Proposed Classes*

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 18, 2011           */s/ Jennie Lee Anderson*
                                    Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

- 4 -

PLAINTIFF'S ADMIN. MOTION REGARDING SEALING OF DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(C)
CASE NO. CV 08-00536 JF (PSGX)