BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  (213) 426-2500
Fax:  (213) 623-1673

THOMAS M. HEFFERON (pro hac vice)
*thefferon@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Washington, DC  20001
Tel.:  202.346.4000
Fax:  202.346.4444

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax:  415.677.9041

*Attorneys for Defendant*
Countrywide Home Loans, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,<br><br>Defendants. | Case No. 08-CV-00536 JF (PSG)<br><br>**STIPULATION EXTENDING TIME TO FILE BRIEFS RE DEADLINE TO COMPLETE DOCUMENT PRODUCTION PURSUANT TO DISCOVERY ORDER; ORDER**<br><br>Courtroom:  5, 4th Floor<br>Judge:         Hon. Paul Singh Grewal<br><br>Filed Herewith:<br><br>1.  Declaration of Robert B. Bader |

**STIPULATION EXTENDING TIME TO FILE BRIEFS RE: DEADLINE TO COMPLETE PRODUCTION PURSUANT TO DISCOVERY ORDER**

Pursuant to Local Rules 6-2 and 7-12, plaintiff Jay Ralston ("Plaintiff"), and defendant Countrywide Home Loans, Inc. ("CHL") (together, with Plaintiff, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on December 23, 2010, this Court granted Plaintiff's motion to compel ("Discovery Order");

WHEREAS, on January 26, 2011, this Court granted CHL's motion to stay compliance with the Discovery Order ("Stay Order") pending Judge Fogel's ruling on CHL's Fed. R. Civ. P. 72(a) objection ("Rule 72(a) Objection");

WHEREAS, in the Stay Order, this Court ordered the Parties to (a) promptly meet and confer regarding CHL's deadline to complete its production of documents and information under the Discovery Order after Judge Fogel issued his ruling on CHL's Rule 72(a) Objection to the Discovery Order, or (b) in the event the Parties cannot agree on a deadline, to submit briefs setting forth their positions regarding the production deadline within five (5) court days after Judge Fogel's ruling;

WHEREAS, on March 14, 2011, Judge Fogel denied CHL's Rule 72(a) Objection;

WHEREAS, the Parties' briefs currently are due on March 21, 2011;

WHEREAS, the Parties were prepared to meet and confer regarding the production deadline on March 18, 2011, but CHL's counsel responsible for the meet and confer – Steven A. Ellis – was unexpectedly called away from the office due to a death in his family and thus was not available to handle the meet and confer;

WHEREAS, as a result of the unforeseen and unfortunate circumstances affecting Mr. Ellis and certain additional scheduling conflicts affecting CHL's other counsel, CHL requested, and Plaintiff agreed, to schedule the meet and confer for March 22, 2011 and to extend the time for filing briefs concerning the production deadline by two (2) days to March 23, 2011;

WHEREAS, no trial date has been set;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses

1  otherwise available to the Parties in this action;

2  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,

3  by his undersigned counsel, and CHL, by its undersigned counsel, that, subject to the approval of

4  the Court, the Parties shall file their briefs concerning CHL's production deadline no later than

5  March 23, 2011.

|   |   |
|---|---|
| 6 | Respectfully submitted, |
| 7 Dated: March 21, 2011 | /s/   Brooks R. Brown |
| 8 | Brooks R. Brown<br>*bbrown@goodwinprocter.com*<br>GOODWIN PROCTER LLP |
| 9 | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA  90017 |
| 10 | |
| 11 | Thomas M. Hefferon<br>*thefferon@goodwinprocter.com*<br>GOODWIN PROCTER LLP |
| 12 | Washington, DC  20001 |
| 13 | Robert B. Bader |
| 14 | *rbader@goodwinprocter.com*<br>GOODWIN PROCTER LLP |
| 15 | Three Embarcadero Center, 24th Floor<br>San Francisco, California 94111 |
| 16 | *Attorneys for Defendant* |
| 17 | Countrywide Home Loans, Inc. |
| 18 Dated: March 21, 2011 | /s/ Jennie Lee Anderson |
| 19 | Lori E. Andrus<br>*lori@andrusanderson.com*<br>Jennie Lee Anderson |
| 20 | *jennie@andrusanderson.com*<br>ANDRUS ANDERSON LLP |
| 21 | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 22 | David M. Arbogast |
| 23 | *darbogast@law111.com*<br>Jeffrey K. Berns |
| 24 | *jberns@law111.com*<br>ARBOGAST & BERNS LLP |
| 25 | 6303 Owensmouth Ave., 10th Floor<br>Woodland Hills, CA 91367 |
| 26 | Attorneys for Plaintiff: |
| 27 | *Jay Ralston* |
| 28 | |

- 2 -

STIPULATION EXTENDING TIME TO FILE BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED

3

4    Dated: March 23, 2011                         _____
                                                    Magistrate Judge Paul Singh Grewal
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION EXTENDING TIME TO FILE BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: March 21, 2011

GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017


By: /s/ Brooks R. Brown

Attorneys for Defendant:
*Countrywide Home Loans, Inc.*

- 4 -

STIPULATION EXTENDING TIME TO FILE BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 21, 2011. |
| 3 | |
| 4 | |
| 5 | /s/ Brooks R. Brown |
| | Brooks R. Brown |

- 1 -

STIPULATION EXTENDING TIME TO FILE BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)