# EXHIBIT T

**From:** Linda_Kelly@Countrywide.Com
**Sent:** Mon, 07 Aug 2006 16:53:30 GMT
**To:** lmondoux@republicbk.com
**CC:** Jessica_Kannya@Countrywide.Com; Alina_Vradiy/Contractor/CF/CCI%Countrywide@countrywide.com; Christopher_Ethakpemhi/CLD/CF/CCI%Countrywide@countrywide.com; Jessica_Kannya@Countrywide.Com; Linda_Kelly@Countrywide.Com; Nicoline_Meyer/CLD/CF/CCI%Countrywide@countrywide.com; Ronald_Carranza/CLD/CF/CCI%Countrywide@countrywide.com
**Subject:** Re: Pay Option ARM documents

---

Laura,

Here are the UFF formatted docs that you requested below.

FE5310:

(See attached file: FE53101.zip)(See attached file: FE53102.zip)(See attached file: FE53103.zip)(See attached file: FE53104.zip)

FE5310(FL):
(See attached file: flF53101.zip)(See attached file: flF53102.zip)(See attached file: flF53103.zip)(See attached file: flF53104.zip)

FE5310(NH):

(See attached file: nhF53101.zip)(See attached file: nhF53102.zip)(See attached file: nhF53103.zip)(See attached file: nhF53104.zip)

FE5313:

(See attached file: FE53131.zip)(See attached file: FE53132.zip)(See attached file: FE53133.zip)(See attached file: FE53134.zip)(See attached file: FE53135.zip)

Please let me know if you have any questions or if you need further assistance.

Thanks!

(Embedded image moved to file: pic11883.gif)Correspondent Lending


Linda M Kelly
Document Administrator
CLD - Compliance Department


818-316-8134 Office   8501 Fallbrook Ave
 92-593-8134        Mail Stop: WH-50Q
  Internal          West Hills, CA 91304

CHL058163

Linda_Kelly@countrywide.com

| | | |
|---|---|---|
| Susan Wright/Product Leadership/CF/CCI 08/07/2006 09:29 AM | To | lmondoux@republicbk.com |
| | cc | Linda Kelly/CLD/CF/CCI@Countrywide, Jessica Kannya/CLD/CF/CCI@Countrywide |
| | Subject | Re: Pay Option ARM documents (Document link: Linda Kelly) |

Laura, I haven't been with CLD for almost a year.  Linda Kelly or Jessica Kannya will be able to help you with your request.   Thank you!!

| | | |
|---|---|---|
| "Laura Mondoux" <lmondoux@republicbk.com> 08/07/2006 09:18 AM | To | Susan_Wright@countrywide.com |
| | cc | |
| | Subject | Pay Option ARM documents |

Please respond to
lmondoux@republic
    bk.com

Susan,

I am in need of the PayOption ARM Note and Rider (Version 0511).  We've had a loan suspended because we closed on out-dated documents.  In order for us to use the Note and Rider through our front end system, we need the documents to be e-mailed in ".rff" format (i.e. cannot be a Microsoft Word Document).

CHL058164

Last year, you assisted us in getting the appropriate forms in this UFF format. Could you help us again? Specifically, I need the following forms:
    FE5310 (0511)
    FE5313 (0511)
    FE5310FL (0511)
    FE5310NH (0511)
Thank you!

Laura Mondoux
Product Development Manager
Republic Bank

CHL058165