# EXHIBIT U



## Bulletin 2004-12

**Date:**    December 20, 2004

**To:**    All Correspondent Sellers

**Re:**

a.   **NEW!** <u>80/20 Option Available for Conforming Fixed Period ARMs</u>

b.   <u>1-Year and 3-Year Hard Prepayment Penalty Option Added to Specialty ARM Programs</u>

c.   <u>Geographic Restrictions Added for Cooperatives</u>

d.   <u>VA Maximum Guaranty Amount Increased for 2005</u>

e.   <u>Prior Underwrite Fee Reduced for Equity Loans</u>

f.   <u>Equity Gold Team Introduces Dedicated Phone Queue for Underwriting</u>

g.   <u>Indiana High Cost Loans Not Eligible for Purchase</u>

h.   <u>Regulation Z:  Notice of Right to Cancel Forms</u>

i.   <u>Property Valuations in Las Vegas Market</u>

j.   **REMINDER!** <u>New Conforming Loan Limits</u>

k.   **REMINDER!** <u>Revised Fee Policy for Life of Loan Flood Certifications</u>

l.   <u>Seller's Guide Updates</u>

m.   <u>Revised Forms</u>

n.   <u>Updated Price Guides</u>

o.   <u>Disaster Areas</u>

Bulletin 2004-12
Page 2



**a.** ~~NEW~~ **80/20 Option Available for Conforming Fixed Period ARMs**

100% financing is available on conforming fixed period ARM loans now that the 80/20 option is eligible for purchase. Loans must be underwritten through Fannie Mae's Desktop Underwriter (DU) and receive an "Approve/Eligible" recommendation. In addition, the DU certificate must state under "Verification Messages/Approval Conditions":

> *"This case was processed according to the Desktop Underwriter Flexible mortgage guidelines. It must also meet all the terms of the program as specified in the Guide to Underwriting with Desktop Underwriter as modified by subsequent Release Notes."*

Highlights include:

| Criteria | 80/20 Option |
|---|---|
| Occupancy | Owner-occupied primary residence |
| Eligible Finance Types | Purchase and Rate & Term refinance |
| Eligible Property | SFR*, PUD, and Condo<br><br>* *Includes modular, panelized and prefabricated classifications of factory-built housing.* |
| Additional Requirements | • 5/1, 7/1 and 10/1 fixed period terms only<br><br>• LIBOR index is required<br><br>• Non-occupant co-borrowers are not allowed. |
| Borrower Minimum Contribution | The borrower's minimum contribution is based on one of the following two options:<br><br>1) Minimum 3% of the lesser of the sales price or appraised value. In addition to the borrower's own funds, acceptable sources include a gift or unsecured loan from a relative, domestic partner or fiancé/fiancée, a non-profit grant, or unsecured loans from a government agency or the borrower's employer.<br><br>Or<br><br>2) Minimum $500 cash from their own funds. Funds must come from an acceptable depository source, such as checking, savings, certificate of deposits, or individual development accounts (IDAs). All other flexible sources of funds are not allowed. |

CHL012594



A price adjustment will apply.  Refer to the updated Conventional/Government Price Guide dated as of December 20, 2004.

<u>Section 8.4A, Conforming Fixed Period ARM,</u> is revised on pages 7, 8, 9, 10 and 11.

For additional information, please contact your Account Executive.


   **b.  1-Year and 3-Year Hard Prepayment Penalty Option Added to Specialty ARM Programs**

*ADVANCE NOTICE:   This enhancement will be available as of Monday, December 27, 2004.   Therefore, loans originated with the new prepayment penalty option may not be locked with the Commitment Desk or on Platinum or submitted through CLOUT for underwriting until December 27.*


The following non-conforming specialty ARM programs are updated to reflect the new prepayment penalty option requirements:

- **PayOption ARM**:  Added the 1-year and 3-year hard prepayment penalty option and eliminated the 3-year soft prepayment penalty option.

  <u>*Elimination of 3-Year Soft Prepay*</u>*: With the addition of the hard prepay penalty option, the 3-year soft prepayment penalty option is being eliminated from the PayOption ARM program.  However, to provide our Sellers adequate time to comply, PayOption ARM loans originated with a 3-year prepay must be* **committed by December 31, 2004** *and* **purchased by February 18, 2005**.

- **1-Month/6-Month Interest Only LIBOR ARM:**   Prepayment penalty option feature now available with a 1-year and 3-year hard prepay (including the 80/20 Option).


Refer to the table on the following page for a summary of the prepayment penalty option highlights.

CHL012595

Bulletin 2004-12
Page 4



| Prepayment Penalty Option | Update |
|---|---|
| **Penalty Term** | Available with 1-year and 3-year prepayment penalty term only. |
| **Type of Prepay Penalty** | A "hard" prepayment penalty is required. The prepayment penalty will be charged regardless if the property is sold or refinanced within the prepayment penalty term.<br><br>**Note:** With the introduction of the 1-year and 3-year "hard" prepay penalty, the 3-year "soft" prepayment penalty option will no longer be offered on the PayOption ARM program.  Refer to the PayOption ARM updates above for complete details on delivery timeframe requirements of PayOption ARM loans with a 3-year soft prepayment penalty.. |
| **Eligible States** | The following new states are available for loans with prepayment penalty option:<br><br>• District of Columbia  • Michigan<br>• Georgia  • Mississippi<br>• Louisiana  • Ohio<br>• Massachusetts  • Rhode Island |

The following Seller's Guides sections are updated:

| | |
|---|---|
| Section 4.6, Geographic Restrictions | Pages 3, 4, 5, 6, 8, 9, 10, 12 and 13. |
| Section 11.3, Non-conforming Interest Only 1-Month/ 6-Month LIBOR ARM | Pages 13 and 19 |
| Section 11.3A, Non-conforming CLUES Fast & Easy Interest Only 1-Month/6-Month LIBOR ARM | Page 14 |
| Section 11.7, Non-conforming PayOption ARM | Pages 5 and 27 |
| Section 13.5, Prepayment Penalty Option | Pages 1, 2, 3, 4, and 5. |

CHL012596



**Prepayment Penalty Addendum to Note and Borrower Disclosures:**
Loans originated with the 1-year and 3-year hard prepayment penalty option must include a prepayment penalty addendum to the Note, in addition to the borrower prepayment penalty option disclosure.   Refer to Chapter 14.0, Prime Forms - Prepayment Penalty Addenda and Disclosures, for:

— Sample multi-state and state-specific versions of the Note addendum for the hard prepayment penalty, and

— Sample "Program-specific Prepayment Penalty Option disclosures" required for delivery to Countrywide of loans originated under the PayOption and 1-Month/6-Month Interest Only LIBOR ARM programs.

  o ***Rhode Island / 3-Year Prepayment Penalty:*** *Loans in Rhode Island originated with a 3-year hard prepayment penalty must include the "3-Year Hard Prepayment Penalty Disclosure - Rhode Island" in addition to the standard "Prepayment Penalty Option Disclosure". .*

**PayOption ARM Notes and Riders:**  We have provided revised multi-state and state-specific versions of the PayOption Notes with the COFI, LIBOR and MTA indexes. Please note the new form numbers.  To provide our Sellers with adequate time to comply, conversion to these new Notes is required by February 18, 2005.  Refer to Chapter 14.0, Prime Forms - Notes, Riders and Addenda, for samples.

For additional information, please contact your Account Executive.

> ***Submission through CLOUT available December 27, 2004:***
> *We are in the process of updating CLOUT to support submission through CLUES of the new prepayment penalty option programs.  However, we did not want to delay the release of these new program guidelines with the 1-Year and 3-Year Hard Prepayment Penalty Option.*
>
> • ***PayOption ARM with 1-Year & 3-Year Hard Prepay Option: CLUES available December 27, 2004.***
>
> • ***1-Month/6-Month Interest Only ARM with 1-Year & 3-Year Hard Prepay Option: CLUES available in late January, 2005.***

CHL012597



### c. Geographic Restrictions Added for Cooperatives

Loans secured by cooperatives in the states of New Jersey and New York are eligible for purchase under select conforming, non-conforming and non-conforming expanded criteria programs.  As announced on December 10th and effective immediately, we are limiting purchase of cooperative loans to properties located within the following regions:

- ◆ **New Jersey**:  Counties of Bergen, Essex, Hudson, Middlesex, Union, Monmouth, Morris, Passaic and Somerset.

- ◆ **New York:**  Boroughs of Bronx, Brooklyn, Manhattan, Queens, and Richmond (Staten Island) and the counties of Nassau, Rockland, Suffolk and Westchester.

To ensure our Sellers have adequate time to comply, committed cooperative loans secured on properties located in geographic areas <u>outside</u> of the above listed boroughs and counties must be purchased by December 31, 2004.

The following Seller's Guide sections are updated:

| | |
|---|---|
| Section 4.8, Cooperatives | Page 4 |
| Section 10.1, Non-conforming Fixed Rate | Page 2 |
| Section 10.1A, Non-conforming Expanded Criteria *(Full, Alternative and Reduced)* | Pages 3, 10 and 15 |
| Section 10.1C, Non-conforming Expanded Criteria *(No Ratio)* | Page 4 |
| Section 10.1D, Non-conforming Expanded Criteria *(No Income No Assets - NINA)* | Page 4 |
| Section 10.1E, Non-conforming Expanded Criteria No Income No Assets (NINA) Conforming Loan Balance | Page 2 |
| Section 10.1F, Non-conforming Expanded Criteria Conforming Loan Balance *(Full, Alternative and Reduced)* | Page 3 |
| Section 10.1G, Non-conforming Expanded Criteria No Ratio Conforming Loan Balance | Page 2 |
| Section 11.5A, Non-conforming Fixed Period ARM | Page 3 |

CHL012598



| | |
|---|---|
| Section 11.6A, Expanded Criteria & Expanded Criteria Interest Only Fixed Period ARM *(Full, Alternative and Reduced)* | Page 5 |
| Section 11.6C, Expanded Criteria & Expanded Criteria Interest Only Fixed Period ARM *(No Ratio)* | Page 5 |
| Section 11.6D, Expanded Criteria & Expanded Criteria Interest Only Fixed Period ARM *(No Income No Assets:  NINA)* | Page 5 |

If you have additional questions please contact your Account Executive.

### d.  VA Maximum Guaranty Amount Increased for 2005

The Veterans Benefits Act of 2004 was signed by the President on December 10, 2004, which increased the VA maximum guaranty amount for 2005.  The new maximum guaranty amount is $89,912, which is equal to 25 percent of the Freddie Mac conforming limit for a single family residence.

Section 12.1, VA Loans, is updated on pages 7 and 8.

### e.  Prior Underwrite Fee Reduced for Equity Loans

Great news! As announced on December 3rd, we have reduced our prior underwriting service fee for equity loans to **$100.**  This fee is assessed for the prior underwrite of both stand-alone and piggyback equity loans that are then delivered to Countrywide for purchase.  The fee is deducted from the Seller's wire proceeds at funding.

Page 2 of Section 2.1, Prior Underwriting, is updated to reflect the new service fee.   Refer to this section for complete information on prior underwriting services offered by Countrywide.

If you have additional questions, please contact your Operations Account Manager.

CHL012599

Bulletin 2004-12
Page 8



### f. Equity Gold Team Introduces Dedicated Phone Queue for Underwriting

As we continue to find ways to provide our Sellers with exceptional customer service, we have introduced a dedicated phone queue that provides direct access to the Equity Gold Team underwriting department.  Underwriting teams may now be accessed directly by calling:

| Equity Gold Team | |
| --- | --- |
| Main Number       Toll Free  1 (800) 394-4554 | |
| Underwriting Queue Extension | |
| Central Region | ext. 4829 |
| Eastern Region | ext. 4871 |
| Western Region | ext. 4730 |

For more information, please contact your Operations Account Executive.

### g. Indiana High Cost Loans Not Eligible for Purchase

Indiana H.B. 1229 (the "Act") establishes new high cost lending provisions that go into effect for loans **closed** on or after January 1, 2005.

Countrywide will not purchase loans defined as high cost under the Act. Countrywide will continue to purchase loans that are not considered "high cost" in the state of Indiana; however, we reserve the right to review these loans prior to purchase to ensure regulatory compliance.  In order for Countrywide to perform its review, all Indiana loan files delivered to Countrywide for purchase must include a **FINAL** HUD-1.  If the final HUD-1 is not included in the loan file, the loan will be suspended and the purchase process stopped until the final HUD-1 is received and reviewed for compliance.

The following Seller's Guide sections have been updated:

| Section 4.6. Geographic Restrictions | Pages 3, 4, 5, 6, 8, 9, 10, 12 and 13 |
| --- | --- |

CHL012600

Bulletin 2004-12
Page 9



| Section 15.1, Equity Loan Program Participation | Page 3 |
|---|---|

CHL012601



### h.  Regulation Z:  Notice of Right to Cancel Forms

We remind our Sellers that loans subject to rescission per Regulation Z must include the correct Notice of Right to Cancel form in the loan file delivered for purchase.

Closed-end first and second mortgages must use the appropriate Notice of Right to Cancel form as detailed in Regulation Z, Appendix H, Models H-8 and H-9.

Open-end first and second mortgages must use the Notice of Right to Cancel form for both purchase and refinance transactions that is provided in <u>Chapter 17.0, Equity Forms (Supplemental)</u>.

For additional information, please contact your Operations Account Manager.

### i.  Property Valuations in the Las Vegas Market

Due to recent valuation changes in the Las Vegas, Nevada housing market, we are asking our Sellers to implement additional diligence when requesting property valuations for this market:    Effective for appraisals dated on or after January 1, 2005, all appraisals must adhere to the following valuation guidelines:

♦ The most recent data available must be used for the comparable sales.   At least two of the comparable sales should have closed within 30 days of the effective date of the appraisal.

♦ Two current listings must be from the immediate subject neighborhood and representative of competitive properties in the neighborhood.  We caution our Sellers to not use the highest listing available, but the listings most likely to sell first excluding distressed listings.

♦ When reconciling the final value, emphasis should be placed on the most current data, as well as the comparables and listings most similar in location and other physical aspects to the subject property.

CHL012602

Bulletin 2004-12
Page 11



**Additional Guidelines for New Construction:**

♦ When appraising new construction, both the contract/sales date (when the buyer entered into the contract with the builder), and the closing date must be reported and analyzed. Differences in market conditions between the contract/sales date and the effective date must be analyzed.

♦ The appraiser should provide at least one sale from within the subdivision and one sale from outside the subdivision.

♦ The builder of the comparables must be reported, in addition to the subject property, if the comparables are also new construction.

If you have any questions, please contact your Account Executive.

**j.** ~~REMINDER!~~ **New Conforming Loan Limits**

As announced on December 1st, Fannie Mae and Freddie Mac have announced an increase in conforming loan limits for the Continental U.S., Alaska and Hawaii. The new limits are as follows:

| New Loan Limits: | Continental U.S. | Alaska & Hawaii |
|---|---|---|
| One - Family | $359,650 | $539,475 |
| Two - Family | $460,400 | $690,600 |
| Three - Family | $556,500 | $834,750 |
| Four - Family | $691,600 | $1,037,400 |
| | | |
| Closed End Seconds | $179,825 | $269,725 |

Loans being delivered under an assignment of trade or direct trade commitment must be priced to a January, 2005, security.

Loans submitted through CLOUT for underwriting by CLUES will be underwritten to the new loan amounts. We will purchase loans underwritten by DU or LP that have received an Approve/Ineligible recommendation based **solely** on the loan amount exceeding the agencies previous limit of $333,700.



The revised limits for maximum conforming and minimum non-conforming loans are updated in the following sections of the Seller's Guide:

| | |
|---|---|
| Section 5.1, Loan Amounts and Ratios | Page 5 |
| Section 5.8, FNMA/FHLMC Seconds | Page 4 |

**k.** ~~REMINDER!~~ **Revised Fee Policy for Life of Loan Flood Certifications**

Effective for loans purchased after January 1, 2005, Countrywide will only accept a life of loan flood certification obtained from LandSafe Services, without additional charge to the Seller. A $10 fee will be assessed on loans delivered under the following conditions:

- ◆ Without a life of loan flood certification, or
- ◆ With a life of loan certification obtained from a flood determination company <u>other</u> than LandSafe Services.

Originally announced on October 25, 2004, the following Seller's Guide sections are now updated to reflect the new policy:

| | |
|---|---|
| Section 2.6, Purchase Fees | Page 2 |
| Section 2.7, Purchase Documentation | Page 18 |
| Section 5.4, Property Insurance | Page 13 |
| Section 15.5, Equity Loan Mortgage Eligibility | Page 3 |

If you have any questions, please contact your Operations Account Manager.

CHL012604



## I.  Seller's Guide Updates

The following additional revisions have been made to the Seller's Guide:

♦  <u>Section 2.2, Delivery of Closed Loans</u>, is updated to clarify that if a Seller receives a decision certificate through an automated underwriting system, but ultimately delivers the loan for purchase based on a decision received through a manual underwriting review, then the Seller should **not** include the AUS certificate in the loan file delivered for purchase.   Page 7 is revised.

♦  Properties with deed restrictions, including condominium projects within inclusionary zoning areas, are not eligible for purchase by Countrywide. The following sections are updated to reflect this policy:

| | |
|---|---|
| <u>Section 4.1, Eligible Properties</u> | Page 6 |
| <u>Section 6.11, Type/Class Requirements for Condos and PUD Projects</u> | Pages 2 and 23 |
| <u>Section 18.4, Subprime Loan Property Eligibility</u> | Page 4 |

♦  Countrywide will not require flood insurance if the flood designation area on the flood certificate indicates "None" because the subject area has not yet been mapped by FEMA.   <u>Section 5.4, Property Insurance</u>, is updated on page 11.

♦  Information on the documentation requirements for payment history may be found in <u>Section 6.1, Borrower Qualification</u>.  This information is updated in <u>Section 5.14, Land Contracts</u>, page 3.

♦  <u>Section 7.1, Fixed Rate Conforming</u>, is updated as follows:
— **Secondary Financing:** Eligible financing options include 75/25/5, 80/10/10, 80/15/5 and 80/20.  These financing options are subject to the maximum LTV/CLTV guidelines for the finance type, property type and occupancy type.  To eliminate redundant information, we have eliminated under "Secondary Financing" the table which detailed individual requirements for some options.   Page 8 is revised.
— **80/20 Option:**   The maximum sales and financing contribution amount is reduced to **3%** from 6%.  Page 11 is revised.

CHL012605



♦ If there is a parent-child relationship, the qualifying ratios for mortgages with non-occupying co-borrowers may be based **solely** on the non-occupant co-borrowers subject to the following restrictions:

— Occupant and non-occupant are parent and child.

— The non-occupant co-borrower must be a co-owner of the property, but otherwise must not have an interested party relationship.

— Eligible for 1-unit SFR, PUD and Condo purchase and rate & term refinance transactions only.

— A letter from the borrowers establishing the relationship is required.

— The loan must be underwritten manually.

*Note:  If the first loan is delivered with secondary financing from Countrywide, the equity loan may be subject to more restrictive qualifying ratio guidelines. Always refer to the individual equity loan program guidelines in Chapter 16.0, Equity Loans, for requirements.*

The guideline enhancement is eligible for loans originated under the following conforming loan programs:

| | |
|---|---|
| Section 7.1, Fixed Rate Conforming | Page 13 |
| Section 8.1, Conforming ARM Plans 1, 2 & 12 | Page 14 |
| Section 8.4A, Conforming Fixed Period ARM | Page 15 |

♦ Added clarification on the secondary financing options detailed in Section 10.1F, Non-conforming Expanded Criteria Conforming Loan Balance, that equity loans from Countrywide may be subject to more restrictive guidelines than what is noted as eligible in the table for the first lien mortgage.  Page 11 is updated.

♦ Page 15 of Section 11.6B, Expanded Criteria & Expanded Criteria Interest Only Fixed Period ARM (*Stated Income Stated Assets*), is updated to reflect that loans are assumable during the ARM period only.

♦ An IRS Form 4506 is not required on non-conforming PayOption ARM loans less than or equal to $3 Million.  This information is clarified under Reduced Documentation requirements in Section 13.1, Loan Documentation Types, page 11.

CHL012606



♦ Based on recent federal and state legislative changes, the following high cost worksheets are now updated and available in the noted Seller's Guide chapters:

— **Section 32 Worksheets (**<u>First Lien</u> and <u>Second Lien</u>**):** Effective January 1, 2005, the HOEPA fee threshold is increasing to $510.00 for all states. Utah is now subject to the same fee threshold.

— <u>Massachusetts Statement of Borrower's Benefit and Borrower's Interest Determination Worksheet</u>: Required for all refinance loans secured by Massachusetts properties.

  ○ <u>Chapter 14.0, Prime Forms (Supplemental)</u>

  ○ <u>Chapter 17.0, Equity Forms (Supplemental)</u>

  ○ <u>Chapter 21.0, Subprime Forms (Supplemental)</u>

♦ <u>Section 15.7, Equity Loan Program Documentation Requirements</u>, is updated as follows:

— **Streamline:** On a piggyback transaction, Countrywide does <u>not</u> require the first and second loans be delivered simultaneously for purchase in order for the equity loan to be able to use the first loan's documentation requirements from the approved CLUES, DU or LP certificate. However, a copy of the first loan's AUS certificate must be included in the equity file delivered for purchase. Page 4 is updated.

— **Reduced:** Removed the restriction prohibiting the use of loan proceeds as cash reserves (page 12).

♦ <u>Section 18.3, Subprime Loan Borrower Eligibility,</u> is revised as follows:

— The validation of the subject property's value on an arms or non-arms length transaction may be performed through an alternative valuation product or a field review in accordance with Countrywide's appraisal review requirements detailed in Section 18.9, Subprime Appraisal Requirements. Page 2 is updated.

— Clarified that a first-time homebuyer is characterized by having no documented history of home ownership <u>within the prior three years</u>. Page 3 is updated.

— Permanent resident aliens are eligible under the same underwriting criteria as a U.S. citizen. Page 3 is updated.

CHL012607



— Pages 5 and 6 are update to add clarification that the following policies "normally" apply for subprime loans delivered to Countrywide:

- Property seller concessions are "normally" not allowed.
- Gift equity is "normally" limited to 70% LTV.
- Maximum number of outstanding loans to one borrower is "generally" two.

◆ Subprime loans secured by properties with less than 750 square feet are not eligible for purchase. Clarified that the minimum square footage applies to individual units for multi-unit properties. Section 18.4, Subprime Loan Property Eligibility, is updated on page 4.

◆ The short form ALTA policy is not allowed on subprime loans. This is clarified in Section 18.5, Subprime Loan Mortgage Eligibility, page 13.

◆ Section 18.6, General Underwriting Guidelines for Subprime Loan, is revised to add:

— Chapter 13 buyouts require Full documentation. Stated income loans are not eligible. Page 15 is updated.

— In lieu of a CPA to verify self-employment, the verification letter may be provided by a certified tax professional (for example, H&R Block). Pages 48 and 51 are updated.

◆ Subprime loans secured by properties in West Virginia may not exceed the maximum 50% debt-to-income ratio. This restriction is clarified in the following sections:

— Section 19.1, Subprime Risk Grade Determination, pages 3, 18, 32, 45, 58, and 70.

— Subprime Product Overview, page 2.

◆ Land contracts (recorded and unrecorded) are allowed on loans originated under the Premier Jumbo program. Section 19.1B, Premier Jumbo, is updated on page 6.

CHL012608



### m. Revised Forms

The following tables indicate Supplemental, Equity, Prime and/or Subprime forms that are revised and available on Platinum. Where applicable, we have indicated the current control number/date.

| COUNTRYWIDE SUPPLEMENTAL FORMS | | |
|---|---|---|
| **Form** | **Revision** | **Chapter(s)** |
| • <u>Section 32 Worksheet (First Lien)</u><br><br>• <u>Section 32 Worksheet (Second Lien)</u> | Increased fee threshold to $510.00 | <u>14.0, Prime Forms - Supplemental</u><br><br><u>17.0, Equity Forms - Supplemental</u><br><br><u>21.0, Subprime Forms - Supplemental</u> |
| <u>Massachusetts Statement of Borrower's Benefit and Borrower's Interest Determination Worksheet</u> | Revised based on updates to Massachusetts high cost legislation. | |
| <u>Subprime Appraisal Checklist</u> | Updated to clarify the minimum 750 sq feet applies also to individual units. | <u>21.0, Subprime Forms - Supplemental</u> |

| PRIME FORMS: | | | |
|---|---|---|---|
| **Sample Prepayment Penalty Addenda and Disclosures** | | | |
| **State** | **Form No.** | <u>**Chapter 14.0, Prime Forms: Prepayment Penalty Addenda and Disclosures**</u> | **New Control No. / Date** |
| The following sample prepayment penalty addenda to the Note and borrower disclosures are provided as a courtesy. | | | |
| Multi-state | FE 5202 | Prepayment Addendum (Soft) | 0412 |
| | FE 5201 | Prepayment Addendum (Hard) | 0412 |
| | FE 5205 | Prepayment Disclosure | 0512 |
| District of Columbia | FE 5201(DC) | Prepayment Addendum (Hard) | 0412 |

Bulletin 2004-12
Page 18



CHL012610

Bulletin 2004-12
Page 19



| PRIME FORMS, *Continued:* | | | |
|---|---|---|---|
| Sample Prepayment Penalty Addenda and Disclosures | | | |
| State | Form No. | Chapter 14.0, Prime Forms: Prepayment Penalty Addenda and Disclosures | New Control No. / Date |
| The following sample prepayment penalty addenda to the Note and borrower disclosures are provided as a courtesy. | | | |
| Louisiana | FE 5202(LA) | Prepayment Addendum (Soft) | 0412 |
|  | FE 5201(LA) | Prepayment Addendum (Hard) | 0412 |
| Massachusetts | FE 5201(MA) | Prepayment Addendum (Hard) | 0412 |
| Michigan | FE 5201(MI) | Prepayment Addendum (Hard) | 0412 |
| Mississippi | FE 5201(MS) | Prepayment Addendum (Hard) | 0412 |
| Ohio | FE 5201(OH) | Prepayment Addendum (Hard) | 0412 |
| Oregon | FE 5202(OR) | Prepayment Addendum (Soft) | 0412 |
|  | FE 5201(OR) | Prepayment Addendum (Hard) | 0412 |
| Rhode Island | FE 5201(RI) | Prepayment Addendum (Hard) | 0412 |
|  | FE 5206(RI) | 3-Year Prepayment Penalty Disclosure (Hard) | 0412 |

CHL012611

Bulletin 2004-12
Page 20



| | | **PRIME FORMS:** | |
|---|---|---|---|
| | | **Multi-state and State-specific** | |
| | | To ensure Sellers have adequate time to convert their documents to the updated versions noted below, Countrywide allows Sellers 60 days from the date of this bulletin to comply. | |
| **State** | **Form No.** | **Chapter 14.0, Prime Forms:** **Notes, Riders, and Addenda** | **New Control No. / Date** |
| **PayOption ARM Program (Section 11.7):** The Notes are revised and include individual versions for each index. Loans with prepayment penalty option may use the sample prepayment penalty addenda now available in Chapter 14.0, Prime Forms - Prepayment Penalty Addenda and Disclosures. | | | |
| Multi-state | FE 5311 | PayOption ARM Note - COFI | 0412 |
| | FE 5314 | PayOption ARM Rider - COFI | 0412 |
| | FE 5310 | PayOption ARM Note - LIBOR | 0412 |
| | FE 5313 | PayOption ARM Rider - LIBOR | 0412 |
| | FE 5312 | PayOption ARM Note - MTA | 0412 |
| | FE 5315 | PayOption ARM Rider - MTA | 0412 |
| Alaska | FE 5311AK | PayOption ARM Note - COFI | 0412 |
| | FE 5310AK | PayOption ARM Note - LIBOR | 0412 |
| | FE 5312AK | PayOption ARM Note - MTA | 0412 |
| Florida | FE 5311FL | PayOption ARM Note - COFI | 0412 |
| | FE 5310FL | PayOption ARM Note - LIBOR | 0412 |
| | FE 5312FL | PayOption ARM Note - MTA | 0412 |
| Louisiana | FE 5311LA | PayOption ARM Note - COFI | 0412 |
| | FE 5310LA | PayOption ARM Note - LIBOR | 0412 |
| | FE 5312LA | PayOption ARM Note - MTA | 0412 |
| New Hampshire | FE 5311NH | PayOption ARM Note - COFI | 0412 |
| | FE 5310NH | PayOption ARM Note - LIBOR | 0412 |
| | FE 5312NH | PayOption ARM Note - MTA | 0412 |
| Vermont | FE 5311VT | PayOption ARM Note - COFI | 0412 |
| | FE 5310VT | PayOption ARM Note - LIBOR | 0412 |
| | FE 5312VT | PayOption ARM Note - MTA | 0412 |

CHL012612

Bulletin 2004-12
Page 21



CHL012613

Bulletin 2004-12
Page 22



| PRIME FORMS, *Continued*: | | | |
|---|---|---|---|
| **Multi-state and State-specific** | | | |
| To provide Sellers adequate time to convert their documents to the updated versions noted below, Countrywide requires conversion to these new Notes by February 18, 2005. | | | |
| **State** | **Form No.** | <u>**Chapter 14.0, Prime Forms: Notes, Riders, and Addenda**</u> | **New Control No. / Date** |
| **PayOption ARM Program (<u>Section 11.7</u>),** *Continued*:   The Notes are revised with new form numbers and include individual versions for each index. Loans with prepayment penalty option may use the sample prepayment penalty addenda now available in <u>Chapter 14.0, Prime Forms - Prepayment Penalty Addenda and Disclosures</u>. | | | |
| Virginia | FE 5311VA | PayOption ARM Note - COFI | 0412 |
|  | FE 5310VA | PayOption ARM Note - LIBOR | 0412 |
|  | FE 5312VA | PayOption ARM Note - MTA | 0412 |
| West Virginia | FE 5311WV | PayOption ARM Note - COFI | 0412 |
|  | FE 5310WV | PayOption ARM Note - LIBOR | 0412 |
|  | FE 5312WV | PayOption ARM Note - MTA | 0412 |
| Wisconsin | FE 5311WI | PayOption ARM Note - COFI | 0412 |
|  | FE 5310WI | PayOption ARM Note - LIBOR | 0412 |
|  | FE 5312WI | PayOption ARM Note - MTA | 0412 |

### n.  Updated Price Guides

The following Price Guides are revised as of the effective dates noted below. Please refer to the bottom of the Price Guide mentioned for more details.

- ♦ **Conventional / Government:**  Effective as of December 20, 2004

- ♦ **Expanded Criteria:**  Effective as of December 13, 2004

CHL012614

Bulletin 2004-12
Page 23



### o.  Disaster Areas

The following counties have been declared disaster areas under Presidential Declaration.

**Alaska:**

| Declaration Date: | Amendment Date: | Assistance Expiration Date: |
|---|---|---|
| 11/15/2004 | N/A | 11/14/2005 |

| Bering Strait Regional Education Attendance Area |
|---|
| Northwest Artic Borough |

**Delaware:**

| Declaration Date: | Amendment Date: | Assistance Expiration Date: |
|---|---|---|
| 11/15/2004 | N/A | 11/14/2005 |

| New Castle | | |
|---|---|---|

If you have questions on any information contained in this bulletin, please contact your Regional Manager.  Any matrices affected by this bulletin have been updated and are now available on Platinum.

**Experience the future...Today!  This Bulletin and more is available on Countrywide's secure website, PLATINUM Lender Access®.  Through Platinum, our Sellers can instantly view or download the entire updated Seller's Guide, access any Bulletins issued since 1998, easily print any section of the Seller's Guide (including Forms), download and print Seller's Guide updates, and access current pricing, lock loans and view up-to-the-minute status reports. This information is available 24 hours a day, 7 days a week!  For more information or for access to PLATINUM, please call our PLATINUM Customer Service Center at (877)4CLDINFO (425-3463) or e-mail us at CLDCountrywide@Countrywide.com.**

CHL012615

Bulletin 2004-12
Page 24



CHL012616