# EXHIBIT Y

Redacted Exhibit