# EXHIBIT Z

| |
|---|
| LoanNum |
| LoanTypeId |
| LoanStatusTypeId |
| LoanStatusDt |
| LastUpdatedBy |
| LastUpdatedDtTm |
| CreationDtTm |
| FundedDtTm |
| BondSubProgId |
| SubServicingLoanFlag |
| SchedWireDt |
| SchedWireDtOverrideFlag |
| LoanCnclRsnTypeId |
| LoanDeniedRsnTypeId |
| SendToLSDtTm |
| PurchasedLoanAmt |
| NoteLoanAmt |
| BaseLoanAmt |
| SellerId |
| SellerName |
| SellerLoanNum |
| FHLMCFNMALoanNum |
| MERSLoanNum |
| AgencyLoanNum |
| SettlementAgnt |
| SettlementPlace |
| EscrowNum |
| OrigFeeAmt |
| DiscPts |
| DiscAmt |
| IntPdClosingAmt |
| PtsPdByPropSellerAmt |
| CommitNumAvailableYesNoTypeId |
| CommitNum |
| CommitTypeId |
| CommitSuffix |
| SellerAdminFee |
| TargetFundingDt |
| ExpDt |
| SettlementDt |
| DisbDt |
| PoolCutOffDt |
| PurchaseDt |
| LoanPriceFlag |
| LoanPricedDtTm |
| BasePrice |
| CurrentMarketPrice |
| BaseSRPPts |
| BaseSRPTypeId |
| NECPts |
| LoanAllocatedFlag |
| LoanAllocatedDt |
| LoanAllocatedAmt |
| OvertoleranceFlag |
| OvertolerancePricedDtTm |

| |
|---|
| OvertoleranceAmtUsed |
| CrGrpTypeId |
| ApprvdSlimPackFlag |
| FHA203KFlag |
| HomeStyleFlag |
| OTCFlag |
| OTCBorFundsOnDepositAmt |
| OTCIntReserveAmt |
| OTCPlanReviewFeeAmt |
| OTCConstructionAdminFeeAmt |
| OTCInterimLoanMgmtFee |
| OTCInspectionFeeAmt |
| PortfolioFlag |
| PiggybackFlag |
| PiggybackLoanNum |
| FundingTypeId |
| LoanProgId |
| PkgProgId |
| OccTypeId |
| DocTypeId |
| DlgtdStatusTypeId |
| HouseAmericaTypeId |
| GovtTypeId |
| ConstructionTypeId |
| CollateralPkgTypeId |
| SellerContactId |
| SellerContactName |
| SellerContactPhoneNum |
| SellerPhoneExtNum |
| SourceTypeId |
| ConcurrentTypeId |
| NetFundingFlag |
| ModifyPayToDateFlag |
| FinTypeId |
| CashOutAmt |
| RefiCashOutFlag |
| RefiNoCostFlag |
| CHLtoCHLRefiFlag |
| DebtConsolidationFlag |
| SeasonFlag |
| CouponRate |
| NoteRate |
| ApplicableNoteRate |
| APR |
| LPMINoteRateAddOn |
| IndexRate |
| FirstPmtDt |
| NextPmtDueCFCDt |
| PaidToDt |
| SellerMIPaidToDt |
| RefiClosingCostAmt |
| MaturityDt |
| NoteDocDt |
| BalloonDocDt |
| BalloonMaturityDt |

| |
|---|
| NoticeOfRescissionExpDt |
| NRTCTransactionDt |
| NRTCTILSignatureDt |
| NRTCReceiptDt |
| Handwritten1003DocDt |
| LPMIFlag |
| ManualLPMIFlag |
| AmortizedFlag |
| AmortOverrideFlag |
| FundsHeldForCFCFlag |
| Section32Flag |
| InsuringBinderReviewFlag |
| OrigAmortTerm |
| OrigMaturityTerm |
| AS400PhaseCode |
| LastTrnsactnType |
| RequesterName |
| PreQualPkgBusUnitId |
| PreQualPkgLocationId |
| PreQualPkgRecvdDt |
| PreQualPkgUndwId |
| PreQualPkgBranchId |
| PreQualPkgAssignedDtTm |
| CrPkgRecvdDt |
| CrPkgBusUnitId |
| CrPkgLocationId |
| CrPkgAssignedDtTm |
| CrPkgDeniedDt |
| CrPkgApprovalStatusTypeId |
| CrPkgReviewCompleteDt |
| CrPkgReqFlag |
| DeclinedCntrctUndwFlag |
| OffSiteUndwId |
| UnderwritingBranchId |
| UnderwriterId |
| UnderwrittenForId |
| UnderwrittenById |
| UndwActionTypeId |
| UndwReviewLevelTypeId |
| PPRSelectedDtTm |
| UndwSelectCritLevelTypeId |
| UndwReviewRuleGroupTypeId |
| UndwEvalTypeId |
| UndwEvalStatusTypeId |
| UndwRiskClassTypeId |
| UndwFundPkgAssignedDtTm |
| FndPkgUndwId |
| OrigNoteRcvFlag |
| OrigNoteRcvDt |
| SecondaryFinNoteFlag |
| SecondaryFinDeedFlag |
| MailRoomTechId |
| FundingPkgRecvdDt |
| FundingPkgBusUnitId |
| FundingPkgLocationId |

| |
|---|
| FundPkgAssignedDtTm |
| FunderId |
| FunderApprovalFlag |
| FileReviewCompleteDt |
| FileReviewCompleteBy |
| AE_No |
| AEBranchId |
| OriginatingBranchId |
| FundingBranchId |
| SAENum |
| ImportNum |
| ElecFundingPkgRecvdDtTm |
| ElecServicingDataRecvdDtTm |
| AUSImportDtTm |
| SuspFundPkgAssignedDtTm |
| SuspCoordId |
| Susp23UserToDoId |
| FirstSuspFileReviewCompletedDtTm |
| FirstSuspFileReviewCompletedBy |
| SuspFileReviewCompleteDt |
| SuspFileReviewCompleteBy |
| DocLTV |
| CalcLTV |
| LTV |
| CombinedLTV |
| CalcCLTV |
| CalcHCLTV |
| CLTV |
| MACAWLTV |
| CLTVNoteAmt |
| CLTVDeedAmt |
| CalcUnpaidBal |
| CurrentUnpaidBal |
| CurrentUnpaidBalDt |
| OriginatorName |
| ThirdPartyOriginatorFlag |
| ThirdPartyOriginatorName |
| PIAmt |
| CalcPIAmt |
| EDIPIAmt |
| TotalCombinedMonthlyIncome |
| TotalMonthlyHousingExpense |
| TotalCombinedMonthlyDebt |
| GPMPlanTypeId |
| GPMOutstandingBal |
| FHACaseNum |
| CalcFHACaseNum |
| SellerFHATestCaseApprvlFlag |
| AgencyBinderRecvdDtTm |
| InsuringBinderBusUnitId |
| InsuringBinderLocationId |
| InsuringBinderAssignedTo |
| InsuringBinderAssignedDtTm |
| NumAssignments |
| LoanAssignmentDocDt |

| |
|---|
| SecondaryFinAmt |
| LPVSecondaryFinAmt |
| FNMAUndwRecommendTypeId |
| EstimatedHUD1Flag |
| SummaryHUD1EscrowBalFlag |
| SummaryHUD1EscrowBalAmt |
| LumpEscrowFundsAmt |
| NetAdjEscrowBalAmt |
| TotalCollHUD1Amt |
| TotalEscrowBalCHLPolicyAmt |
| TotalMonthlyImpAmt |
| CHLAmortPmtDt |
| EscrowBal |
| EscrowExpDt |
| EscrowHoldbackAmt |
| EscrowHoldbackReason |
| AggregateEscrowAdjAmt |
| AppvdEscBalTransCHLFlag |
| AppvdEscBalTransCHLDtTm |
| AppvdEscBalTransCHLBy |
| DTI |
| TotalDTI |
| PrePayPenaltyFlag |
| PrePayTerm |
| PrePayPenaltyTypeId |
| PayOffPenaltyFlag |
| PrePayPenaltyDisclosureDt |
| PropAddr1 |
| PropAddr2 |
| PropCity |
| PropZip |
| PropState |
| PropTypeId |
| PropAttachedFlag |
| PropSaleAmt |
| PropApprslAmt |
| LoanReturnedFlag |
| LoanReturnedDt |
| SDisbursementStatusTypeId |
| CADisbursementStatusTypeId |
| SDisbursementStatusDt |
| CADisbursementStatusDt |
| DSTDisbursementStatusTypeId |
| DSTDisbursementStatusDt |
| FICORetrievalFlag |
| LoanFICOScore |
| GovtRiskMonitorLevelTypeId |
| GovtSelectCritLevelTypeId |
| GovtInsFeeVerificationReqTypeID |
| MIRequiredStatusTypeId |
| PurchasedMIFinanced |
| MICoverageReqPct |
| PrimeFirstImpressionFlag |
| SubPrimeFirstImpressionFlag |
| EquityFirstImpressionFlag |

| |
|---|
| PrioritySellerFlag |
| HUD1Line303Amt |
| BorrowerFromToTypeId |
| PayOffAmtOfNonMortgageDebt |
| PayoffAmtofSecFin |
| PurchaseRelatedTypeID |
| ServicingTypeId |
| Section184Flag |
| RehabSec184Flag |
| SecondLoanBondSubProgID |
| EPPLoanFlag |
| EPPActWireDt |
| FirstCollateralValidatedDtTm |
| FirstCollateralValidatedBy |
| CollateralValidatedDtTm |
| CollateralValidatedBy |
| CWLRequestTypeId |
| EPPCheckDraftAcceptanceDt |
| CollateralPkgShippedDtTm |
| FundingPkgShippedDtTm |
| FatPakShippedDtTm |
| ServicingPkgShippedDtTm |
| HazardInsAmt |
| FloodInsAmt |
| TaxesAmt |
| MIAmt |
| OtherInsAmt |
| EscrowTotalAmt |
| EPPApprovedToFundDtTm |
| DoNotFireTriggerFlag |
| EPPFundedDtTm |
| LockUpdatedDtTm |
| IntOnlyPeriodEndDt |
| AmortPeriodFromDt |
| AmortPeriodToDt |
| AnnualIntRateLimit |
| IRSForm4506YesNoTypeId |
| EDIImportFailureDtTm |
| CollateralPkgHoldDtTm |
| CollateralPkgHeldBy |
| FundingPkgHoldDtTm |
| FundingPkgHeldBy |
| RunGuidelineExceptionsFlag |
| TreasuryBankLoanFlag |
| LoanImpoundedYesNoTypeId |
| DSTImpoundedYesNoTypeId |
| DSTTotalEscrowPmtAmt |
| SettlementState |
| SellerHazardAdvNumOfMonths |
| SellerHazardAdvPremAmt |
| SellerTaxAdvNumOfMonths |
| SellerTaxAdvPremAmt |
| CHLToPayPMIMIPPmtsFlag |
| EscBalVarianceApprvlRsn |
| TotalEscBalPerRecon |

| |
|---|
| ImageCrPkgRecvdDtTm |
| ImageFundingPkgRecvdDtTm |
| PhysicalFundingPkgRecvdDtTm |
| PPRWaivedDtTm |
| PPRCancelledDtTm |
| PPRDeniedDtTm |
| PPRApprovedDtTm |
| RVUSelectedDtTm |
| RVUWaivedDtTm |
| RVUCancelledDtTm |
| RVUDeniedDtTm |
| RVUApprovedDtTm |
| CSCLoanFlag |
| FatPakPkgRecvdDt |
| FatPakPkgBusUnitId |
| FatPakPkgLocationId |
| FatPakPkgAssignedDtTm |
| FatPakUnderwriterId |
| OnSiteUnderwriteFlag |
| LoanBaseSRPNEC |
| NoPriceCapFlag |
| OverPrelimWireReportingFlag |
| SrvTransferTypeId |
| SellerServicingTransferDt |
| CHLServicingTransferedDtTm |
| ServicingTransferSchedWireDt |
| ServicingPkgBusUnitId |
| ServicingPkgLocationId |
| ServicingPkgRecvdDtTm |
| ServicingPkgAnalystId |
| ServicingPkgAssignedDtTm |
| FirstServicingPkgReviewCompleteDtTm |
| FirstServicingPkgReviewCompleteBy |
| ServicingPkgReviewCompleteDtTm |
| ServicingPkgReviewCompleteBy |
| ConstructionTermTypeId |
| OTCARMMargin |
| PrimeRate |
| FirstDrawAmt |
| ServicingOKtoWireBy |
| ServicingOKtoWireDtTm |
| CollateralPkgShippingTypeId |
| DisableOnyxSalabilityFlag |
| SalabilityTypeId |
| GovtInsuringDataLastUpdatedDtTm |
| TexasA6YesNoTypeId |
| CAMCOFlag |
| OnsiteFundingPkgRecvdDtTm |
| SupplementalFatPakPkgRecvdDt |
| SupplementalFatPakShippedDtTm |
| MortgageOnlyYesNoTypeId |
| CRALoanFlag |
| ReqFundingDtTm |
| FundInBulkYesNoTypeId |
| BuildersRateCapFlag |

| |
|---|
| ConfirmPriceFlag |
| HELOCAgrmtNum |
| HELOCAgrmtVersionNum |
| PricePerHELOCAgrmtFlag |
| HELOCAgrmtRulesPassedFlag |
| ModifiedLoanAmt |
| PreQualPkgApprovalStatusTypeRemovedFlag |
| RVUFileReviewCompleteBy |
| RVUFileReviewCompleteDt |
| RVUFundPkgAssignedDtTm |
| RVUUndwId |
| PrePayPenaltyDescTypeId |
| BaseSRPNEC |
| HELOCPoolNumber |
| LastPmtDueSellerDt |
| CancelableYesNoTypeID |
| RollNum |
| OnSitePurchasingFlag |
| DivSRPNEC |
| SalesSRPNEC |
| TotalHUD1FeesAmt |
| HighCostDataChangedFlag |
| PrePayWaivabilityTypeId |
| PrePayPenaltyOptionTypeId |
| PrePayWaivabilityOtherDesc |
| CalcPrePayPenaltyOptionTypeId |
| PhysicalCrPkgRecvdDtTm |
| CandidateForHighCostFlag |
| ResidualIncomeAmt |
| BankruptcyYesNoTypeId |
| PearlSMSRPPts |
| SaturnSRPPts |
| ElvisNecPts |
| CWLParticipantId |
| PrimaryFeeSourceTypeId |
| SRPAddonPts |
| LoanProgTermTypeId |
| BulkTradeYesNoTypeId |
| PiggybackConcurrentTypeId |
| CurMonthPI |
| SellerLoanNumRevised |
| RollDownYesNoTypeId |
| InvestTypeId |
| TS_RowChanged |
| HUD1orHUD1ATypeId |
| CollateralId |
| CWLLoanNum |
| CWLCollateralStatusTypeId |
| CLDLoanNum |
| CLDCollateralStatusTypeId |
| CollateralPkgRcvdDtTm |
| FundingPkgRcvdDttm |
| NoteCollateralStatusTypeId |
| OrigNoteRcvDtTm |
| FundingPkgDestBusUnitId |

| |
|---|
| FundingPkgDestLocationId |
| OrigNoteRcvandReviewedYesNoTypeID |
| SinglePkgFlag |
| LoanProgId |
| LoanTypeId |
| CrGrpTypeId |
| GovtTypeId |
| OTCFlag |
| PortfolioFlag |
| PiggybackFlag |
| PmtTypeId |
| AmortMethodTypeId |
| LienTypeId |
| BuyDownYesNoTypeId |
| IntOnlyYesNoTypeId |
| IntOnlyTermYrId |
| TargetFundingDt |
| APR |
| GPMPlanTypeId |
| GPMOutstandingBal |
| DocSignedByAttorneyYesNoTypeId |
| POASignedDocPriorYesNoTypeId |
| POAorAIFAppearYesNoTypeId |
| NoteDocDt |
| CopyofPOAAvailableYesNoTypeId |
| SecurityInstrumentExecutedbyPOAYesNoTypeId |
| PropAddr1 |
| PropAddr2 |
| PropCity |
| PropState |
| PropZip |
| NoteLoanAmt |
| ThirdPartyOriginatorName |
| NoteRate |
| IntOnlyPeriodEndDt |
| AmortPeriodFromDt |
| AmortPeriodToDt |
| FirstPmtDt |
| MaturityDt |
| OrigAmortTerm |
| PIAmt |
| CalcPIAmt |
| PrePayPenaltyYesNoTypeId |
| FormNum |
| FormDt |
| EndorseToTypeId |
| EndorseToCompanyName |
| AllongeEndorsement1TypeId |
| AllongeEndorsement2TypeId |
| AllongeEndorsement3TypeId |
| Endrs1HasOrigSignatureYesNoTypeId |
| Endrs2HasOrigSignatureYesNoTypeId |
| Endrs3HasOrigSignatureYesNoTypeId |
| Endrs1TypeId |
| Endrs1TPOName |

| |
|---|
| Endrs2TypeId |
| Endrs2TPOName |
| Endrs3TypeId |
| Endrs3TPOName |
| NumAssignments |
| BalloonDocDt |
| BalloonMaturityDt |
| PrePayTerm |
| PrePayPenaltyTypeId |
| PrePayPenaltyDisclosureDt |
| NoteContainOrigSignatureofBorYesNoTypeId |
| NoteContainOrigSignatureofCoBorYesNoTypeId |
| NoteContainOrigSignatureofOtherBorYesNoTypeId |
| SignatureMatchesNoteforBorYesNoTypeId |
| SignatureMatchesNoteforCoBorYesNoTypeId |
| SignatureMatchesNoteforOtherBorYesNoTypeId |
| NoteOversignedbyBorYesNoTypeId |
| NoteOversignedbyCoBorYesNoTypeId |
| NoteOversignedbyOtherBorYesNoTypeId |
| StrikeoutsInitialedbyfBorYesNoTypeId |
| StrikeoutsInitialedbyCoBorYesNoTypeId |
| StrikeoutsInitialedbyOtherBorYesNoTypeId |
| BorTrustYesNoTypeId |
| NoteExecutedLikeExampleYesNoTypeId |
| BorExecutedIVTasBorAckYesNoTypeId |
| BorExecutedIVTasBorAckLikeExampleYesNoTypeId |
| BorNonProfitYesNoTypeId |
| BorPartnershipCorpYesNoTypeId |
| CommunityHousingYesNoTypeId |
| VoidedEndorsementsYesNoTypeId |
| EndorsementHasOfficerNameYesNoTypeId |
| EndorsementHasOfficerTitleYesNoTypeId |
| RateReductionYesNoTypeId |
| RateReductionAddendumDt |
| RateReductionLenderName |
| RateReductionPct |
| Assignment1TypeId |
| Assignment1TPOName |
| Assignment2TypeId |
| Assignment2TPOName |
| Assignment3TypeId |
| Assignment3TPOName |
| MERSLoanNum |
| SellerID |
| SellerName |
| CLDCollateralAssignedDtTm |
| LoanDataFirstSavedDtTm |
| CreatedBy |
| CreationDtTm |
| LastUpdatedBy |
| LastUpdatedDtTm |
| BarcodeRequiredFlag |
| BarcodePrintedFlag |
| ActiveFlag |
| DupLoanList |

| |
|---|
| PossiblePiggybackList |
| OrigAssignmentSellertoBlankorCWLYesNoTypeId |
| DonotFireTriggerFlag |
| SapphireNoteValidatedDtTm |
| SapphireNoteValidatedBy |
| FileRoomNoteScannedDtTm |
| FileRoomNoteScannedBy |
| CEMALoanYesNoTypeId |
| CEMACheckListYesNoTypeId |
| UndlNoteCollateralStatusTypeId |
| AmmendedLangAddedYesNoTypeId |
| BuyDownAgreementInFileYesNoTypeId |
| PrePayPenaltyDescTypeId |
| OrigAllongeEndorsementYesNoTypeId |
| TexasHELOCTypeId |
| PrePayWaivabilityTypeId |
| PrePayWaivabilityOtherDesc |
| PrepayAddendumCollateralFileYesNoTypeId |
| PrePayPenaltyOptionTypeId |
| PowerAttorneyDocsSignedYesNoTypeId |
| PowerAttorneyCollateralFileYesNoTypeId |
| PowerAttorneyDatedSignedNortarizedYesNoTypeId |
| NoteAgreementPropAddr1 |
| NoteAgreementPropAddr2 |
| NoteAgreementPropCity |
| NoteAgreementPropState |
| NoteAgreementPropZip |
| FormOfDocTypeId |
| POAFormOfDocTypeId |
| CWLParticipantId |
| NameTypedUnderSignatureForBorYesNoTypeId |
| NameTypedUnderSignatureForCoBorYesNoTypeId |
| NameTypedUnderSignatureForOtherBorYesNoTypeId |
| AllPagesInitiatedForBorYesNoTypeId |
| AllPagesInitiatedForCoBorYesNoTypeId |
| AllPagesInitiatedForOtherBorYesNoTypeId |
| AllPagesPresentYesNoTypeId |
| EndorsementWithoutRecourseYesNoTypeId |
| NoteHasAllOriginalAddendumsYesNoTypeId |
| NoIntroPayOptionYesNoTypeId |
| SpecialLoanProgTypeId |
| MinPmtFactor |
| CalcMinPmtRate |
| CreditComebackLoanYesNoTypeId |
| NoteHasOriginalCreditComebackAddendum |
| NotaryAckOnNoteSignaturePageYesNoTypeId |
| NotaryAckFilledAndNotarizedForNoteSignatureYesNoTypeId |
| MinPmtRate |
| PrePayPenaltyAppTypeId |
| ArbitrationClauseInDisclouserFormOrAttachedToNoteYesNoTypeId |
| ArbitrationClauseMandatoryOptionalYesNoTypeId |
| AllInitialsAtBottomForBorYesNoTypeId |
| AllInitialsAtBottomForCoBorYesNoTypeId |
| AllInitialsAtBottomForOtherBorYesNoTypeId |
| EndorseTo1TypeId |

| |
|---|
| EndorseTo1CompanyName |
| EndorseTo2TypeId |
| EndorseTo2CompanyName |
| EndorseTo3TypeId |
| EndorseTo3CompanyName |
| CollateralId |
| ARMRiderDocdt |
| RateChangeDt |
| SubseqRateResetMonths |
| ARMIndexTypeId |
| LookBackPeriodTypeId |
| ARMMargin |
| RateChangeLimitMax |
| RateChangeLimitMin |
| ARMPeriodCap |
| ARMLifeCap |
| ARMCeiling |
| ARMFloor |
| IntOnlyFlag |
| IntOnlyTerm |
| ConvertibleFlag |
| ConversionRate |
| NegAmortFlag |
| NegAmortPrinBalMaxAdjPct |
| PmtAdjDt |
| SubseqPmtResetMonths |
| AnnualIntRateLimit |
| ARMIndexId |
| RequiredFullPaymentTermId |
| PayOptionInitialFullyIndexedRate |
| PayOptionIntRate |
| NegAmPmtCap |
| SubseqNegAmRecastTerm |
| DualAmortTypeId |
| DualAmortMaturity |
| DualAmortInitial |
| DualAmortSubseq |
| RoundToTypeId |
| RoundingPercent |
| FirstPaymentChgDt |