# EXHIBIT BB

Redacted Exhibit