# EXHIBIT CC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

**JAY J. RALSTON,**

**On Behalf Of Himself And All Others Similarly Situated,**

**PLAINTIFF,**

**V.**

**MORTGAGE INVESTORS GROUP, INC.,**

**MORTGAGE INVESTORS GROUP, a general partnership,**

**COUNTRYWIDE HOME LOANS, INC.**

**and DOES 3-10,**

**DEFENDANTS**

**CASE NO.: CV 08-00536 JF PVT**

**EXPERT REPORT OF LEONARD H. LYONS REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

## I.   QUALIFICATIONS

1.    I have over 15 years of expert witness experience.  I have been engaged as an expert in a variety of litigation matters, including breach of contract, stockholder and partner disputes, profit participation disputes, bankruptcy fraud matters, white-collar crime matters and intellectual property disputes.  In those matters, I have been qualified and testified as an expert witness, opining on a variety of topics, including damages, projection of lost profits, diminished goodwill, business interruption and forensic accounting.

2.    This current assignment is within my area of expertise.

**A.   Private Practice**

3.   My current position is Partner of Advisory Services with the accounting and advisory firm of MarcumStonefield, a division of Marcum LLP. Prior to joining MarcumStonefield, I served as Vice President with the international litigation consulting firm of Rimkus Analytics, LLC. Before joining Rimkus Analytics, I was employed as Principal and Director of Valuation, Litigation Support and Forensic Services at the accounting and business advisory firm of Stonefield Josephson, Inc. Prior to my employment with Stonefield Josephson, I was Senior Vice President and Director of the Conflict Resolution Services division of FMV Opinions, Inc. Before joining FMV Opinions, Inc., I was a Director with the accounting and litigation services firm of White, Zuckerman, Warsavsky, Luna, and Wolf & Hunt. Prior to joining White, Zuckerman, Warsavsky, Luna, Wolf & Hunt, I was a Senior Manager for Litigation and Claims Resolution Services with Moss Adams, LLP.

4.   The nature of my work has not changed substantially over this time. Throughout that period my practice has focused on accounting, forensic accounting, corporate consulting, fraud investigation, and business valuation matters for tax, litigation and claims resolution services.

**B.   Banking and Mortgage Banking Industry Experience**

5.   I have extensive experience in the area of banking and mortgage banking, including government regulation.

6.   From 1996 to 1998, I was Director, Investigations for the Western U.S. for the Federal Deposit Insurance Corporation ("FDIC"). In that capacity, I was responsible for civil and criminal claim development relating to failed banks and savings and loans. These claims involved director and officer liability, fidelity bond, accounting malpractice, appraisal malpractice, third party professional malpractice, criminal referrals and restitution claims. Many of the

1   cases involved valuation and accounting issues related to mortgages, mortgage

2   backed and derivative assets.

3          7.      In addition, I served as Manager, Special Investigations and

4   other related positions for the Resolution Trust Corporation ("RTC") from 1990 to

5   1996. At the RTC I was responsible for many high profile, sensitive investigations

6   and the development of damages claims.  I was responsible for developing the

7   damages for the Salomon Bros. class action, the investigation and development of

8   damages for the Milken/Drexel Burnham Lambert MDL action, Charles

9   Keating, Jr., Ghaith Pharaon, BCCI and CenTrust. As National Director for Claims

10  Resolution Policies and Procedures for the RTC from 1993 to 1996, I was

11  responsible for establishing the required information to be provided and the

12  procedures necessary to gain settlement authority for any action reviewed by the

13  Office of Investigations.  In addition, I was responsible for reviewing the potential

14  accounting malpractice claims that comprised the final pool of claims asserted

15  against two of the Big 6 accounting firms leading to global settlements.  Many of

16  these claims involved misleading financial statements due to valuation issues.

17         8.      I also possess experience as a Vice President, mergers and

18  acquisitions for a business advisory services firm where I advised on numerous

19  transactions in many different business sectors.

20         9.      I have also been a Vice President, Director and Principal of

21  Direct Investments for a NYSE investment bank where I advised on numerous

22  transactions in many different business sectors.

23         10.     I served from 1994 through 1996 as a member of the National

24  Committee for Financial Institutions for the Association of Certified Fraud

25  Examiners, which set advisory standards for investigation of fraud for US financial

26  institutions.

27         11.     Recently, I have provided opinions on GAAP, RAP and

28  damages on behalf of a Respondent in an OTS Administrative Law Hearing.

12.   I have lectured on Securities Claims Development and Asset Tracing for the RTC and am currently a lecturer at California State University Los Angeles regarding these areas and valuation theory.

13.   I have also published articles and given lectures relevant to valuation, fraud and forensic accounting.   A copy of my curricula vitae, expert testimony and publications are attached hereto as Exhibit A.

## C.   Education & Training

14.   I obtained my Bachelor of Arts degree in Chemistry from the University of Pennsylvania, my Masters of Business Administration in Finance from The George Washington University, and my Juris Doctor from The American University, Washington College of Law.   I possess additional coursework equivalent to a Masters of Arts in Accounting from The George Washington University.

15.   I am an Attorney at Law (admitted in Maryland and the United States Supreme Court), a Certified Fraud Examiner, a Certified Forensic Accountant, a Certified Financial Forensic Analyst and an Accredited Valuation Analyst.   I have been performing litigation consulting, expert witness and due diligence services for more than twenty years.

16.   I have no interest, either present or contemplated, in the parties on which the declaration, analysis and testimony may be based.   My billing rate is $450 per hour.   My fees are not contingent on any particular outcome in this case.

## II.   DOCUMENTS REVIEWED

17.   In connection with the preparation of this declaration, I have analyzed the following: various loan documents associated with Jay J. Ralston's (the "Plaintiff") Option ARM loan obtained through Mortgage Investors Group, Inc. and/or Mortgage Investors Group, a general partnership, and subsequently purchased by Countrywide Home Loans, Inc. (collectively the "Defendants");

-4-

1    Defendants' Sapphire Database and related user guides (Bates CHL000827-980);

2    Plaintiff's Third Amended Class Action Complaint dated April 28, 2010; the

3    deposition of Brad Hodgins taken January 13, 2011; the deposition of Jessica

4    Kannya taken March 4, 2011; publicly available financial information, including

5    historical interest rate data for the index identified in the Plaintiff's Promissory

6    Note; and scholarly texts and treatises relating to Generally Accepted Accounting

7    Principles ("GAAP"), mortgages and mortgage securities.

8

9    **III.   ASSIGNMENT**

10    18.    I have been asked to determine whether a commonly applicable

11    model can be created to calculate the proposed Class Members' alleged damages in

12    this action.  For purposes of this report, I assume that Class Members' damages

13    consist of the difference between the current asserted principal balance on each

14    borrower's loan (or the principal balance asserted to exist at the time of refinancing

15    if the loan was refinanced) and the principal balance that would exist, based upon

16    the payments actually made by those borrowers, if the initial "teaser rate" were

17    treated as the actual interest rate of the loan during the period from the loan's start

18    date until  the date on which the Note provides that borrowers would begin paying

19    the "Full Payment" as their "Minimum Payment."

20    19.    I have also been asked to determine whether any current

21    borrower whose loan was issued on or after January 24, 2004, could have fully paid

22    down their entire originating principal balance on his or her loan if (1) he or she

23    made monthly payments in amounts based on a "teaser" interest rate between 1%

24    and 3% (with 7.5% yearly increases in the payment amount) and (2) those monthly

25    payments were applied to both principal and interest each month with interest being

26    paid before principal.

27

28

## IV.   **PROCEDURES PERFORMED AND CONCLUSIONS**

20.   I have developed a model that can be applied and used to calculate the principal balance owed at the end of any given month by any borrower with an Option ARM mortgage issued by the Defendants.   Differences in origination dates, initial interest rates, index, margin, original principal balances, monthly payment amounts and other variables are easily accounted for using this model.  Moreover, because the model has been created in a manner designed to take advantage of electronic data to be provided by the Defendants and or Class Members' loan servicers, it is possible to import that electronically stored data into predetermined fields in the model and thereby automatically calculate the principal balances owed by thousands of borrowers with little or no human intervention.

21.   For purposes of this analysis, I have assumed that the Plaintiff will seek and obtain for himself and the proposed Class a "benefit of the bargain" measure of recovery, wherein borrowers are not subject to negative amortization, since payments made according to the payment schedule provided by the Defendants when the loan was consummated are applied to principal and interest each month, with interest paid before principal.  I have also assumed that the payment amounts for months 1 through 12 of the loan term identified in those payment schedules were calculated by applying the initial interest rate (usually between 1.0% and 3.0%) to the original principal balance and amortizing the loan based on that initial interest rate over a 30 to 40 year loan term, depending on the notes terms.

22.   I have further assumed that the monthly payment schedules provided to borrowers included annual increases in the monthly payment amounts due, even during the initial (pre-recast) payment period.  In the loan documents I have examined, that yearly payment increase is 7.5%.  However, the applicability and usefulness of the model is not limited to loans with a 7.5% yearly payment

1   increase.   The model can easily and automatically account for lower or higher

2   yearly payment increases through a change of just a single data point.

3              23.    In addition, for purposes of the tables attached to this report, I

4   have assumed that all Class Member loans are still in their initial payment period,

5   prior to any recast date.   However, the model I have created can be easily adapted

6   to account for any recast of the payment amount or interest rate.

7              24.    Counsel has informed me that the database I have been provided

8   contains the material terms and information regarding Class Members' loans –

9   including the data points necessary to operate the model I have developed.   I have

10  been informed that the Defendants originated thousands of Option ARM home

11  loans.  It is my understanding that this database was generated from the system that

12  was designed for loan collateral verification.

13             25.    To demonstrate the application of this model, I have prepared

14  two hypothetical loan amortization schedules. The first schedule (Table 1) assumes

15  an original principal balance of $300,000, an initial interest rate of 1% and assumes

16  that the additional amount paid each month during years 2 through 5 of the loan

17  term due to the 7.5% annual payment increase will be treated as an additional

18  payment of interest only.   The second schedule (Table 2) uses the same original

19  principal balance and initial interest rate, but assumes that the additional amount

20  paid each month during years 2 through 5 of the loan term due to the 7.5% annual

21  payment increase will be treated as an additional payment of principal only.

22             26.    As is reflected in each of Tables 1 and 2, whatever the treatment

23  of those additional payment amounts during years 2 through 5 of the loan term, the

24  principal balance actually owed by each Class Member in any given month can be

25  readily determined by application of the model I have developed.   By importing

26  into the model the material data for Class Members' loans, including the loan start

27  date, original principal balance, interest rate and yearly payment increase, the actual

28

1    principal balance owed by that Class Member under a "benefit of the bargain"
2    theory can be automatically and accurately generated.

3           27.    Moreover, because the model I have developed is designed to
4    import electronically maintained data regarding Class Members' loan terms and
5    actual payment history, even if a particular Class Member made payments during
6    some months in amounts that exceeded the amounts specified in the payment
7    schedule supplied to that borrower or failed to make a payment when due, the
8    model I have developed would still accurately calculate the current principal
9    balance owed on the loan.  It does this by applying any excess payment as a pre-
10   payment of principal or, alternatively, by treating any late payment as subject to a
11   late payment penalty at a rate of 5% or any rate as identified in the imported
12   electronic data.

13          28.    Based on calculations I performed in connection with this
14   assignment, it is readily apparent that no member of the proposed Class whose loan
15   was issued on or after January 24, 2004, would have fully paid down their entire
16   originating principal balance on his or her loan if (1) he or she made monthly
17   payments in amounts based on a "teaser" interest rate between 1% and 3% as
18   reflected in the Truth and Lending Disclosures (with 7.5% yearly increases in the
19   payment amount) and (2) those monthly payments were applied to both principal
20   and interest each month with interest being paid before principal.

21
22   **V.    RESERVATION OF THE RIGHT TO SUPPLEMENT**

23          I reserve the right to supplement and/or amend the opinions expressed herein
24   as may be necessary in response to additional statements made and documents
25   provided during document discovery.  I am also prepared to update my opinions
26   based on any additional information that becomes available.

27          Accordingly, I may amend what is stated above, where necessary, especially
28   in view of information not presently known to me or new information presented by

1   the parties prior to, or at trial, and to supplement this report should additional

2   information be brought to my attention during the course of this proceeding.

3

4   Dated this 4th day of April, 2011, at _____Irvine_____, California.

5

6

7                                               Leonard H. Lyons

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**EXHIBIT A**

**PROFILE**

## ADVISORY SERVICES

# Leonard H. Lyons



Leonard H. Lyons has more than 12 years of expert witness experience on behalf of attorneys involved in various litigation matters including breach of contract, stockholder and partner disputes, profit participation disputes, projection of lost profits and diminished goodwill, business interruption, forensic accounting, bankruptcy fraud, white collar crime and intellectual property. He also has significant experience in both arbitration and mediation proceedings.

Previously, Mr. Lyons served as Vice President and Director of Valuation, Litigation Support and Forensic Services for a national litigation consulting firm. He has served as the Federal Deposit Insurance Corporation (FDIC) Director of Investigations for the Western United States and has acted as Manager of Special Investigations for the Resolution Trust Corporation (RTC).

**Leonard H. Lyons**
**JD, CFE, CFFA, Cr.FA, AVA**
**Principal**

**PROFILE**

**AREAS OF EXPERTISE**
Breach of Contract
Stockholder & Partner Disputes
Profit Participation Disputes
Business Interruption
Forensic Accounting
Bankruptcy Fraud
White Collar Crime
Intellectual Property
Valuation

**Professional & Civic Affiliations**
American Institute of Certified Public Accountants (AICPA)
California Society of Certified Public Accountants (CalCPA)
American Bar Association
Orange County Bar Association, Business Litigation Section
Association of Business Trial Lawyers
State Bar of Maryland
National Association of Certified Valuation Analysts (NACVA)
Middle Market Investment Banking Association (MMIBA)
American Board of Forensic Accounting
American College of Forensic Examiners
Association of Certified Fraud Examiners (ACFE),
    National Committee for Financial Institutions
California State University, Los Angeles, Lecturer
Constitutional Rights Foundation, Past Vice President & Board Member
Federal Bar Association, Orange County, Past Board Member

**KEY CLIENTS**
Law Firms
General Counsel
Bankers
C-Level Executives

**EDUCATION**
Juris Doctor
American University,
Washington College of Law

Master of Business Administration, Finance
George Washington University

Bachelor of Arts
University of Pennsylvania

**Accreditations & Designations**
Certified Fraud Examiner
Certified Forensic Financial Analyst
Certified Forensic Accountant
Accredited Valuation Analyst



A Division of Marcum LLP

5 Park Plaza, Suite 700 • Irvine, CA 92614
Phone 949.428.3171 • leonard.lyons@marcumllp.com • **marcumllp.com**



MARCUMGROUP
MEMBER

**EXHIBIT A**

**PROFILE**

# DETAILED PROFESSIONAL EXPERIENCE OF LEONARD H. LYONS

- **Daewoo Motor America, Inc.**
  **v. Daewoo Motor Co., Ltd.**
  Bankruptcy testimony relating to equity vs. debt determination.

- **People of the State of California**
  **vs. Evell Tara Stanley**
  Testimony and sentencing hearing leading to significant deduction in restitution.

- **Energy Systems International, LLC, et al.**
  **v. Pacific Millenium Investment Corp., et al.**
  Arbitration involving ownership rights and development of carbon credits.

- **Malmskov v. Tahitian Noni International**
  Multi-level marketing distribution dispute.

- **Legal Reprographics, Inc., et al. v. Alexander Gallo Holdings, LLC, et al.**
  Earn-out provisions relating to revenue recognitions under GAAP.

- **City of San Bernadino Municipal Water Dept. v. Cora Constructors, Inc.**
  Investigation relating to contract dispute between city and prime contractor.

- **Cliff Lamb**
  Development of valuation regarding ownership interest of an accounting firm leading to mediation.

- **Swirles**
  Investigation and mediation representation relating to probate and trust matters, including proper trust accounting.

- **Laura Chao vs. HSBC Bank, USA, N.A.**
  Deposition and testimony regarding the potential improper freeze of assets by a federal financial institution.

- **Gardner vs. Babytrend, Inc.**
  Deposition and trial testimony relating to independent contractor vs. employee status.

- **Public Defender's Office**
  Assistance in several cases regarding defense of potential financial improprieties.

- **Smead v. CL Financial Corporation dba Coastal Coachworks, et al.**
  Deposition and testimony regarding potential corporate improprieties, failure to properly account and potential fraud.

- **Coast Media Teleproductions, Inc. v. Meguiars, Inc., et al.**
  Provided deposition testimony that led to successful settlement for the client.

- **Pacific Ethanol, Inc. v. Mercator Group, LLC, et al.**
  Provided arbitration testimony for the defense that led to a substantially reduced settlement amount.

- **General Valuation Experience**
  Valuations related to legal claims, marketability discounts and restricted stock, including the enterprise ownership of a Northern California card club and a pipeline easement.

- **Fortune 50 International Entertainment Company**
  Provided international forensic accounting investigative support and assistance in removing the Manager General for their Latin America operations. Provided "lessons learned," identification of potential misstatements in the financial statements and identification of potential areas for recovery and losses incurred.

- **NewsMax Media, Inc. v. B.G. Burkett**
  Provided business valuation for company in a shareholder litigation suit that led to a settlement for a significantly reduced amount.

- **Pharmaco, Inc. v. Motamedi**
  Provided valuation for company related to a shareholder dissolution action that provided a significant beneficial result for the company versus the demands of the shareholder.

- **Gary W. Dokich v. MDS Consulting, et al.**
  Provided mediation testimony and support that provided significant benefit to the client.

- **Hambrecht Wine Group, LP v. Millennium Import LLC**
  Provided deposition testimony relating to the valuation of the Belvedere trademark that led to a significant settlement in the client's favor.

- **The Procter & Gamble Company et al vs. United States of America**
  Engaged on behalf of the USDOJ to prepare FRCP 26 patent valuation reports, rebuttal reports and provide deposition testimony regarding the Federal civil refund claim for improper assessment of taxes relating to the value of charitable donations of intellectual property consisting of five technologies.

- **Sabine Jones v. Jeanne Marie Dana, et al.**
  Trial testimony relating to securities fraud and embezzlement claims leading to a $2.1 million compensatory award and a $1 million punitive award.

- **Chinese Yellow Pages v. Chinese Overseas Marketing Services Corp.**
  Development of damage claims, regression analysis, lost profits, and business valuation leading to a $3.5 million jury award in compensatory damages and $750,000 in punitive damages.

- **GBM Logistics Services, Inc. v. Y-USA, Inc., et al.**
  Development of damage claims, deposition and trial testimony leading to more than a $17 million jury award relating to a fraud investigation and breach of contract dispute.

**EXHIBIT A**

**PROFILE**

**DETAILED PROFESSIONAL EXPERIENCE OF LEONARD H. LYONS**

- **John Daurio et al. v. Christopher M. Lappi, et al.**
  Development of damage claims and deposition testimony leading to more than a $11 million jury award relating to theft of corporate property.

- **Dino Smith v. DriveTime Automotive Group, Inc.**
  Defense against damage claims and deposition testimony in a wrongful termination case yielding a significant reduction in settlement.

- **J & H Copy Services, Inc. v. Pinnica Corporation**
  Defense against damage claims and deposition testimony in a lost profits action yielding a significant reduction in settlement.

- **James Barker v. David Wilson's Automotive Group, et al.**
  Defense of damage claims in deposition and arbitration yielding a very favorable ruling for the client.

- **ELC Electric, Inc. v. ARB, Inc., et al.**
  Defense against damage claims in deposition leading to a very favorable arbitration ruling for the client relating to a contract dispute.

- **Partnership Evaluation Corp., et al. v. Winnick, et al.**
  Development of damage claims and deposition testimony leading to a multimillion dollar settlement relating to failure to receive stock in investment. Trial jury reached a decision and was in the process of awarding $116 million.

- **Norm Kaufman v. MRI Management Services**
  Development of damage claims, deposition and arbitration testimony relating to wrongful termination and partnership dispute leading to more than a $2.1 million award for wrongful termination. Partnership dispute was subsequently settled.

- **Kahn v. Salta**
  Development of lost profits, compensation and business valuation claims, and deposition testimony relating to wrongful termination and ownership dispute yielding a multimillion dollar settlement.

- **Corporate Purchase Dispute**
  Development of lost profits, fraud and business valuation claims and deposition testimony relating to a purchase of a California based machine manufacturing corporation leading to a significant reduction in purchase price and the tender of all remaining shares of the corporation not purchased.

- **Shareholder Dispute Litigation**
  Defense and cross claims in family owned shareholder dispute. Development and review of several business valuations and compensation claims. Substantial settlement achieved for client.

- **Copyright Infringement Litigation**
  Defense of more than a $100 million claim for copyright infringement of artwork. Settlement reached for less than 1% of the amount of the damages claimed.

- **Lost Profit and Contract Dispute**
  Development of claims and defense relating to Internet based company and professional association in dispute over advertising sponsorship and internet business development. Multi-million dollar settlement reached in favor of the client.

- **Business Interruption / Fraud Investigation / Fidelity Bond Claims**
  Investigation and development of loss claims for a number of fraud situations and insurance recovery situations. Successfully developed and filed claims leading to millions of dollars in recoveries for clients.

- **Business Valuations**
  Development and review of business valuations used in numerous litigations. Review of numerous valuations for professional services failure while at the RTC and FDIC.

- **Accounting Audit Failure**
  Development and review of a significant number of audit failure claims leading to several of the global settlements with the "Big Eight" accounting firms while at the RTC.

- **Michael Milken / Drexel Burnham Lambert Task Force**
  Management responsibility for investigations, financial analysis, international asset tracing, document production, litigation support and settlements exceeding $1.4 billion for the Federal Deposit Insurance Corporation and the Resolution Trust Corporation in civil and bankruptcy actions.

- **Charles Keating, Jr.**
  Management responsibility for internal and interagency investigations, international asset tracing and litigation support for claims related to Lincoln Savings and Loan Association in Irvine, California.

- **Tom Spiegel**
  Management responsibility for internal and interagency investigations, international asset tracing and litigation support for civil claims related to Columbia Savings and Loan Association in Beverly Hills, California.

- **David Paul**
  Management responsibility for internal and interagency investigations, international asset tracing and litigation support for civil claims and criminal actions related to CenTrust Savings and Loan Association in Miami, Florida. Provided testimony in depositions related to financial institution RAP, GAAP and SEC accounting in D&O liability civil action.

- **Executive Life Insurance Company**
  Management responsibility for RTC investigation and coordination with California Department of Insurance for investigation, asset tracing and litigation support for civil claims.

**EXHIBIT A**



**PROFILE**

**DETAILED PROFESSIONAL EXPERIENCE OF LEONARD H. LYONS**

■ **Insurance Exchange of the Americas**
Management of the investigation of potential claims on behalf of the RTC as a result of the activities of the exchanges in New York, Chicago and Miami. Coordinated potential claims with state insurance commissions.

■ **Salomon Brothers Class Action**
Managed RTC investigation, litigation support and economic damage analysis for civil action.

■ **Merrill Lynch Global Settlement**
Managed RTC investigation, litigation support and economic damage analysis leading to a multimillion-dollar global settlement with Merrill Lynch.

■ **Ghaith Pharaon**
Investigation, litigation support, international asset tracing, economic damage analysis and testimony to establish disentitlement claim leading to more than a $11 million civil judgment.

■ **BCCI**
Managed RTC investigation and development of economic damage analysis for filing claims in recovery funds established by the Department of Justice.

■ **Guaranteed Security Life, Jacksonville, FL**
Managed RTC investigation, development of claims, asset tracing and coordination of litigation support with the United States Attorney's Office, Florida Department of Insurance and the Senate Permanent Committee on Investigation.

■ **Homeowners Savings Bank, Burlington, MA**
Managed RTC investigation, litigation support, and development of accounting malpractice and D&O claims and economic damage analysis.

■ **Homefed Savings and Loan, San Diego, CA**
Managed RTC and FDIC civil investigation, development of D&O claims, civil fraud claims, accounting liability claims and coordinated criminal actions.

■ **Imperial Savings and Loan Association, CA**
Management of D&O investigation, document production, litigation support and economic damage analysis.

■ **Congress of Peru**
Assisted Congressional representatives in the investigation of fraud and corruption charges alleged against the former President of Peru including international asset tracing.

■ **Ted Arison**
Managed investigation, litigation support and international asset tracing leading to more than a $30 million settlement of D&O liability claims.

■ **Senate Permanent Committee on Investigations**
Assisted attorneys and staff in conducting investigations of several international financial frauds.

■ **House and Senate Banking Committees**
Acted as liaison for document production and investigative support for several matters reviewed by the committees.

■ **American Pioneer Savings and Loan, Orlando, FL**
Managed investigation, litigation support and interagency coordination for improper securities offerings conducted through the institution.

■ **Ivan Boesky**
Development of civil claims, asset tracing and litigation support for RTC.

■ **Craig Hall**
Establishment of interagency task force for resolution of claims involving more than 26 real estate partnerships, associated loans, guarantees and the ownership of a savings and loan.

■ **Financial Crimes Enforcement Network (FinCEN)**
Responsible for the placement of the first RTC dedicated employee to be used internally for international asset searching and claim development.

■ **18 USC 3322**
Under sealed orders obtained release of federal grand jury information for use in several financial institution civil litigation matters.

■ **Charles Hurwitz / Maxxam Group / USAT**
Managed the investigation, litigation support and asset tracing for the development of D&O claims.

■ **Federal Election Commission (FEC)**
Developed criminal referrals to the FEC for donation violations by executives and officers of a failed financial institution.

■ **HUD**
Assisted federal agency in the development of fraud claims against a national coinsurer in the 223(f) program.

■ **Bankruptcy and Workout Experience**
Negotiated bankruptcies and workouts for more than $100 million of real estate in limited partnership transaction.

**EXHIBIT A**

**PROFILE**

# TESTIMONY EXPERIENCE OF LEONARD H. LYONS

| YEAR | MATTER | TESTIMONY | TOPIC | ATTORNEY | LAW FIRM | COURT |
|------|--------|-----------|-------|----------|----------|-------|
| 2011 | Lawrence Dodge | Administrative Law Hearing | Damages/ GAAP/ RAP | Tom Vincent | Payne & Fears LLP | OTS-Kansas City |
| 2010 | Sutters Place, Inc. dba Bay 101: January 18, 1996 Buy-Sell Agreement | Arbitration | Valuation | Richard Patch | Coblentz, Patch, Duffy & Bass LLP | Arbitration - SJ |
| 2010 | Daewoo Motor America. Inc. v. Daewoo Motor Co., Ltd. | Trial | Bankruptcy | Carol Chow | Stutman, Treister & Glatt | Central District of CA |
| 2010 | Ethical Solution Providers Inc., et al. vs. Timothy Morenc, et al. | Deposition | Tort | Alan Greenberg | Greenberg Traurig, LLP | Orange County Superior |
| 2010 | Market Makers USA, Inc., et al. vs. James Spear, et al. | Deposition & Trial | Tort | A.J. Glassman | Law Offices of A.J. Glassman | Orange County Superior |
| 2010 | Smead v. CL Financial Corporation dba Coastal Coachworks, et al. | Trial | Tort | Michael Williams | Connor, Fletcher & Williams LLP | Orange County Superior |
| 2009 | People of the State of California vs. Evell Tara Stanley | Trial | Criminal/Tax/ Employment | Allan Stokke | Stokke & Riddet | Orange County Superior |
| 2009 | Daewoo Motor America, Inc. v. Daewoo Motor Co., Ltd. | Deposition | Bankruptcy | Carol Chow | Stutman, Treister & Glatt | Central District of CA |
| 2009 | Legal Reprographics, Inc., et al. v. Alexander Gallo Holdings, LLC, et al. | Arbitration | Contract Dispute/ Revenue Recognition | Frank Tobin | Procopio, Cory, Hargreaves & Savitch | Arbitration - SD |
| 2009 | Gardner vs. Babytrend, Inc. | Trial | Employment Labor | H.G. Robert Fong | Ku & Fong | Los Angeles Superior |

**EXHIBIT A**

**PROFILE**

# TESTIMONY EXPERIENCE OF LEONARD H. LYONS

| YEAR | MATTER | TESTIMONY | TOPIC | ATTORNEY | LAW FIRM | COURT |
|------|--------|-----------|-------|----------|----------|-------|
| 2008 | Energy Systems International, LLC, et al. v. Pacific Millenium Investment Corp., et al. | Arbitration | Ownership Dispute | George Rudolph | Luce Forward Hamilton & Scripps | Arbitration - SD |
| 2008 | Laura Chao vs. HSBC Bank, USA, N.A. | Deposition | Tort | H.G. Robert Fong | Ku & Fong | Los Angeles Superior |
| 2008 | Gardner vs. Babytrend, Inc. | Deposition | Employment Labor | H.G. Robert Fong | Ku & Fong | Los Angeles Superior |
| 2008 | GBM Logistics Services, Inc. vs. Y-USA, Inc. dba Yamakawa USA | Trial | UFTA - Contract Dispute | Nick Hornberger | Hornberger & Brewer | Los Angeles Superior |
| 2008 | Coast Media Teleproductions, Inc., et al. v. Barry Meguiar, et al. | Deposition | Tort | Doug Johnson | Johnson & Johnson LLP | Orange County Superior |
| 2008 | Pacific Ethanol, Inc. v. Mercator Group, LLC, et al. | Arbitration | Tort | Jacques Chen | Law Offices of Jacques Chen | Arbitration - OC |
| 2008 | Smead v. CL Financial Corporation dba Coastal Coachworks, et al. | Deposition | Tort | Vicki Nash | North & Nash LLP | Orange County Superior |
| 2007 | GBM Logistics Services, Inc. vs. Y-USA, Inc. dba Yamakawa USA | Deposition | UFTA - Contract Dispute | Nick Hornberger | Hornberger & Brewer | Los Angeles Superior |
| 2007 | Hambrecht Wine Group, L.P., dba Belvedere Winery, L.P., v Millennium Import LLC | Trial | Breach of Contract | Erik Belt | Bromberg & Sunstein, LLP | NDCA |
| 2007 | Beverly Smith v. Luxuriant, LLC et al. | Deposition | Partnership Dispute | Mike FitzGerald | Barnes, Crosby, FitzGerald & Zeman | Orange County Superior |
| 2007 | GBM Logistics Services, Inc. vs. Y-USA, Inc. dba Yamakawa USA | Trial | Contract Dispute / Fraud | Nick Hornberger | Hornberger & Brewer | CDCA - Bankruptcy |

**EXHIBIT A**

## LISTING OF PUBLICATIONS

- Reflections on High Profile Scandals, ABTL OC Newsletter, 2004

- Statement on Auditing Standards No. 99 Consideration of Fraud in a Financial Statement Audit, ABTL OC Newsletter, 2004

- Various articles for Moss Adams Amicus Brief Newsletter, 2001-2004

Table 1

## Loan Amortization

| Loan Amount | 300,000 | Scheduled Payment | 964.92 |
|---|---|---|---|
| Annual Interest Rate | 1.000% | Scheduled number of payments | 360 |
| Loan Period in years | 30 | Actual Number of Payments | |
| # periods per year | 12 | Total Early Payments | |
| Start Date | 2/1/2004 | Total Interest | |

Loan Recast 115%

| Date | Pmt # | Beg Balance | Scheduled Payments | Extra Payments | Total Payment | Principal | Interest | Ending Balance | Interest Rates |
|---|---|---|---|---|---|---|---|---|---|
| Feb-04 | 1 | 300,000 | 964.92 | | 965 | 715 | 250 | 299,285 | 1.000% |
| Mar-04 | 2 | 299,285 | 964.92 | | 965 | 716 | 249 | 298,570 | 1.000% |
| Apr-04 | 3 | 298,570 | 964.92 | | 965 | 716 | 249 | 297,853 | 1.000% |
| May-04 | 4 | 297,853 | 964.92 | | 965 | 717 | 248 | 297,137 | 1.000% |
| Jun-04 | 5 | 297,137 | 964.92 | | 965 | 717 | 248 | 296,419 | 1.000% |
| Jul-04 | 6 | 296,419 | 964.92 | | 965 | 718 | 247 | 295,702 | 1.000% |
| Aug-04 | 7 | 295,702 | 964.92 | | 965 | 719 | 246 | 294,983 | 1.000% |
| Sep-04 | 8 | 294,983 | 964.92 | | 965 | 719 | 246 | 294,264 | 1.000% |
| Oct-04 | 9 | 294,264 | 964.92 | | 965 | 720 | 245 | 293,544 | 1.000% |
| Nov-04 | 10 | 293,544 | 964.92 | | 965 | 720 | 245 | 292,824 | 1.000% |
| Dec-04 | 11 | 292,824 | 964.92 | | 965 | 721 | 244 | 292,103 | 1.000% |
| Jan-05 | 12 | 292,103 | 964.92 | | 965 | 722 | 243 | 291,382 | 1.000% |
| Feb-05 | 13 | 291,382 | 1,037.29 | | 1,037 | 794 | 243 | 290,587 | 1.000% |
| Mar-05 | 14 | 290,587 | 1,037.29 | | 1,037 | 795 | 242 | 289,792 | 1.000% |
| Apr-05 | 15 | 289,792 | 1,037.29 | | 1,037 | 796 | 241 | 288,996 | 1.000% |
| May-05 | 16 | 288,996 | 1,037.29 | | 1,037 | 796 | 241 | 288,200 | 1.000% |
| Jun-05 | 17 | 288,200 | 1,037.29 | | 1,037 | 797 | 240 | 287,403 | 1.000% |
| Jul-05 | 18 | 287,403 | 1,037.29 | | 1,037 | 798 | 240 | 286,605 | 1.000% |
| Aug-05 | 19 | 286,605 | 1,037.29 | | 1,037 | 798 | 239 | 285,806 | 1.000% |
| Sep-05 | 20 | 285,806 | 1,037.29 | | 1,037 | 799 | 238 | 285,007 | 1.000% |
| Oct-05 | 21 | 285,007 | 1,037.29 | | 1,037 | 800 | 238 | 284,207 | 1.000% |
| Nov-05 | 22 | 284,207 | 1,037.29 | | 1,037 | 800 | 237 | 283,407 | 1.000% |
| Dec-05 | 23 | 283,407 | 1,037.29 | | 1,037 | 801 | 236 | 282,606 | 1.000% |
| Jan-06 | 24 | 282,606 | 1,037.29 | | 1,037 | 802 | 236 | 281,804 | 1.000% |
| Feb-06 | 25 | 281,804 | 1,115.09 | | 1,115 | 880 | 235 | 280,924 | 1.000% |
| Mar-06 | 26 | 280,924 | 1,115.09 | | 1,115 | 881 | 234 | 280,043 | 1.000% |
| Apr-06 | 27 | 280,043 | 1,115.09 | | 1,115 | 882 | 233 | 279,161 | 1.000% |
| May-06 | 28 | 279,161 | 1,115.09 | | 1,115 | 882 | 233 | 278,279 | 1.000% |
| Jun-06 | 29 | 278,279 | 1,115.09 | | 1,115 | 883 | 232 | 277,395 | 1.000% |
| Jul-06 | 30 | 277,395 | 1,115.09 | | 1,115 | 884 | 231 | 276,512 | 1.000% |
| Aug-06 | 31 | 276,512 | 1,115.09 | | 1,115 | 885 | 230 | 275,627 | 1.000% |
| Sep-06 | 32 | 275,627 | 1,115.09 | | 1,115 | 885 | 230 | 274,741 | 1.000% |
| Oct-06 | 33 | 274,741 | 1,115.09 | | 1,115 | 886 | 229 | 273,855 | 1.000% |
| Nov-06 | 34 | 273,855 | 1,115.09 | | 1,115 | 887 | 228 | 272,968 | 1.000% |
| Dec-06 | 35 | 272,968 | 1,115.09 | | 1,115 | 888 | 227 | 272,081 | 1.000% |
| Jan-07 | 36 | 272,081 | 1,115.09 | | 1,115 | 888 | 227 | 271,192 | 1.000% |
| Feb-07 | 37 | 271,192 | 1,198.72 | | 1,199 | 973 | 226 | 270,220 | 1.000% |
| Mar-07 | 38 | 270,220 | 1,198.72 | | 1,199 | 974 | 225 | 269,246 | 1.000% |
| Apr-07 | 39 | 269,246 | 1,198.72 | | 1,199 | 974 | 224 | 268,272 | 1.000% |
| May-07 | 40 | 268,272 | 1,198.72 | | 1,199 | 975 | 224 | 267,297 | 1.000% |
| Jun-07 | 41 | 267,297 | 1,198.72 | | 1,199 | 976 | 223 | 266,321 | 1.000% |
| Jul-07 | 42 | 266,321 | 1,198.72 | | 1,199 | 977 | 222 | 265,344 | 1.000% |
| Aug-07 | 43 | 265,344 | 1,198.72 | | 1,199 | 978 | 221 | 264,366 | 1.000% |
| Sep-07 | 44 | 264,366 | 1,198.72 | | 1,199 | 978 | 220 | 263,388 | 1.000% |
| Oct-07 | 45 | 263,388 | 1,198.72 | | 1,199 | 979 | 219 | 262,409 | 1.000% |
| Nov-07 | 46 | 262,409 | 1,198.72 | | 1,199 | 980 | 219 | 261,429 | 1.000% |
| Dec-07 | 47 | 261,429 | 1,198.72 | | 1,199 | 981 | 218 | 260,448 | 1.000% |
| Jan-08 | 48 | 260,448 | 1,198.72 | | 1,199 | 982 | 217 | 259,466 | 1.000% |
| Feb-08 | 49 | 259,466 | 1,288.62 | | 1,289 | 1,072 | 216 | 258,394 | 1.000% |
| Mar-08 | 50 | 258,394 | 1,288.62 | | 1,289 | 1,073 | 215 | 257,320 | 1.000% |
| Apr-08 | 51 | 257,320 | 1,288.62 | | 1,289 | 1,074 | 214 | 256,246 | 1.000% |
| May-08 | 52 | 256,246 | 1,288.62 | | 1,289 | 1,075 | 214 | 255,171 | 1.000% |
| Jun-08 | 53 | 255,171 | 1,288.62 | | 1,289 | 1,076 | 213 | 254,095 | 1.000% |
| Jul-08 | 54 | 254,095 | 1,288.62 | | 1,289 | 1,077 | 212 | 253,018 | 1.000% |
| Aug-08 | 55 | 253,018 | 1,288.62 | | 1,289 | 1,078 | 211 | 251,941 | 1.000% |
| Sep-08 | 56 | 251,941 | 1,288.62 | | 1,289 | 1,079 | 210 | 250,862 | 1.000% |
| Oct-08 | 57 | 250,862 | 1,288.62 | | 1,289 | 1,080 | 209 | 249,782 | 1.000% |
| Nov-08 | 58 | 249,782 | 1,288.62 | | 1,289 | 1,080 | 208 | 248,702 | 1.000% |
| Dec-08 | 59 | 248,702 | 1,288.62 | | 1,289 | 1,081 | 207 | 247,620 | 1.000% |
| Jan-09 | 60 | 247,620 | 1,288.62 | | 1,289 | 1,082 | 206 | 246,538 | 1.000% |
| Feb-09 | 61 | 246,538.17 | 929.13 | | 929 | 724 | 205 | 245,814 | 1.000% |

Table 2

**Loan Amortization**

| Loan Amount | 300,000 | Scheduled Payment | 964.92 | | Loan Recast |
|---|---|---|---|---|---|
| Annual interest Rate | 1.000% | Scheduled Number of Payments | 360 | | 115% |
| Loan Period in years | 30 | Actual Number of Payments | | | |
| # periods per year | 12 | Total Early Payments | | | |
| Start Date | 2/1/2004 | Total Interest | | | |

| Date | Pmt # | Beg Balance | Scheduled Payments | Extra Payments | Total Payment | Principal | Interest | Ending Balance | Interest Rates |
|---|---|---|---|---|---|---|---|---|---|
| Feb-04 | 1 | 300,000 | 964.92 | | 965 | 715 | 250 | 299,285 | 1.000% |
| Mar-04 | 2 | 299,285 | 964.92 | | 965 | 716 | 249 | 298,570 | 1.000% |
| Apr-04 | 3 | 298,570 | 964.92 | | 965 | 716 | 249 | 297,853 | 1.000% |
| May-04 | 4 | 297,853 | 964.92 | | 965 | 717 | 248 | 297,137 | 1.000% |
| Jun-04 | 5 | 297,137 | 964.92 | | 965 | 717 | 248 | 296,419 | 1.000% |
| Jul-04 | 6 | 296,419 | 964.92 | | 965 | 718 | 247 | 295,702 | 1.000% |
| Aug-04 | 7 | 295,702 | 964.92 | | 965 | 719 | 246 | 294,983 | 1.000% |
| Sep-04 | 8 | 294,983 | 964.92 | | 965 | 719 | 246 | 294,264 | 1.000% |
| Oct-04 | 9 | 294,264 | 964.92 | | 965 | 720 | 245 | 293,544 | 1.000% |
| Nov-04 | 10 | 293,544 | 964.92 | | 965 | 720 | 245 | 292,824 | 1.000% |
| Dec-04 | 11 | 292,824 | 964.92 | | 965 | 721 | 244 | 292,103 | 1.000% |
| Jan-05 | 12 | 292,103 | 964.92 | | 965 | 722 | 243 | 291,382 | 1.000% |
| Feb-05 | 13 | 291,382 | 1,037.29 | 72 | 1,110 | 867 | 243 | 290,442 | 1.000% |
| Mar-05 | 14 | 290,442 | 1,037.29 | 72 | 1,110 | 868 | 242 | 289,502 | 1.000% |
| Apr-05 | 15 | 289,502 | 1,037.29 | 72 | 1,110 | 868 | 241 | 288,562 | 1.000% |
| May-05 | 16 | 288,562 | 1,037.29 | 72 | 1,110 | 869 | 240 | 287,620 | 1.000% |
| Jun-05 | 17 | 287,620 | 1,037.29 | 72 | 1,110 | 870 | 240 | 286,678 | 1.000% |
| Jul-05 | 18 | 286,678 | 1,037.29 | 72 | 1,110 | 871 | 239 | 285,735 | 1.000% |
| Aug-05 | 19 | 285,735 | 1,037.29 | 72 | 1,110 | 872 | 238 | 284,791 | 1.000% |
| Sep-05 | 20 | 284,791 | 1,037.29 | 72 | 1,110 | 872 | 237 | 283,846 | 1.000% |
| Oct-05 | 21 | 283,846 | 1,037.29 | 72 | 1,110 | 873 | 237 | 282,900 | 1.000% |
| Nov-05 | 22 | 282,900 | 1,037.29 | 72 | 1,110 | 874 | 236 | 281,954 | 1.000% |
| Dec-05 | 23 | 281,954 | 1,037.29 | 72 | 1,110 | 875 | 235 | 281,007 | 1.000% |
| Jan-06 | 24 | 281,007 | 1,037.29 | 72 | 1,110 | 875 | 234 | 280,059 | 1.000% |
| Feb-06 | 25 | 280,059 | 1,115.09 | 150 | 1,265 | 1,032 | 233 | 278,877 | 1.000% |
| Mar-06 | 26 | 278,877 | 1,115.09 | 150 | 1,265 | 1,033 | 232 | 277,694 | 1.000% |
| Apr-06 | 27 | 277,694 | 1,115.09 | 150 | 1,265 | 1,034 | 231 | 276,510 | 1.000% |
| May-06 | 28 | 276,510 | 1,115.09 | 150 | 1,265 | 1,035 | 230 | 275,325 | 1.000% |
| Jun-06 | 29 | 275,325 | 1,115.09 | 150 | 1,265 | 1,036 | 229 | 274,139 | 1.000% |
| Jul-06 | 30 | 274,139 | 1,115.09 | 150 | 1,265 | 1,037 | 228 | 272,952 | 1.000% |
| Aug-06 | 31 | 272,952 | 1,115.09 | 150 | 1,265 | 1,038 | 227 | 271,764 | 1.000% |
| Sep-06 | 32 | 271,764 | 1,115.09 | 150 | 1,265 | 1,039 | 226 | 270,575 | 1.000% |
| Oct-06 | 33 | 270,575 | 1,115.09 | 150 | 1,265 | 1,040 | 225 | 269,385 | 1.000% |
| Nov-06 | 34 | 269,385 | 1,115.09 | 150 | 1,265 | 1,041 | 224 | 268,194 | 1.000% |
| Dec-06 | 35 | 268,194 | 1,115.09 | 150 | 1,265 | 1,042 | 223 | 267,002 | 1.000% |
| Jan-07 | 36 | 267,002 | 1,115.09 | 150 | 1,265 | 1,043 | 223 | 265,809 | 1.000% |
| Feb-07 | 37 | 265,809 | 1,198.72 | 234 | 1,433 | 1,211 | 222 | 264,365 | 1.000% |
| Mar-07 | 38 | 264,365 | 1,198.72 | 234 | 1,433 | 1,212 | 220 | 262,919 | 1.000% |
| Apr-07 | 39 | 262,919 | 1,198.72 | 234 | 1,433 | 1,213 | 219 | 261,471 | 1.000% |
| May-07 | 40 | 261,471 | 1,198.72 | 234 | 1,433 | 1,215 | 218 | 260,023 | 1.000% |
| Jun-07 | 41 | 260,023 | 1,198.72 | 234 | 1,433 | 1,216 | 217 | 258,573 | 1.000% |
| Jul-07 | 42 | 258,573 | 1,198.72 | 234 | 1,433 | 1,217 | 215 | 257,122 | 1.000% |
| Aug-07 | 43 | 257,122 | 1,198.72 | 234 | 1,433 | 1,218 | 214 | 255,670 | 1.000% |
| Sep-07 | 44 | 255,670 | 1,198.72 | 234 | 1,433 | 1,219 | 213 | 254,217 | 1.000% |
| Oct-07 | 45 | 254,217 | 1,198.72 | 234 | 1,433 | 1,221 | 212 | 252,763 | 1.000% |
| Nov-07 | 46 | 252,763 | 1,198.72 | 234 | 1,433 | 1,222 | 211 | 251,307 | 1.000% |
| Dec-07 | 47 | 251,307 | 1,198.72 | 234 | 1,433 | 1,223 | 209 | 249,850 | 1.000% |
| Jan-08 | 48 | 249,850 | 1,198.72 | 234 | 1,433 | 1,224 | 208 | 248,392 | 1.000% |
| Feb-08 | 49 | 248,392 | 1,288.62 | 324 | 1,612 | 1,405 | 207 | 246,663 | 1.000% |
| Mar-08 | 50 | 246,663 | 1,288.62 | 324 | 1,612 | 1,407 | 206 | 244,932 | 1.000% |
| Apr-08 | 51 | 244,932 | 1,288.62 | 324 | 1,612 | 1,408 | 204 | 243,201 | 1.000% |
| May-08 | 52 | 243,201 | 1,288.62 | 324 | 1,612 | 1,410 | 203 | 241,467 | 1.000% |
| Jun-08 | 53 | 241,467 | 1,288.62 | 324 | 1,612 | 1,411 | 201 | 239,732 | 1.000% |
| Jul-08 | 54 | 239,732 | 1,288.62 | 324 | 1,612 | 1,413 | 200 | 237,996 | 1.000% |
| Aug-08 | 55 | 237,996 | 1,288.62 | 324 | 1,612 | 1,414 | 198 | 236,259 | 1.000% |
| Sep-08 | 56 | 236,259 | 1,288.62 | 324 | 1,612 | 1,415 | 197 | 234,519 | 1.000% |
| Oct-08 | 57 | 234,519 | 1,288.62 | 324 | 1,612 | 1,417 | 195 | 232,779 | 1.000% |
| Nov-08 | 58 | 232,779 | 1,288.62 | 324 | 1,612 | 1,418 | 194 | 231,037 | 1.000% |
| Dec-08 | 59 | 231,037 | 1,288.62 | 324 | 1,612 | 1,420 | 193 | 229,293 | 1.000% |
| Jan-09 | 60 | 229,293 | 1,288.62 | 324 | 1,612 | 1,421 | 191 | 227,548 | 1.000% |
| Feb-09 | 61 | 227,548.31 | 857.67 | | 858 | 668 | 190 | 226,880 | 1.000% |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**


**JAY J. RALSTON,**

**On Behalf Of Himself And All Others Similarly Situated,**

**PLAINTIFF,**

**V.**

**MORTGAGE INVESTORS GROUP, INC.,**

**MORTGAGE INVESTORS GROUP, a general partnership,**

**COUNTRYWIDE HOME LOANS, INC.**

**and DOES 3-10,**

**DEFENDANTS**


**CASE NO.: CV 08-00536 JF PVT**


**ADDENDUM TO EXPERT REPORT OF LEONARD H. LYONS**

**REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

## I.      QUALIFICATIONS

1.      I have over 15 years of expert witness experience.  I have been engaged as an expert in a variety of litigation matters, including breach of contract, stockholder and partner disputes, profit participation disputes, bankruptcy fraud matters, white-collar crime matters and intellectual property disputes.   In those matters, I have been qualified and testified as an expert witness, opining on a variety of topics, including damages, projection of lost profits, diminished goodwill, business interruption and forensic accounting.

2.      This current assignment is within my area of expertise.

-1-

1    **A.    Private Practice**

2        3.    My current position is Partner of Advisory Services with the
3    accounting and advisory firm of MarcumStonefield, a division of Marcum LLP.
4    Prior to joining MarcumStonefield, I served as Vice President with the international
5    litigation consulting firm of Rimkus Analytics, LLC.   Before joining Rimkus
6    Analytics, I was employed as Principal and Director of Valuation, Litigation
7    Support and Forensic Services at the accounting and business advisory firm of
8    Stonefield Josephson, Inc.  Prior to my employment with Stonefield Josephson, I
9    was Senior Vice President and Director of the Conflict Resolution Services division
10   of FMV Opinions, Inc.  Before joining FMV Opinions, Inc., I was a Director with
11   the accounting and litigation services firm of White, Zuckerman, Warsavsky, Luna,
12   and Wolf & Hunt.  Prior to joining White, Zuckerman, Warsavsky, Luna, Wolf &
13   Hunt, I was a Senior Manager for Litigation and Claims Resolution Services with
14   Moss Adams, LLP.

15       4.    The nature of my work has not changed substantially over this
16   time.  Throughout that period my practice has focused on accounting, forensic
17   accounting, corporate consulting, fraud investigation, and business valuation matters
18   for tax, litigation and claims resolution services.

19   **B.    Banking and Mortgage Banking Industry Experience**

20       5.    I have extensive experience in the area of banking and mortgage
21   banking, including government regulation.

22       6.    From 1996 to 1998, I was Director, Investigations for the
23   Western U.S. for the Federal Deposit Insurance Corporation ("FDIC").   In that
24   capacity, I was responsible for civil and criminal claim development relating to
25   failed banks and savings and loans.  These claims involved director and officer
26   liability, fidelity bond, accounting malpractice, appraisal malpractice, third party
27   professional malpractice, criminal referrals and restitution claims.  Many of the

28

cases involved valuation and accounting issues related to mortgages, mortgage backed and derivative assets.

7.    In addition, I served as Manager, Special Investigations and other related positions for the Resolution Trust Corporation ("RTC") from 1990 to 1996.  At the RTC I was responsible for many high profile, sensitive investigations and the development of damages claims.  I was responsible for developing the damages for the Salomon Bros. class action, the investigation and development of damages for the Milken/Drexel Burnham Lambert MDL action, Charles Keating, Jr., Ghaith Pharaon, BCCI and CenTrust.  As National Director for Claims Resolution Policies and Procedures for the RTC from 1993 to 1996, I was responsible for establishing the required information to be provided and the procedures necessary to gain settlement authority for any action reviewed by the Office of Investigations.  In addition, I was responsible for reviewing the potential accounting malpractice claims that comprised the final pool of claims asserted against two of the Big 6 accounting firms leading to global settlements.  Many of these claims involved misleading financial statements due to valuation issues.

8.    I also possess experience as a Vice President, mergers and acquisitions for a business advisory services firm where I advised on numerous transactions in many different business sectors.

9.    I have also been a Vice President, Director and Principal of Direct Investments for a NYSE investment bank where I advised on numerous transactions in many different business sectors.

10.    I served from 1994 through 1996 as a member of the National Committee for Financial Institutions for the Association of Certified Fraud Examiners, which set advisory standards for investigation of fraud for US financial institutions.

11.    Recently, I have provided opinions on GAAP, RAP and damages on behalf of a Respondent in an OTS Administrative Law Hearing.

12. I have lectured on Securities Claims Development and Asset Tracing for the RTC and am currently a lecturer at California State University Los Angeles regarding these areas and valuation theory.

13. I have also published articles and given lectures relevant to valuation, fraud and forensic accounting. A copy of my curricula vitae, expert testimony and publications are attached hereto as Exhibit A.

**C.   Education & Training**

14. I obtained my Bachelor of Arts degree in Chemistry from the University of Pennsylvania, my Masters of Business Administration in Finance from The George Washington University, and my Juris Doctor from The American University, Washington College of Law. I possess additional coursework equivalent to a Masters of Arts in Accounting from The George Washington University.

15. I am an Attorney at Law (admitted in Maryland and the United States Supreme Court), a Certified Fraud Examiner, a Certified Forensic Accountant, a Certified Financial Forensic Analyst and an Accredited Valuation Analyst. I have been performing litigation consulting, expert witness and due diligence services for more than twenty years.

16. I have no interest, either present or contemplated, in the parties on which the declaration, analysis and testimony may be based. My billing rate is $450 per hour. My fees are not contingent on any particular outcome in this case.

**II.   DOCUMENTS REVIEWED**

17. In connection with the preparation of this declaration, I have analyzed the following: various loan documents associated with Jay J. Ralston's (the "Plaintiff") Option ARM loan obtained through Mortgage Investors Group, Inc. and/or Mortgage Investors Group, a general partnership, and subsequently purchased by Countrywide Home Loans, Inc. (collectively the "Defendants");

-4-

1   Defendants' Sapphire Database and related user guides (Bates CHL000827-980);
2   Plaintiff's Third Amended Class Action Complaint dated April 28, 2010; the
3   deposition of Brad Hodgins taken January 13, 2011; the deposition of Jessica
4   Kannya taken March 4, 2011; publicly available financial information, including
5   historical interest rate data for the index identified in the Plaintiff's Promissory
6   Note; and scholarly texts and treatises relating to Generally Accepted Accounting
7   Principles ("GAAP"), mortgages and mortgage securities.

8

9   ### III.   <u>EXCEL MODEL SPECIFICATIONS</u>

10          18.    As stated in my initial Expert Report dated April 4, 2011, I have
11  developed a model that can be applied and used to calculate the principal balance
12  owed at the end of any given month by any borrower with an Option ARM
13  mortgage issued by the Defendants.  Differences in origination dates, initial interest
14  rates, index, margin, original principal balances, monthly payment amounts and
15  other variables are easily accounted for using this model.  Moreover, because the
16  model has been created in a manner designed to take advantage of electronic data to
17  be provided by the Defendants and or Class Members' loan servicers, it is possible
18  to import that electronically stored data into predetermined fields in the model and
19  thereby automatically calculate the principal balances owed by thousands of
20  borrowers with little or no human intervention. Updated copies of Tables 1 and 2
21  from my initial Expert Report are attached herein. An arithmetic correction common
22  to the models for Tables 1 and 2 has been applied.

23          19.    This basic model has been developed using Microsoft Excel and
24  takes into account the constants that will be and/or have been provided by the
25  Defendants in the case, such as name of the individual, initial loan terms, reset date,
26  index, number of years, etc.

27          20.    The Excel model consists of cells linked through mathematical
28  equations.  The database of borrower information the Defendants provided contains

1  basic loan information. The Excel model takes the basic loan information and
2  applies basic arithmetic calculations to determine the monthly payment, the portion
3  of the payment that is reflective of accrued interest and principal repayment based
4  on the terms of the loan or the changes that have been identified by counsel to be
5  made in order to calculate the damages identified in my initial expert report. The
6  model then checks to see if the Class Members' payment was actually greater or less
7  than the required payment. The model can be easily modified to account for late
8  payment fees or to apply payments made in excess of the required amount to be
9  applied against the outstanding principal. The next arithmetic calculation identifies
10 the principal amount remaining after the application of the payment. These
11 calculations are repeated for the life of the loan.

12        21.    As can be viewed in Table 1 attached herein, the Beginning
13 Balance before the first payment reflects the original amount of the loan. In this
14 hypothetical it is $300,000.

15        22.    The Monthly Payment is the amount that would be required to
16 be paid on a monthly basis to fully amortize the original loan balance based on the
17 original loan interest rate and loan term. Excel contains a financial formula that
18 automatically calculates the payment when the defined loan terms of interest, life of
19 the loan and outstanding balance of the loan are provided.

20        23.    The Interest column is determined by taking the outstanding
21 loan balance and multiplying it by the current interest rate.

22        24.    The Principal column is the mathematical difference between
23 the monthly payment and the amount that was calculated as interest.

24        25.    The Ending Balance is the amount of the Outstanding Principal
25 after applying the amount of Principal calculated above remaining after crediting the
26 accrued interest for the month.

27        26.    The Ending Balance becomes the Beginning Balance or
28 principal amount for the next month in the calculation.

27. The difference between Tables 1 and 2 is that the additional payments made after year 1 are applied toward interest in Table 1 and toward principal reduction in Table 2.

28. The arithmetic calculations in the Excel model I have created are materially similar, if not identical, to the loan servicing program the Defendants utilize in their day to day business.

29. The Excel model described above can be developed in many different software programs. In fact, there are a number of commercially available software packages that can be used to obtain the same calculations.

## IV.   RESERVATION OF THE RIGHT TO SUPPLEMENT

I reserve the right to supplement and/or amend the opinions expressed herein as may be necessary in response to additional statements made and documents provided during document discovery. I am also prepared to update my opinions based on any additional information that becomes available.

Accordingly, I may amend what is stated above, where necessary, especially in view of information not presently known to me or new information presented by the parties prior to, or at trial, and to supplement this report should additional information be brought to my attention during the course of this proceeding.

Dated this 11th day of April, 2011, at _____Irvine_____, California.

_____

Leonard H. Lyons

# Leonard H. Lyons



   Leonard H. Lyons has more than 12 years of expert witness experience on behalf of attorneys involved in various litigation matters including breach of contract, stockholder and partner disputes, profit participation disputes, projection of lost profits and diminished goodwill, business interruption, forensic accounting, bankruptcy fraud, white collar crime and intellectual property.  He also has significant experience in both arbitration and mediation proceedings.

   Previously, Mr. Lyons served as Vice President and Director of Valuation, Litigation Support and Forensic Services for a national litigation consulting firm.  He has served as the Federal Deposit Insurance Corporation (FDIC) Director of Investigations for the Western United States and has acted as Manager of Special Investigations for the Resolution Trust Corporation (RTC).

**Leonard H. Lyons**
**JD, CFE, CFFA, Cr.FA, AVA**
**Principal**

**P R O F I L E**

## Professional & Civic Affiliations
American Institute of Certified Public Accountants (AICPA)
California Society of Certified Public Accountants (CalCPA)
American Bar Association
Orange County Bar Association, Business Litigation Section
Association of Business Trial Lawyers
State Bar of Maryland
National Association of Certified Valuation Analysts (NACVA)
Middle Market Investment Banking Association (MMIBA)
American Board of Forensic Accounting
American College of Forensic Examiners
Association of Certified Fraud Examiners (ACFE),
      National Committee for Financial Institutions
California State University, Los Angeles, Lecturer
Constitutional Rights Foundation, Past Vice President & Board Member
Federal Bar Association, Orange County, Past Board Member

## Accreditations & Designations
Certified Fraud Examiner
Certified Forensic Financial Analyst
Certified Forensic Accountant
Accredited Valuation Analyst

### AREAS OF EXPERTISE
Breach of Contract
Stockholder & Partner Disputes
Profit Participation Disputes
Business Interruption
Forensic Accounting
Bankruptcy Fraud
White Collar Crime
Intellectual Property
Valuation

### KEY CLIENTS
Law Firms
General Counsel
Bankers
C-Level Executives

### EDUCATION
Juris Doctor
American University,
Washington College of Law

Master of Business Administration,  Finance
George Washington University

Bachelor of Arts
University of Pennsylvania



A Division of Marcum LLP



**PROFILE**

# DETAILED PROFESSIONAL EXPERIENCE OF LEONARD H. LYONS

- **Daewoo Motor America, Inc.**
  **v. Daewoo Motor Co., Ltd.**
  Bankruptcy testimony relating to equity vs. debt determination.

- **People of the State of California**
  **vs. Evell Tara Stanley**
  Testimony and sentencing hearing leading to significant deduction in restitution.

- **Energy Systems International, LLC, et al.**
  **v. Pacific Millenium Investment Corp., et al.**
  Arbitration involving ownership rights and development of carbon credits.

- **Malmskov v. Tahitian Noni International**
  Multi-level marketing distribution dispute.

- **Legal Reprographics, Inc., et al. v. Alexander**
  **Gallo Holdings, LLC, et al.**
  Earn-out provisions relating to revenue recognitions under GAAP.

- **City of San Bernadino Municipal Water Dept. v.**
  **Cora Constructors, Inc.**
  Investigation relating to contract dispute between city and prime contractor.

- **Cliff Lamb**
  Development of valuation regarding ownership interest of an accounting firm leading to mediation.

- **Swirles**
  Investigation and mediation representation relating to probate and trust matters, including proper trust accounting.

- **Laura Chao vs. HSBC Bank, USA, N.A.**
  Deposition and testimony regarding the potential improper freeze of assets by a federal financial institution.

- **Gardner vs. Babytrend, Inc.**
  Deposition and trial testimony relating to independent contractor vs. employee status.

- **Public Defender's Office**
  Assistance in several cases regarding defense of potential financial improprieties.

- **Smead v. CL Financial Corporation**
  **dba Coastal Coachworks, et al.**
  Deposition and testimony regarding potential corporate improprieties, failure to properly account and potential fraud.

- **Coast Media Teleproductions, Inc.**
  **v. Meguiars, Inc., et al.**
  Provided deposition testimony that led to successful settlement for the client.

- **Pacific Ethanol, Inc.**
  **v. Mercator Group, LLC, et al.**
  Provided arbitration testimony for the defense that led to a substantially reduced settlement amount.

- **General Valuation Experience**
  Valuations related to legal claims, marketability discounts and restricted stock, including the enterprise ownership of a Northern California card club and a pipeline easement.

- **Fortune 50 International**
  **Entertainment Company**
  Provided international forensic accounting investigative support and assistance in removing the Manager General for their Latin America operations. Provided "lessons learned," identification of potential misstatements in the financial statements and identification of potential areas for recovery and losses incurred.

- **NewsMax Media, Inc. v. B.G. Burkett**
  Provided business valuation for company in a shareholder litigation suit that led to a settlement for a significantly reduced amount.

- **Pharmaco, Inc. v. Motamedi**
  Provided valuation for company related to a shareholder dissolution action that provided a significant beneficial result for the company versus the demands of the shareholder.

- **Gary W. Dokich v. MDS Consulting, et al.**
  Provided mediation testimony and support that provided significant benefit to the client.

- **Hambrecht Wine Group, LP**
  **v. Millennium Import LLC**
  Provided deposition testimony relating to the valuation of the Belvedere trademark that led to a significant settlement in the client's favor.

- **The Procter & Gamble Company et al**
  **vs. United States of America**
  Engaged on behalf of the USDOJ to prepare FRCP 26 patent valuation reports, rebuttal reports and provide deposition testimony regarding the Federal civil refund claim for improper assessment of taxes relating to the value of charitable donations of intellectual property consisting of five technologies.

- **Sabine Jones v. Jeanne Marie Dana, et al.**
  Trial testimony relating to securities fraud and embezzlement claims leading to a $2.1 million compensatory award and a $1 million punitive award.

- **Chinese Yellow Pages v. Chinese Overseas**
  **Marketing Services Corp.**
  Development of damage claims, regression analysis, lost profits, and business valuation leading to a $3.5 million jury award in compensatory damages and $750,000 in punitive damages.

- **GBM Logistics Services, Inc. v. Y-USA, Inc., et al.**
  Development of damage claims, deposition and trial testimony leading to more than a $17 million jury award relating to a fraud investigation and breach of contract dispute.



**PROFILE**

# DETAILED PROFESSIONAL EXPERIENCE OF LEONARD H. LYONS

- **John Daurio et al. v. Christopher M. Lappi, et al.**
  Development of damage claims and deposition testimony leading to more than a $11 million jury award relating to theft of corporate property.

- **Dino Smith v. DriveTime Automotive Group, Inc.**
  Defense against damage claims and deposition testimony in a wrongful termination case yielding a significant reduction in settlement.

- **J & H Copy Services, Inc. v. Pinnica Corporation**
  Defense against damage claims and deposition testimony in a lost profits action yielding a significant reduction in settlement.

- **James Barker v. David Wilson's Automotive Group, et al.**
  Defense of damage claims in deposition and arbitration yielding a very favorable ruling for the client.

- **ELC Electric, Inc. v. ARB, Inc., et al.**
  Defense against damage claims in deposition leading to a very favorable arbitration ruling for the client relating to a contract dispute.

- **Partnership Evaluation Corp., et al. v. Winnick, et al.**
  Development of damage claims and deposition testimony leading to a multimillion dollar settlement relating to failure to receive stock in investment. Trial jury reached a decision and was in the process of awarding $116 million.

- **Norm Kaufman v. MRI Management Services**
  Development of damage claims, deposition and arbitration testimony relating to wrongful termination and partnership dispute leading to more than a $2.1 million award for wrongful termination. Partnership dispute was subsequently settled.

- **Kahn v. Salta**
  Development of lost profits, compensation and business valuation claims, and deposition testimony relating to wrongful termination and ownership dispute yielding a multimillion dollar settlement.

- **Corporate Purchase Dispute**
  Development of lost profits, fraud and business valuation claims and deposition testimony relating to a purchase of a California based machine manufacturing corporation leading to a significant reduction in purchase price and the tender of all remaining shares of the corporation not purchased.

- **Shareholder Dispute Litigation**
  Defense and cross claims in family owned shareholder dispute. Development and review of several business valuations and compensation claims. Substantial settlement achieved for client.

- **Copyright Infringement Litigation**
  Defense of more than a $100 million claim for copyright infringement of artwork. Settlement reached for less than 1% of the amount of the damages claimed.

- **Lost Profit and Contract Dispute**
  Development of claims and defense relating to Internet based company and professional association in dispute over advertising sponsorship and internet business development. Multi-million dollar settlement reached in favor of the client.

- **Business Interruption / Fraud Investigation / Fidelity Bond Claims**
  Investigation and development of loss claims for a number of fraud situations and insurance recovery situations. Successfully developed and filed claims leading to millions of dollars in recoveries for clients.

- **Business Valuations**
  Development and review of business valuations used in numerous litigations. Review of numerous valuations for professional services failure while at the RTC and FDIC.

- **Accounting Audit Failure**
  Development and review of a significant number of audit failure claims leading to several of the global settlements with the "Big Eight" accounting firms while at the RTC.

- **Michael Milken / Drexel Burnham Lambert Task Force**
  Management responsibility for investigations, financial analysis, international asset tracing, document production, litigation support and settlements exceeding $1.4 billion for the Federal Deposit Insurance Corporation and the Resolution Trust Corporation in civil and bankruptcy actions.

- **Charles Keating, Jr.**
  Management responsibility for internal and interagency investigations, international asset tracing and litigation support for claims related to Lincoln Savings and Loan Association in Irvine, California.

- **Tom Spiegel**
  Management responsibility for internal and interagency investigations, international asset tracing and litigation support for civil claims related to Columbia Savings and Loan Association in Beverly Hills, California.

- **David Paul**
  Management responsibility for internal and interagency investigations, international asset tracing and litigation support for civil claims and criminal actions related to CenTrust Savings and Loan Association in Miami, Florida. Provided testimony in depositions related to financial institution RAP, GAAP and SEC accounting in D&O liability civil action.

- **Executive Life Insurance Company**
  Management responsibility for RTC investigation and coordination with California Department of Insurance for investigation, asset tracing and litigation support for civil claims.

**EXHIBIT A**

# DETAILED PROFESSIONAL EXPERIENCE OF LEONARD H. LYONS

- **Insurance Exchange of the Americas**
  Management of the investigation of potential claims on behalf of the RTC as a result of the activities of the exchanges in New York, Chicago and Miami. Coordinated potential claims with state insurance commissions.

- **Salomon Brothers Class Action**
  Managed RTC investigation, litigation support and economic damage analysis for civil action.

- **Merrill Lynch Global Settlement**
  Managed RTC investigation, litigation support and economic damage analysis leading to a multimillion-dollar global settlement with Merrill Lynch.

- **Ghaith Pharaon**
  Investigation, litigation support, international asset tracing, economic damage analysis and testimony to establish disentitlement claim leading to more than a $11 million civil judgment.

- **BCCI**
  Managed RTC investigation and development of economic damage analysis for filing claims in recovery funds established by the Department of Justice.

- **Guaranteed Security Life, Jacksonville, FL**
  Managed RTC investigation, development of claims, asset tracing and coordination of litigation support with the United States Attorney's Office, Florida Department of Insurance and the Senate Permanent Committee on Investigation.

- **Homeowners Savings Bank, Burlington, MA**
  Managed RTC investigation, litigation support, and development of accounting malpractice and D&O claims and economic damage analysis.

- **Homefed Savings and Loan, San Diego, CA**
  Managed RTC and FDIC civil investigation, development of D&O claims, civil fraud claims, accounting liability claims and coordinated criminal actions.

- **Imperial Savings and Loan Association, CA**
  Management of D&O investigation, document production, litigation support and economic damage analysis.

- **Congress of Peru**
  Assisted Congressional representatives in the investigation of fraud and corruption charges alleged against the former President of Peru including international asset tracing.

- **Ted Arison**
  Managed investigation, litigation support and international asset tracing leading to more than a $30 million settlement of D&O liability claims.

- **Senate Permanent Committee on Investigations**
  Assisted attorneys and staff in conducting investigations of several international financial frauds.

- **House and Senate Banking Committees**
  Acted as liaison for document production and investigative support for several matters reviewed by the committees.

- **American Pioneer Savings and Loan, Orlando, FL**
  Managed investigation, litigation support and interagency coordination for improper securities offerings conducted through the institution.

- **Ivan Boesky**
  Development of civil claims, asset tracing and litigation support for RTC.

- **Craig Hall**
  Establishment of interagency task force for resolution of claims involving more than 26 real estate partnerships, associated loans, guarantees and the ownership of a savings and loan.

- **Financial Crimes Enforcement Network (FinCEN)**
  Responsible for the placement of the first RTC dedicated employee to be used internally for international asset searching and claim development.

- **18 USC 3322**
  Under sealed orders obtained release of federal grand jury information for use in several financial institution civil litigation matters.

- **Charles Hurwitz / Maxxam Group / USAT**
  Managed the investigation, litigation support and asset tracing for the development of D&O claims.

- **Federal Election Commission (FEC)**
  Developed criminal referrals to the FEC for donation violations by executives and officers of a failed financial institution.

- **HUD**
  Assisted federal agency in the development of fraud claims against a national coinsurer in the 223(f) program.

- **Bankruptcy and Workout Experience**
  Negotiated bankruptcies and workouts for more than $100 million of real estate in limited partnership transaction.

**EXHIBIT A**



**P R O F I L E**

# TESTIMONY EXPERIENCE OF LEONARD H. LYONS

| YEAR | MATTER | TESTIMONY | TOPIC | ATTORNEY | LAW FIRM | COURT |
|------|--------|-----------|-------|----------|----------|-------|
| 2011 | Lawrence Dodge | Administrative Law Hearing | Damages/ GAAP/ RAP | Tom Vincent | Payne & Fears LLP | OTS-Kansas City |
| 2010 | Sutters Place, Inc. dba Bay 101: January 18, 1996 Buy-Sell Agreement | Arbitration | Valuation | Richard Patch | Coblentz, Patch, Duffy & Bass LLP | Arbitration - SJ |
| 2010 | Daewoo Motor America, Inc. v. Daewoo Motor Co., Ltd. | Trial | Bankruptcy | Carol Chow | Stutman, Treister & Glatt | Central District of CA |
| 2010 | Ethical Solution Providers Inc., et al. vs. Timothy Morenc, et al. | Deposition | Tort | Alan Greenberg | Greenberg Traurig, LLP | Orange County Superior |
| 2010 | Market Makers USA, Inc., et al. vs. James Spear, et al. | Deposition & Trial | Tort | A.J. Glassman | Law Offices of A.J. Glassman | Orange County Superior |
| 2010 | Smead v. CL Financial Corporation dba Coastal Coachworks, et al. | Trial | Tort | Michael Williams | Connor, Fletcher & Williams LLP | Orange County Superior |
| 2009 | People of the State of California vs. Evell Tara Stanley | Trial | Criminal/Tax/ Employment | Allan Stokke | Stokke & Riddet | Orange County Superior |
| 2009 | Daewoo Motor America, Inc. v. Daewoo Motor Co., Ltd. | Deposition | Bankruptcy | Carol Chow | Stutman, Treister & Glatt | Central District of CA |
| 2009 | Legal Reprographics, Inc., et al. v. Alexander Gallo Holdings, LLC, et al. | Arbitration | Contract Dispute/ Revenue Recognition | Frank Tobin | Procopio, Cory, Hargreaves & Savitch | Arbitration - SD |
| 2009 | Gardner vs. Babytrend, Inc. | Trial | Employment Labor | H.G. Robert Fong | Ku & Fong | Los Angeles Superior |



**PROFILE**

# TESTIMONY EXPERIENCE OF LEONARD H. LYONS

| YEAR | MATTER | TESTIMONY | TOPIC | ATTORNEY | LAW FIRM | COURT |
|------|--------|-----------|-------|----------|----------|-------|
| 2008 | Energy Systems International, LLC, et al. v. Pacific Millenium Investment Corp., et al. | Arbitration | Ownership Dispute | George Rudolph | Luce Forward Hamilton & Scripps | Arbitration - SD |
| 2008 | Laura Chao vs. HSBC Bank, USA, N.A. | Deposition | Tort | H.G. Robert Fong | Ku & Fong | Los Angeles Superior |
| 2008 | Gardner vs. Babytrend, Inc. | Deposition | Employment Labor | H.G. Robert Fong | Ku & Fong | Los Angeles Superior |
| 2008 | GBM Logistics Services, Inc. vs. Y-USA, Inc. dba Yamakawa USA | Trial | UFTA - Contract Dispute | Nick Hornberger | Hornberger & Brewer | Los Angeles Superior |
| 2008 | Coast Media Teleproductions, Inc., et al. v. Barry Meguiar, et al. | Deposition | Tort | Doug Johnson | Johnson & Johnson LLP | Orange County Superior |
| 2008 | Pacific Ethanol, Inc. v. Mercator Group, LLC, et al. | Arbitration | Tort | Jacques Chen | Law Offices of Jacques Chen | Arbitration - OC |
| 2008 | Smead v. CL Financial Corporation dba Coastal Coachworks, et al. | Deposition | Tort | Vicki Nash | North & Nash LLP | Orange County Superior |
| 2007 | GBM Logistics Services, Inc. vs. Y-USA, Inc. dba Yamakawa USA | Deposition | UFTA - Contract Dispute | Nick Hornberger | Hornberger & Brewer | Los Angeles Superior |
| 2007 | Hambrecht Wine Group, L.P., dba Belvedere Winery, L.P., v Millennium Import LLC | Trial | Breach of Contract | Erik Belt | Bromberg & Sunstein, LLP | NDCA |
| 2007 | Beverly Smith v. Luxuriant, LLC et al. | Deposition | Partnership Dispute | Mike FitzGerald | Barnes, Crosby, FitzGerald & Zeman | Orange County Superior |
| 2007 | GBM Logistics Services, Inc. vs. Y-USA, Inc. dba Yamakawa USA | Trial | Contract Dispute / Fraud | Nick Hornberger | Hornberger & Brewer | CDCA - Bankruptcy |

## LISTING OF PUBLICATIONS

- Reflections on High Profile Scandals, ABTL OC Newsletter, 2004

- Statement on Auditing Standards No. 99 Consideration of Fraud in a Financial Statement Audit, ABTL OC Newsletter, 2004

- Various articles for Moss Adams Amicus Brief Newsletter, 2001-2004

Table 1

## Loan Amortization

| | | | | | | |
|---|---|---|---|---|---|---|
| Loan Amount | 300,000 | Scheduled Payment | 964.92 | | Loan Recast | |
| Annual Interest Rate | 1.000% | Scheduled number of payments | 360 | | 115% | |
| Loan Period in years | 30 | Actual Number of Payments | | | | |
| # periods per year | 12 | Total Early Payments | | | | |
| Start Date | 2/1/2004 | Total Interest | | | | |

| Date | Pmt # | Beg Balance | Scheduled Payments | Extra Payments | Total Payment | Principal | Interest | Ending Balance | Interest Rates |
|---|---|---|---|---|---|---|---|---|---|
| Feb-04 | 1 | 300,000 | 964.92 | | 965 | 715 | 250 | 299,285 | 1.000% |
| Mar-04 | 2 | 299,285 | 964.92 | | 965 | 716 | 249 | 298,570 | 1.000% |
| Apr-04 | 3 | 298,570 | 964.92 | | 965 | 716 | 249 | 297,853 | 1.000% |
| May-04 | 4 | 297,853 | 964.92 | | 965 | 717 | 248 | 297,137 | 1.000% |
| Jun-04 | 5 | 297,137 | 964.92 | | 965 | 717 | 248 | 296,419 | 1.000% |
| Jul-04 | 6 | 296,419 | 964.92 | | 965 | 718 | 247 | 295,702 | 1.000% |
| Aug-04 | 7 | 295,702 | 964.92 | | 965 | 719 | 246 | 294,983 | 1.000% |
| Sep-04 | 8 | 294,983 | 964.92 | | 965 | 719 | 246 | 294,264 | 1.000% |
| Oct-04 | 9 | 294,264 | 964.92 | | 965 | 720 | 245 | 293,544 | 1.000% |
| Nov-04 | 10 | 293,544 | 964.92 | | 965 | 720 | 245 | 292,824 | 1.000% |
| Dec-04 | 11 | 292,824 | 964.92 | | 965 | 721 | 244 | 292,103 | 1.000% |
| Jan-05 | 12 | 292,103 | 964.92 | | 965 | 722 | 243 | 291,382 | 1.000% |
| Feb-05 | 13 | 291,382 | 1,037.29 | 72 | 1,110 | 722 | 243 | 290,587 | 1.000% |
| Mar-05 | 14 | 290,587 | 1,037.29 | 72 | 1,110 | 723 | 242 | 289,792 | 1.000% |
| Apr-05 | 15 | 289,792 | 1,037.29 | 72 | 1,110 | 723 | 241 | 288,996 | 1.000% |
| May-05 | 16 | 288,996 | 1,037.29 | 72 | 1,110 | 724 | 241 | 288,200 | 1.000% |
| Jun-05 | 17 | 288,200 | 1,037.29 | 72 | 1,110 | 725 | 240 | 287,403 | 1.000% |
| Jul-05 | 18 | 287,403 | 1,037.29 | 72 | 1,110 | 725 | 240 | 286,605 | 1.000% |
| Aug-05 | 19 | 286,605 | 1,037.29 | 72 | 1,110 | 726 | 239 | 285,806 | 1.000% |
| Sep-05 | 20 | 285,806 | 1,037.29 | 72 | 1,110 | 727 | 238 | 285,007 | 1.000% |
| Oct-05 | 21 | 285,007 | 1,037.29 | 72 | 1,110 | 727 | 238 | 284,207 | 1.000% |
| Nov-05 | 22 | 284,207 | 1,037.29 | 72 | 1,110 | 728 | 237 | 283,407 | 1.000% |
| Dec-05 | 23 | 283,407 | 1,037.29 | 72 | 1,110 | 729 | 236 | 282,606 | 1.000% |
| Jan-06 | 24 | 282,606 | 1,037.29 | 72 | 1,110 | 729 | 236 | 281,804 | 1.000% |
| Feb-06 | 25 | 281,804 | 1,115.09 | 150 | 1,265 | 730 | 235 | 280,924 | 1.000% |
| Mar-06 | 26 | 280,924 | 1,115.09 | 150 | 1,265 | 731 | 234 | 280,043 | 1.000% |
| Apr-06 | 27 | 280,043 | 1,115.09 | 150 | 1,265 | 732 | 233 | 279,161 | 1.000% |
| May-06 | 28 | 279,161 | 1,115.09 | 150 | 1,265 | 732 | 233 | 278,279 | 1.000% |
| Jun-06 | 29 | 278,279 | 1,115.09 | 150 | 1,265 | 733 | 232 | 277,395 | 1.000% |
| Jul-06 | 30 | 277,395 | 1,115.09 | 150 | 1,265 | 734 | 231 | 276,512 | 1.000% |
| Aug-06 | 31 | 276,512 | 1,115.09 | 150 | 1,265 | 734 | 230 | 275,627 | 1.000% |
| Sep-06 | 32 | 275,627 | 1,115.09 | 150 | 1,265 | 735 | 230 | 274,741 | 1.000% |
| Oct-06 | 33 | 274,741 | 1,115.09 | 150 | 1,265 | 736 | 229 | 273,855 | 1.000% |
| Nov-06 | 34 | 273,855 | 1,115.09 | 150 | 1,265 | 737 | 228 | 272,968 | 1.000% |
| Dec-06 | 35 | 272,968 | 1,115.09 | 150 | 1,265 | 737 | 227 | 272,081 | 1.000% |
| Jan-07 | 36 | 272,081 | 1,115.09 | 150 | 1,265 | 738 | 227 | 271,192 | 1.000% |
| Feb-07 | 37 | 271,192 | 1,198.72 | 234 | 1,433 | 739 | 226 | 270,220 | 1.000% |
| Mar-07 | 38 | 270,220 | 1,198.72 | 234 | 1,433 | 740 | 225 | 269,246 | 1.000% |
| Apr-07 | 39 | 269,246 | 1,198.72 | 234 | 1,433 | 741 | 224 | 268,272 | 1.000% |
| May-07 | 40 | 268,272 | 1,198.72 | 234 | 1,433 | 741 | 224 | 267,297 | 1.000% |
| Jun-07 | 41 | 267,297 | 1,198.72 | 234 | 1,433 | 742 | 223 | 266,321 | 1.000% |
| Jul-07 | 42 | 266,321 | 1,198.72 | 234 | 1,433 | 743 | 222 | 265,344 | 1.000% |
| Aug-07 | 43 | 265,344 | 1,198.72 | 234 | 1,433 | 744 | 221 | 264,366 | 1.000% |
| Sep-07 | 44 | 264,366 | 1,198.72 | 234 | 1,433 | 745 | 220 | 263,388 | 1.000% |
| Oct-07 | 45 | 263,388 | 1,198.72 | 234 | 1,433 | 745 | 219 | 262,409 | 1.000% |
| Nov-07 | 46 | 262,409 | 1,198.72 | 234 | 1,433 | 746 | 219 | 261,429 | 1.000% |
| Dec-07 | 47 | 261,429 | 1,198.72 | 234 | 1,433 | 747 | 218 | 260,448 | 1.000% |
| Jan-08 | 48 | 260,448 | 1,198.72 | 234 | 1,433 | 748 | 217 | 259,466 | 1.000% |
| Feb-08 | 49 | 259,466 | 1,288.62 | 324 | 1,612 | 749 | 216 | 258,394 | 1.000% |
| Mar-08 | 50 | 258,394 | 1,288.62 | 324 | 1,612 | 750 | 215 | 257,320 | 1.000% |
| Apr-08 | 51 | 257,320 | 1,288.62 | 324 | 1,612 | 750 | 214 | 256,246 | 1.000% |
| May-08 | 52 | 256,246 | 1,288.62 | 324 | 1,612 | 751 | 214 | 255,171 | 1.000% |
| Jun-08 | 53 | 255,171 | 1,288.62 | 324 | 1,612 | 752 | 213 | 254,095 | 1.000% |
| Jul-08 | 54 | 254,095 | 1,288.62 | 324 | 1,612 | 753 | 212 | 253,018 | 1.000% |
| Aug-08 | 55 | 253,018 | 1,288.62 | 324 | 1,612 | 754 | 211 | 251,941 | 1.000% |
| Sep-08 | 56 | 251,941 | 1,288.62 | 324 | 1,612 | 755 | 210 | 250,862 | 1.000% |
| Oct-08 | 57 | 250,862 | 1,288.62 | 324 | 1,612 | 756 | 209 | 249,782 | 1.000% |
| Nov-08 | 58 | 249,782 | 1,288.62 | 324 | 1,612 | 757 | 208 | 248,702 | 1.000% |
| Dec-08 | 59 | 248,702 | 1,288.62 | 324 | 1,612 | 758 | 207 | 247,620 | 1.000% |
| Jan-09 | 60 | 247,620 | 1,288.62 | 324 | 1,612 | 759 | 206 | 246,538 | 1.000% |

Table 2

## Loan Amortization

| Loan Amount | 300,000 | Scheduled Payment | 964.92 | | Loan Recast |
|---|---|---|---|---|---|
| Annual Interest Rate | 1.000% | Scheduled Number of Payments | 360 | | 115% |
| Loan Period in years | 30 | Actual Number of Payments | | | |
| # periods per year | 12 | Total Early Payments | | | |
| Start Date | 2/1/2004 | Total Interest | | | |

| Date | Pmt # | Beg Balance | Scheduled Payments | Extra Payments | Total Payment | Principal | Interest | Ending Balance | Interest Rates |
|---|---|---|---|---|---|---|---|---|---|
| Feb-04 | 1 | 300,000 | 964.92 | | 965 | 715 | 250 | 299,285 | 1.000% |
| Mar-04 | 2 | 299,285 | 964.92 | | 965 | 716 | 249 | 298,570 | 1.000% |
| Apr-04 | 3 | 298,570 | 964.92 | | 965 | 716 | 249 | 297,853 | 1.000% |
| May-04 | 4 | 297,853 | 964.92 | | 965 | 717 | 248 | 297,137 | 1.000% |
| Jun-04 | 5 | 297,137 | 964.92 | | 965 | 717 | 248 | 296,419 | 1.000% |
| Jul-04 | 6 | 296,419 | 964.92 | | 965 | 718 | 247 | 295,702 | 1.000% |
| Aug-04 | 7 | 295,702 | 964.92 | | 965 | 719 | 246 | 294,983 | 1.000% |
| Sep-04 | 8 | 294,983 | 964.92 | | 965 | 719 | 246 | 294,264 | 1.000% |
| Oct-04 | 9 | 294,264 | 964.92 | | 965 | 720 | 245 | 293,544 | 1.000% |
| Nov-04 | 10 | 293,544 | 964.92 | | 965 | 720 | 245 | 292,824 | 1.000% |
| Dec-04 | 11 | 292,824 | 964.92 | | 965 | 721 | 244 | 292,103 | 1.000% |
| Jan-05 | 12 | 292,103 | 964.92 | | 965 | 722 | 243 | 291,382 | 1.000% |
| Feb-05 | 13 | 291,382 | 1,037.29 | 72 | 1,037 | 794 | 243 | 290,515 | 1.000% |
| Mar-05 | 14 | 290,515 | 1,037.29 | 72 | 1,037 | 795 | 242 | 289,647 | 1.000% |
| Apr-05 | 15 | 289,647 | 1,037.29 | 72 | 1,037 | 796 | 241 | 288,779 | 1.000% |
| May-05 | 16 | 288,779 | 1,037.29 | 72 | 1,037 | 797 | 241 | 287,910 | 1.000% |
| Jun-05 | 17 | 287,910 | 1,037.29 | 72 | 1,037 | 797 | 240 | 287,040 | 1.000% |
| Jul-05 | 18 | 287,040 | 1,037.29 | 72 | 1,037 | 798 | 239 | 286,170 | 1.000% |
| Aug-05 | 19 | 286,170 | 1,037.29 | 72 | 1,037 | 799 | 238 | 285,298 | 1.000% |
| Sep-05 | 20 | 285,298 | 1,037.29 | 72 | 1,037 | 800 | 238 | 284,427 | 1.000% |
| Oct-05 | 21 | 284,427 | 1,037.29 | 72 | 1,037 | 800 | 237 | 283,554 | 1.000% |
| Nov-05 | 22 | 283,554 | 1,037.29 | 72 | 1,037 | 801 | 236 | 282,681 | 1.000% |
| Dec-05 | 23 | 282,681 | 1,037.29 | 72 | 1,037 | 802 | 236 | 281,806 | 1.000% |
| Jan-06 | 24 | 281,806 | 1,037.29 | 72 | 1,037 | 802 | 235 | 280,932 | 1.000% |
| Feb-06 | 25 | 280,932 | 1,115.09 | 150 | 1,115 | 881 | 234 | 279,900 | 1.000% |
| Mar-06 | 26 | 279,900 | 1,115.09 | 150 | 1,115 | 882 | 233 | 278,868 | 1.000% |
| Apr-06 | 27 | 278,868 | 1,115.09 | 150 | 1,115 | 883 | 232 | 277,836 | 1.000% |
| May-06 | 28 | 277,836 | 1,115.09 | 150 | 1,115 | 884 | 232 | 276,802 | 1.000% |
| Jun-06 | 29 | 276,802 | 1,115.09 | 150 | 1,115 | 884 | 231 | 275,767 | 1.000% |
| Jul-06 | 30 | 275,767 | 1,115.09 | 150 | 1,115 | 885 | 230 | 274,732 | 1.000% |
| Aug-06 | 31 | 274,732 | 1,115.09 | 150 | 1,115 | 886 | 229 | 273,695 | 1.000% |
| Sep-06 | 32 | 273,695 | 1,115.09 | 150 | 1,115 | 887 | 228 | 272,658 | 1.000% |
| Oct-06 | 33 | 272,658 | 1,115.09 | 150 | 1,115 | 888 | 227 | 271,620 | 1.000% |
| Nov-06 | 34 | 271,620 | 1,115.09 | 150 | 1,115 | 889 | 226 | 270,581 | 1.000% |
| Dec-06 | 35 | 270,581 | 1,115.09 | 150 | 1,115 | 890 | 225 | 269,542 | 1.000% |
| Jan-07 | 36 | 269,542 | 1,115.09 | 150 | 1,115 | 890 | 225 | 268,501 | 1.000% |
| Feb-07 | 37 | 268,501 | 1,198.72 | 234 | 1,199 | 975 | 224 | 267,292 | 1.000% |
| Mar-07 | 38 | 267,292 | 1,198.72 | 234 | 1,199 | 976 | 223 | 266,082 | 1.000% |
| Apr-07 | 39 | 266,082 | 1,198.72 | 234 | 1,199 | 977 | 222 | 264,872 | 1.000% |
| May-07 | 40 | 264,872 | 1,198.72 | 234 | 1,199 | 978 | 221 | 263,660 | 1.000% |
| Jun-07 | 41 | 263,660 | 1,198.72 | 234 | 1,199 | 979 | 220 | 262,447 | 1.000% |
| Jul-07 | 42 | 262,447 | 1,198.72 | 234 | 1,199 | 980 | 219 | 261,233 | 1.000% |
| Aug-07 | 43 | 261,233 | 1,198.72 | 234 | 1,199 | 981 | 218 | 260,018 | 1.000% |
| Sep-07 | 44 | 260,018 | 1,198.72 | 234 | 1,199 | 982 | 217 | 258,803 | 1.000% |
| Oct-07 | 45 | 258,803 | 1,198.72 | 234 | 1,199 | 983 | 216 | 257,586 | 1.000% |
| Nov-07 | 46 | 257,586 | 1,198.72 | 234 | 1,199 | 984 | 215 | 256,368 | 1.000% |
| Dec-07 | 47 | 256,368 | 1,198.72 | 234 | 1,199 | 985 | 214 | 255,149 | 1.000% |
| Jan-08 | 48 | 255,149 | 1,198.72 | 234 | 1,199 | 986 | 213 | 253,929 | 1.000% |
| Feb-08 | 49 | 253,929 | 1,288.62 | 324 | 1,289 | 1,077 | 212 | 252,528 | 1.000% |
| Mar-08 | 50 | 252,528 | 1,288.62 | 324 | 1,289 | 1,078 | 210 | 251,126 | 1.000% |
| Apr-08 | 51 | 251,126 | 1,288.62 | 324 | 1,289 | 1,079 | 209 | 249,723 | 1.000% |
| May-08 | 52 | 249,723 | 1,288.62 | 324 | 1,289 | 1,081 | 208 | 248,319 | 1.000% |
| Jun-08 | 53 | 248,319 | 1,288.62 | 324 | 1,289 | 1,082 | 207 | 246,914 | 1.000% |
| Jul-08 | 54 | 246,914 | 1,288.62 | 324 | 1,289 | 1,083 | 206 | 245,507 | 1.000% |
| Aug-08 | 55 | 245,507 | 1,288.62 | 324 | 1,289 | 1,084 | 205 | 244,100 | 1.000% |
| Sep-08 | 56 | 244,100 | 1,288.62 | 324 | 1,289 | 1,085 | 203 | 242,691 | 1.000% |
| Oct-08 | 57 | 242,691 | 1,288.62 | 324 | 1,289 | 1,086 | 202 | 241,281 | 1.000% |
| Nov-08 | 58 | 241,281 | 1,288.62 | 324 | 1,289 | 1,088 | 201 | 239,869 | 1.000% |
| Dec-08 | 59 | 239,869 | 1,288.62 | 324 | 1,289 | 1,089 | 200 | 238,457 | 1.000% |
| Jan-09 | 60 | 238,457 | 1,288.62 | 324 | 1,289 | 1,090 | 199 | 237,043 | 1.000% |