# EXHIBIT DD

### COUNTRYWIDE
INTEROFFICE MEMORANDUM

**DATE:**     September 13, 2002

**TO:**       Sharon Masters, Sr. Lender Analyst

**FROM:**     Rupa Singh

**SUBJECT:**  Release of Guarantee (Personal)
             #5592 Mason Dixon Funding.

---

**DETAILS OF GUARANTEE:**

Mason Dixon Funding, INC, SELLER #5592, was approved in 1999. Their approval was contingent upon them signing a Personal Guarantee as they did not meet CHL's minimum networth requirements, their TNW was only $250k. Four Guarantors' signed the Guarantee. The Guarantee limit was $2 Million and TNW for Guarantor's as of 03/31/2000 is $53,030. *We have removed their TPO Approval. They aren't using*

Seller sent in a written request on August 27, 2002 requesting a release from the Guarantee as their current audited TNW as of 12/31/01 is $1,035.
All four Guarantors' have signed the Release of Guarantee.

Please let me know if you need additional information. Please sign below if you approve.

Name: _____   Date: 9/13/02

Name: _____   Date: 9/16/02

                                 9/17/02

1

CHL051304

CK-7907          MASON DIXON FUNDING #55          Confirm reason for changes

RM: GARY ROSENBERGER          PAM: BRIDGET WILLIAMS

ROCKVILLE, MD          Status: Active as of 06/24/1999

| | | | |
|---|---|---|---|
| Govt. Grade: 0 | Sel. Level: 20 | Exp. Date: 06/24/2000 | 06/2002 Report |
| MN Adj Grp: M5592 - Mason Dixon Funding - | | BE Adj Grp: B5592 - Mason Dixon Funding - Price Adj. | |
| SRP Adj Grp: TAMI Group | | | |
| SRP Group: STANDARD SRP | Trade: No | HELOC: Yes | FHA: Full Approval          VA: Full Approval |

### Financial Data (in 000s) *Audited, unless otherwise indicated*

| Financial Type | As of Date | TNW | GTNW | Net Income (Loss) | Working Capital |
|---|---|---|---|---|---|
| Current | 12/31/2001 | $1,035 | $1,035 | $439 | $775 |
| Previous | 12/31/2000 | $662 | $662 | ($224) | $582 |

Date Last Funded:    June, 2002          Retail%:  100%          TPO%:  0%

| Production Summary | CA | CF | JA | JF | EXP | GA | GF | Bond | 2nds | Sub | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **04/2002 - 06/2002 ($000s)** | | | | | | | | | | | |
| Fundings : | 159 | 2,285 | 649 | 1,132 | 2,690 | 0 | 0 | 0 | 1,976 | 0 | 8,891 |
| Avg Fico: | 758 | 716 | 701 | 739 | 672 | 0 | 0 | 0 | 732 | 0 | 716 |
| % below 620: | 0% | 7% | 0% | 0% | 7% | 0% | 0% | 0% | 0% | 0% | 3% |
| NEC $: | 0.806 | 20.698 | 6.111 | 18.168 | 44.707 | 0.000 | 0.000 | 0.000 | 60.058 | 0.000 | 150.547 |
| NEC %: | 0.51% | 0.91% | 0.94% | 1.60% | 1.66% | 0.00% | 0.00% | 0.00% | 3.04% | 0.00% | 1.69% |

| Historical Production Information ($000s) | | | | 2002 YTD Rank: #235 out of 1191 funding sellers | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2002 YTD | 159 | 6,619 | 1,700 | 3,296 | 5,136 | 0 | 80 | 0 | 3,484 | 0 | 20,474 |
| 2001 | 1,467 | 15,517 | 710 | 6,631 | 10,577 | 0 | 3,839 | 0 | 3,248 | 553 | 42,542 |
| 2000 | 472 | 5,239 | 851 | 574 | 975 | 1,611 | 2,741 | 0 | 110 | 172 | 12,744 |

| Commitment Pipeline as of 06/28/2002: | 0 | 860 | 400 | 431 | 2,644 | 0 | 0 | N/A | 103 | 235 | 4,672 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Open Repurchases as of 07/11/2002 | | | | Pre-purchase Review Statistics | | | |
|---|---|---|---|---|---|---|---|
| | Count | UPB | Est. Loss | Month | Selected | Denied / Canceled | % |
| Determined Uninsurable | 0 | 0 | 0 | | | | |
| Delinquent Uninsured | 0 | 0 | 0 | 04/2002 | 16 | 0 | 0% |
| Current Uninsured | 0 | 0 | 0 | | | | |
| VA No Bid | 0 | 0 | 0 | 05/2002 | 17 | 0 | 0% |
| Investor Repurchase | 0 | 0 | 0 | | | | |
| QC/Monetary Default - Seller | 0 | 0 | 0 | 06/2002 | 11 | 0 | 0% |
| QC/Monetary Default-3rd Party | 0 | 0 | 0 | | | | |
| Monetary Default | 0 | 0 | 0 | | | | |
| QC - Seller | 0 | 0 | 0 | 3-month total | 44 | 0 | 0% |
| QC - 3rd Party | 0 | 0 | 0 | | | | |
| Open Repur. Totals | 0 | $0 | $0 | 6-month total | 112 | 1 | 1% |
| Indemnifications - Memo | 0 | $0 | $0 | | | | |
| Write Offs - Memo | 0 | $0 | $0 | | | | |

| Accounts Receivable as of 07/08/2002: | Funding: $0 | Non Funding: $1,555 | Total: $1,555 |
|---|---|---|---|

| Less than 30: | 30 to 60: | 61 to 90: | Over 90: | Total ARs |
|---|---|---|---|---|
| $765 | $790 | $0 | $0 | $1,555 |

INTERNAL USE ONLY - DO NOT DISTRIBUTE TO OUTSIDE PARTIES

CHL051305

# MASON DIXON FUNDING # 55

## RM: GARY ROSENBERGER
## PAM: BRIDGET WILLIAMS

ROCKVILLE, MD

Status: Active as of 06/24/1999

| Open Deficiency Issues as of 06/27/2002 | | | | | | | | | Outstanding Docs as of 06/30/2002 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age in Days<br>Source | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | >360 | Totals | Age in Months<br>Doc Type | 0 - 4 | 5 - 8 | 9 - 12 | > 12 | Totals |
| Collateral | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | Title Policy | 51 | 25 | 5 | 1 | 82 |
| Doc Control | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Deed of Trust | 97 | 22 | 6 | 5 | 130 |
| Master File | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | MIC/LGC Endorsed | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | MIC/LGC Unendorsed | 0 | 0 | 0 | 0 | 0 |
| Shipping | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Assignment To CHL | 65 | 36 | 16 | 11 | 128 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Assignment To Seller/Other | 46 | 5 | 0 | 0 | 51 |
| Grand Totals | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | Grand Totals | 259 | 88 | 27 | 17 | 391 |

## Uninsured Loans as of 06/30/2002

| Status | Age in Days | 1 - 15 | 16 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 180 | 181 - 270 | 271 - 360 | >360 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MIP Not Paid | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Package Not Submitted | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Notice of Rejection (NOR) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Awaiting Endorsement | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FHA Delinquent | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VA Delinquent | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grand Totals | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Prime Delinquency Reports - Information as of 06/30/2002   ( UPB$ in thousands)

| | 13-Month Production | | | | | | Total Portfolio | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Type | Total Count | UPB $ (in 000s) | Actual Dlq % | Age Adjusted CLD Dlq % | % of CLD Dlq % (Avg=100) | Product Type | Total Count | UPB $ (in 000s) | Actual Dlq % | Age Adjusted CLD Dlq % | % of CLD Dlq % (Avg=100) |
| CA | 5 | 1,068 | 0.00 | 0.72 | 0.0 | CA | 5 | 1,068 | 0.00 | 0.72 | 0.0 |
| CF | 92 | 15,705 | 0.00 | 1.35 | 0.0 | CF | 124 | 20,892 | 0.81 | 1.66 | 48.7 |
| JA | 5 | 2,402 | 0.00 | 1.42 | 0.0 | JA | 5 | 2,402 | 0.00 | 1.42 | 0.0 |
| JF | 84 | 19,231 | 0.00 | 2.52 | 0.0 | JF | 92 | 21,161 | 0.00 | 2.80 | 0.0 |
| GA | 0 | 0 | 0.00 | 0.00 | NA | GA | 9 | 1,110 | 33.33 | 23.69 | 140.7 |
| GF | 22 | 2,999 | 4.55 | 7.82 | 58.1 | GF | 53 | 6,892 | 26.42 | 17.28 | 152.8 |
| CES | 37 | 1,352 | 2.70 | 0.91 | 296.8 | CES | 54 | 1,915 | 1.85 | 8.03 | 159.5 |
| Overall | 245 | 42,757 | 0.82 | | 50.0* | Overall | 342 | 55,440 | 5.56 | | 70.2* |

* Weighted based on seller's product mix (ex HELOC, Bond & BC);  CLD Exp Dlq % is the CLD average for given product types with same loan age as seller's.

* Weighted based on seller's product mix (ex HELOC, Bond & BC);  CLD Exp Dlq % is the CLD average for given product types with same loan age as seller's.

## Subprime Delinquency Reports - Information as of 06/30/2002   ( UPB$ in thousands)

| | 13-Month Production | | | | | | Total Portfolio | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Risk Grade | Total Count | UPB $ (in 000s) | Actual Dlq % | Age Adjusted CLD Dlq % | % of CLD Dlq % (Avg=100) | Risk Grade | Total Count | UPB $ (in 000s) | Actual Dlq % | Age Adjusted CLD Dlq % | % of CLD Dlq % (Avg=100) |
| A | 1 | 279 | 0.0 | 5.1 | 0.0 | A | 1 | 279 | 0.0 | 5.1 | 0.0 |
| A- | 0 | 0 | 0.0 | 0.0 | NA | A- | 0 | 0 | 0.0 | 0.0 | NA |
| B | 0 | 0 | 0.0 | 0.0 | NA | B | 0 | 0 | 0.0 | 0.0 | NA |
| C | 0 | 0 | 0.0 | 0.0 | NA | C | 0 | 0 | 0.0 | 0.0 | NA |
| D | 0 | 0 | 0.0 | 0.0 | NA | D | 0 | 0 | 0.0 | 0.0 | NA |
| Overall | 1 | 279 | 0.0 | | 0.0* | Overall | 1 | 279 | 0.0 | | 0.0* |

* Weighted based on seller's product mix by Risk Grade

* Weighted based on seller's product mix by Risk Grade

## Other Delinquency Reports - Information as of 06/28/2002   ( UPB$ in thousands)

| | 13-Month Production | | | | | | Total Portfolio | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Type | Total Count | UPB $ (in 000s) | Actual Dlq % | Age Adjusted CLD Dlq % | % of CLD Dlq % (Avg=100) | Product Type | Total Count | UPB $ (in 000s) | Actual Dlq % | Age Adjusted CLD Dlq % | % of CLD Dlq % (Avg=100) |
| HELOC | 64 | 3,305 | 0.00 | 0.24 | 0.0 | HELOC | 64 | 3,305 | 0.00 | 0.24 | 0.0 |
| BOND | 0 | 0 | 0.00 | 0.00 | NA | BOND | 0 | 0 | 0.00 | 0.00 | NA |

INTERNAL USE ONLY - DO NOT DISTRIBUTE TO OUTSIDE PARTIES

CHL051306



**CORRESPONDENT LENDING**

## Individual Needs. Individual Solutions. ℠

8511 Fallbrook Ave Flr 3, West Hills, CA  91304        (818) 316-8000    Fax (818) 316-8712

April 15, 2004

Cary Reines
Sr. Vice President
Mason Dixon Funding
700 King Farm Blvd., Suite 150
Rockville, MD  20850-5736

Dear Mr. Reines:

As an incentive to increase the amount of monthly production with Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide"), we are pleased to offer to Mason Dixon Funding the following volume incentive.  If Mason Dixon Funding funds with Countrywide a minimum of $25,000,000 in loan production per quarter the following rebate terms shall apply:

- Countrywide will pay Mason Dixon Funding a quarterly volume incentive of .05% on all Conventional loans (see Exhibit A, attached) purchased by Countrywide.

- Countrywide will pay Mason Dixon Funding a quarterly volume incentive of .35% on all Expanded loans (see Exhibit A, attached) purchased by Countrywide.

This contract will begin on March 1, 2004 and end on May 31, 2004.  This incentive agreement shall be of no force or effect unless it is signed by Seller and returned to Countrywide on or before April 23, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Mason Dixon Funding breach any terms or conditions of the LPA, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Mason Dixon Funding   Any bonus earned under this contract will be paid 30 days following the end of the quarter.

We look forward to a mutually beneficial and prosperous relationship.

Sincerely,                                  Mason Dixon Funding


Michael B. Quinn                   By: _____
Senior Vice President
                                          Date: _Apri/ 21, 2004_

cc:    Joseph Kresser, Bridget Williams

CHL051307

Mason Dixon

4/1/04

## EXHIBIT A
### Conventional Programs to Receive Rebate

## Conf Fixed

Conf 10
Conf 15
Conf 15 Afford Gold 97
Conf 15 Alt 97
Conf 15 CalSTRS No Points & Fees
Conf 15 eEasy Rate Reduction
Conf 15 Exp Appr'l Level 1
Conf 15 Exp Appr'l Level 2
Conf 15 Exp Appr'l Level 3
Conf 15 eZ Access
Conf 15 Fast-Easy
Conf 15 FHLMC 100
Conf 15 Flex 100
Conf 15 Flex 97
Conf 15 Rate Reduc Rew'd Level 2
Conf 15 Rate Reduc Rew'd Level 3
Conf 20
Conf 20 Afford Gold 97
Conf 20 Alt 97
Conf 20 Fast-Easy
Conf 20 FHLMC 100
Conf 20 Flex 97
Conf 30
Conf 30 Afford Gold 97
Conf 30 Alt 97
Conf 30 CalSTRS No Points & Fees
Conf 30 eEasy Rate Reduction
Conf 30 Exp Appr'l Level 1
Conf 30 Exp Appr'l Level 2
Conf 30 Exp Appr'l Level 3
Conf 30 eZ Access
Conf 30 Fast-Easy
Conf 30 Fast-Easy Interest First (10/20)
Conf 30 Fast-Easy Prepay
Conf 30 FHLMC 100
Conf 30 Flex 100
Conf 30 Flex 97
Conf 30 FNMA MyCommunity 100 Plus
Conf 30 Interest First (10/20)
Conf 30 Interest First (15/15)
Conf 30 Prepay
Conf 30 Rate Reduc Rew'd Level 2
Conf 30 Rate Reduc Rew'd Level 3
Conf 30 Rural Housing
Conf 30 Rural Housing Direct Leverage
Conf 30 Self Help
Conf 30/ 5 Balloon
Conf 30/ 7 Balloon

## Conf FixedPeriod ARM

Conf ARM 3/1 - 1y LIB
Conf ARM 3/1 Fast-Easy - 1y LIB
Conf ARM 3/1 Fast-Easy Int First - 1y LIB
Conf ARM 3/1 Fast-Easy Prepay 1yLIB
Conf ARM 3/1 Fast-Easy Prepay UST
Conf ARM 3/1 Fast-Easy UST
Conf ARM 3/1 Negotiated Caps UST
Conf ARM 3/1 Prepay - 1y LIB
Conf ARM 3/1 Prepay UST
Conf ARM 3/1 UST
Conf ARM 3/1 w/2-2-5 Caps UST
Conf ARM 5/1 2-2-6Caps Fast-Easy Prepay UST
Conf ARM 5/1 2-2-6Caps Fast-Easy Prepay1yLIB
Conf ARM 5/1 w/2-2-6 Caps - 1y LIB
Conf ARM 5/1 w/2-2-6 Caps Fast-Easy - 1y LIB
Conf ARM 5/1 w/2-2-6 Caps Fast-Easy UST
Conf ARM 5/1 w/2-2-6 Caps Int First - 1y LIB
Conf ARM 5/1 w/2-2-6 Caps Prepay - 1y LIB
Conf ARM 5/1 w/2-2-6 Caps Prepay UST
Conf ARM 5/1 w/2-2-6 Caps UST
Conf ARM 5/1 w/5-2-5 Caps - 1y LIB
Conf ARM 5/1 w/5-2-5 Caps Fast-Easy - 1y LIB
Conf ARM 5/1 w/5-2-5 Caps FE Int First 1yLIB
Conf ARM 5/1 w/5-2-5 Caps Prepay - 1y LIB
Conf ARM 5/1 w/5-2-5 Caps UST
Conf ARM 7/1 - 1y LIB
Conf ARM 7/1 Fast-Easy - 1y LIB
Conf ARM 7/1 Fast-Easy Int First - 1y LIB
Conf ARM 7/1 Fast-Easy Prepay 1yLIB
Conf ARM 7/1 Fast-Easy Prepay UST
Conf ARM 7/1 Fast-Easy UST
Conf ARM 7/1 Interest First - 1y LIB
Conf ARM 7/1 Prepay - 1y LIB
Conf ARM 7/1 Prepay UST
Conf ARM 7/1 UST
Conf ARM 10/1 - 1y LIB
Conf ARM 10/1 Fast-Easy - 1y LIB
Conf ARM 10/1 Fast-Easy Int First - 1y LIB
Conf ARM 10/1 Fast-Easy UST
Conf ARM 10/1 Interest First - 1y LIB
Conf ARM 10/1 Prepay - 1y LIB
Conf ARM 10/1 Prepay UST
Conf ARM 10/1 UST

CHL051308

Mason Dixon                                                                                          4/1/04

**EXHIBIT A**
**Conventional Programs to Receive Rebate**

## Non Conf Fixed

NonConf 10
NonConf 15
NonConf 15 Fast-Easy
NonConf 20
NonConf 20 Fast-Easy
NonConf 30
NonConf 30 Fast-Easy
NonConf 30 Fast-Easy Interest Only (10/20)
NonConf 30 Fast-Easy Prepay
NonConf 30 Housing Finance Agency
NonConf 30 Interest Only (10/20)
NonConf 30 Interest Only (10/20) Prepay
NonConf 30 Prepay

## NonConf FixedPer ARM

NonConf ARM 3/1 - 1y LIB
NonConf ARM 3/1 Fast-Easy - 1y LIB
NonConf ARM 3/1 Fast-Easy IO - 1y LIB
NonConf ARM 3/1 Interest Only - 1y LIB
NonConf ARM 3/1 Prepay - 1y LIB
NonConf ARM 3/1 Prepay UST
NonConf ARM 3/1 UST
NonConf ARM 3/1 w/2-5 Caps UST
NonConf ARM 5/1 - 1y LIB
NonConf ARM 5/1 Fast-Easy - 1y LIB
NonConf ARM 5/1 Fast-Easy IO - 1y LIB
NonConf ARM 5/1 Interest Only - 1y LIB
NonConf ARM 5/1 Prepay - 1y LIB
NonConf ARM 5/1 Prepay UST
NonConf ARM 5/1 UST
NonConf ARM 5/1 w/2-2-5 Caps UST
NonConf ARM 7/1 - 1y LIB
NonConf ARM 7/1 Fast-Easy - 1y LIB
NonConf ARM 7/1 Fast-Easy IO - 1y LIB
NonConf ARM 7/1 Interest Only - 1y LIB
NonConf ARM 7/1 UST
NonConf ARM 7/1 w/2-2-5 Caps UST
NonConf ARM 10/1 - 1y LIB
NonConf ARM 10/1 Fast-Easy - 1y LIB
NonConf ARM 10/1 Fast-Easy IO - 1y LIB
NonConf ARM 10/1 Interest Only - 1y LIB
NonConf ARM 10/1 UST
NonConf ARM 10/1 w/2-2-5 Caps UST

CHL051309

Mason Dixon                                                                        4/1/04

**EXHIBIT A**
**Expanded Programs to Receive Rebate**

**Conf Exp**

Conf Exp Criteria 15
Conf Exp Criteria 30
Conf Exp Criteria 30 Prepay

**Exp ARM**

Exp Criteria ARM  3/1 - 1y LIB
Exp Criteria ARM  3/1 Interest Only - 1y LIB
Exp Criteria ARM  3/1 Prepay - 1y LIB
Exp Criteria ARM  3/1 Prepay IO - 1y LIB
Exp Criteria ARM  3/1 UST
Exp Criteria ARM  5/1 - 1y LIB
Exp Criteria ARM  5/1 Interest Only - 1y LIB
Exp Criteria ARM  5/1 Prepay - 1y LIB
Exp Criteria ARM  5/1 Prepay IO - 1y LIB
Exp Criteria ARM  5/1 UST
Exp Criteria ARM  7/1 - 1y LIB
Exp Criteria ARM  7/1 Interest Only - 1y LIB
Exp Criteria ARM  7/1 Prepay IO - 1y LIB
Exp Criteria ARM  7/1 UST
Exp Criteria ARM 10/1 - 1y LIB
Exp Criteria ARM 10/1 Interest Only - 1y LIB
Exp Criteria ARM 10/1 Prepay IO - 1y LIB
Exp Criteria ARM 10/1 UST

**Non Conf Exp ARM**

NonConf Exp Criteria ARM  5/1 - 1y LIB
NonConf Exp Criteria ARM 1y LIB
NonConf Exp Criteria ARM 1y UST (Plan 4)

**Non Conf Exp Fixed**

NonConf Exp Criteria 15
NonConf Exp Criteria 15 SISA
NonConf Exp Criteria 30
NonConf Exp Criteria 30 Prepay
NonConf Exp Criteria 30 SISA
NonConf Exp Criteria 30 SISA Prepay

Page 3

CHL051310

AUG. 27 02 TEL:3019219366    P. 002



# MASON ✦ DIXON
## FUNDING INC.

August 27, 2002

Paula Rieckermann                                      Via Fax: 818.316.8881
Senior Business Analyst
Lender Evaluation Department
Countrywide Home Loans, Inc.
8511 Fallbrook Avenue MS: WH-51K
West Hills, California 91304                           Re: #5592

Dear Ms. Rieckerman:

Please accept this letter as a formal request to be have the following individuals released from all Personal Guarantees in connection with an Agreement dated 6/23/99 between Mason Dixon Funding, Inc. and Countrywide Home Loans, Inc:

- Walter H. Magruder Jr., Kenneth Kasnett; Richard W. Guber; and Cary Reines

I would appreciate if you could send me a letter formalizing this release. Thank you in advance for your cooperation in this matter.

Sincerely,

Richard W. Guber
Executive Vice President

chlguaranteerelease

Licensed Mortgage Bankers Serving Maryland, Virginia, Delaware, North Carolina and the District of Columbia
A Member of the Magruder Companies Established 1969
"We deliver mortgage solutions"

CHL051311

## RELEASE OF GUARANTEE

Reference is hereby made to that certain Guarantee, dated June 23,1999, by and among Countrywide Home Loans, Inc. ("Countrywide") and Walter H.MagruderJr, Kenneth Kasnet, Richard W.Guber, Cary Reines ("Guarantors").

Pursuant to Paragraph 18 of the Addendum, Countrywide hereby releases Guarantor from any and all rights, liabilities and obligations under the Guarantee and that certain Loan Purchase Agreement, dated June 23, 1999 and originally entered into by and between Countrywide and Mason Dixon Funding, Inc. ("Correspondent"), including all the Commitments, Amendments, Addenda, and Assignments thereto (collectively, the "Loan Purchase Agreement"). It is expressly agreed and understood by and among all parties to the Guarantee that Countrywide's release of Guarantor is conditioned upon its receipt of the fully executed Release of Guarantee enclosed herewith, and Countrywide's release of Guarantor is made in reliance upon the representations of Correspondent as set forth in that certain letter from Correspondent to Countrywide, dated August 27, 2002.

Correspondent and Guarantor further agree that, in connection with the foregoing, Countrywide shall have the right, upon reasonable notice and no more than four in any twelve month period, to conduct an independent audit or review of Correspondent, including volume projections, during Correspondent's normal business hours.

It is expressly understood that this release does not in any way affect any of Correspondent's rights, liabilities or obligations under, or any of the terms and conditions of, the Loan Purchase Agreement. Except as expressly set forth herein, all terms and conditions of the Loan Purchase Agreement shall remain in full force and effect.

ACKNOWLEDGED AND AGREED TO AS OF THE DATE ABOVE FIRST WRITTEN:

(Correspondent): Mason Dixon Funding, Inc

By: _____   By: _____
    Walter H.Magruder, JR.            Kenneth Kasnet.

By: _____   By: _____
    Richard W. Guber.                 Cary Reines

Countrywide Home Loans:

By: _____

Its: _____

CHL051312



**CORRESPONDENT LENDING**

## Individual Needs. Individual Solutions. ℠

8511 Fallbrook Ave Flr 3, West Hills, CA 91304     (818) 316-8000    Fax (818) 316-8712

August 17, 2004

Mr. Steve Hultquist
Aegis Mortgage Corp.
3250 Briarpark, Ste. 400
Houston, TX 77042

Dear Mr. Hultquist,

As an incentive to help your expansion of our Specialty ARM product line, Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide") is pleased to offer to Aegis Mortgage Corp. the following supplemental pricing. This incentive replaces the incentive dated August 12, 2004.

- Countrywide will pay Aegis Mortgage Corp. a monthly volume incentive of .25% on all NonConf ARM 1m COFI PayOption, NonConf ARM 1m COFI PayOption Prepay, NonConf ARM 1m MTA PayOption, NonConf ARM 1m MTA PayOption Prepay, NonConf ARM 3m COFI PayOption, NonConf ARM 3m COFI PayOption Prepay, NonConf ARM 3m MTA PayOption, and NonConf ARM 3m MTA PayOption Prepay loans purchased by Countrywide during the term of this agreement.

- Countrywide will pay Aegis Mortgage Corp. a monthly volume incentive of .50% on all NonConf ARM 1m LIB PayOption, NonConf ARM 1m LIB PayOption Prepay, NonConf ARM 3m LIB PayOption, and NonConf ARM 3m LIB PayOption Prepay loans purchased by Countrywide during the term of this agreement.

This contract will begin on August 1, 2004 and end on December 31, 2004. This incentive agreement shall be of no force or effect unless it is signed by Aegis Mortgage Corp. and returned to Countrywide on or before August 27, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Aegis Mortgage Corp. breach any terms or conditions of the Loan Purchase Agreement, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Aegis Mortgage Corp. Any bonus earned under this contract will be paid 30 days following the end of the month.

We look forward to a mutually beneficial and prosperous relationship.

Sincerely,

Michael B. Quinn
Senior Vice President

Aegis Mortgage Corp.

By: _____

Date: _august 18, 2004_

cc:     Rex Adams, Abbie Tidmore



**CORRESPONDENT LENDING**

### Individual Needs. Individual Solutions.℠

8511 Fallbrook Ave Flr 3, West Hills, CA 91304     (818) 316-8000   Fax (818) 316-8712

August 12, 2004

Mr. Steve Hultquist
Aegis Mortgage Corp.
3250 Briarpark, Ste. 400
Houston, TX 77042

Dear Mr. Hultquist,

As an incentive to help your expansion of our Specialty ARM product line, Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide") is pleased to offer to Aegis Mortgage Corp. the following supplemental pricing:

- Countrywide will pay Aegis Mortgage Corp. a monthly volume incentive of .125% on all NonConf ARM 1m COFI PayOption, NonConf ARM 1m COFI PayOption Prepay, NonConf ARM 1m MTA PayOption, and NonConf ARM 1m MTA PayOption Prepay loans purchased by Countrywide during the term of this agreement.

- Countrywide will pay Aegis Mortgage Corp. a monthly volume incentive of .25% on all NonConf ARM 3m COFI PayOption, NonConf ARM 3m COFI PayOption Prepay, NonConf ARM 3m MTA PayOption, and NonConf ARM 3m MTA PayOption Prepay loans purchased by Countrywide during the term of this agreement.

- Countrywide will pay Aegis Mortgage Corp. a monthly volume incentive of .375 on all NonConf ARM 1m LIB PayOption, NonConf ARM 1m LIB PayOption Prepay, NonConf ARM 3m LIB PayOption, and NonConf ARM 3m LIB PayOption Prepay loans purchased by Countrywide during the term of this agreement.

This contract will begin on August 1, 2004 and end on December 31, 2004. This incentive agreement shall be of no force or effect unless it is signed by Aegis Mortgage Corp. and returned to Countrywide on or before August 23, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Aegis Mortgage Corp. breach any terms or conditions of the Loan Purchase Agreement, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Aegis Mortgage Corp. Any bonus earned under this contract will be paid 30 days following the end of the quarter.

We look forward to a mutually beneficial and prosperous relationship.

Sincerely,

Michael B. Quinn
Senior Vice President

cc:     Rex Adams, Abbie Tidmore

Aegis Mortgage Corp.

By: _____

Date: _____

CHL046228

# ⌂ **Countrywide**®

**CORRESPONDENT LENDING**

### Individual Needs. Individual Solutions.℠

8511 Fallbrook Ave Flr 3, West Hills, CA  91304        (818) 316-8000    Fax (818) 316-8712

August 11, 2004

Mr. Tim Miller
Resource Bank
2901 South Lynnhaven Rd.
Suite 240
Virginia Beach, VA  23452

Dear Mr. Miller,

As an incentive to increase the amount of monthly production with Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide"), we are pleased to offer to Resource Bank the following supplemental pricing:

- If Resource Bank fund with Countrywide a minimum of $2,000,000 and up to $10,000,000 per month of NonConf ARM 1m LIB PayOption and  NonConf ARM 3m LIB PayOption loans, Countrywide will pay Resource Bank a volume incentive of .25% on all NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption  loans purchased by Countrywide.

- If Resource Bank fund with Countrywide a minimum of $10,000,000 per month of NonConf ARM 1m LIB PayOption and  NonConf ARM 3m LIB PayOption loans, Countrywide will pay Resource Bank a volume incentive of .375% on all NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption  loans purchased by Countrywide.

This contract will begin on September 1, 2004 and end on November 30, 2004.  This incentive agreement shall be of no force or effect unless it is signed by Resource Bank and returned to Countrywide on or before August 20, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Resource Bank breach any terms or conditions of the Loan Purchase Agreement, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Resource Bank.  Any bonus earned under this contract will be paid 30 days following the end of each month.

We look forward to a mutually beneficial and prosperous relationship.

Sincerely,                                                    Resource Bank

Michael B. Quinn                                       By: _____
Senior Vice President
                                                                    Date: _____

cc:      Joseph Kresser
          Bridget Williams
          Pete Tamoney

CHL053399

# 🏠 **Countrywide**®

**CORRESPONDENT LENDING**

### Individual Needs. Individual Solutions.℠

8511 Fallbrook Ave Flr 3, West Hills, CA 91304 (818) 316-8000 Fax (818) 316-8712

August 11, 2004

Mr. Tim Miller
Resource Bank
2901 South Lynnhaven Rd.
Suite 240
Virginia Beach, VA 23452

Dear Mr. Miller,

As an incentive to increase the amount of monthly production with Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide"), we are pleased to offer to Resource Bank the following supplemental pricing:

- If Resource Bank fund with Countrywide a minimum of $2,000,000 and up to $10,000,000 per month of NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption loans, Countrywide will pay Resource Bank a volume incentive of .25% on all NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption loans purchased by Countrywide.

- If Resource Bank fund with Countrywide a minimum of $10,000,000 per month of NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption loans, Countrywide will pay Resource Bank a volume incentive of .375% on all NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption loans purchased by Countrywide.

This contract will begin on September 1, 2004 and end on November 30, 2004. This incentive agreement shall be of no force or effect unless it is signed by Resource Bank and returned to Countrywide on or before August 20, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Resource Bank breach any terms or conditions of the Loan Purchase Agreement, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Resource Bank. Any bonus earned under this contract will be paid 30 days following the end of each month.

We look forward to a mutually beneficial and prosperous relationship.

Sincerely,                                                Resource Bank

Michael B. Quinn                                   By: _____
Senior Vice President
                                                         Date: _____

cc:    Joseph Kresser
       Bridget Williams
       Pete Tamoney

CHL053400



**CORRESPONDENT LENDING**

**Individual Needs. Individual Solutions.** ℠

August 11, 2004

Mr. Tim Miller
Resource Bank
2901 South Lynnhaven Rd.
Suite 240
Virginia Beach, VA  23452

Dear Mr. Miller:

We are pleased to offer you the enclosed volume incentive. Please sign both agreements, keep a fully executed original for your records and return the other fully executed original to me with the enclosed return slip.

Should you have any questions or concerns, please feel free to call me at 1-800-669-6680 ext. 7490.

Sincerely,

Sharon Masters
Countrywide Correspondent Lending

CHL053401

# Bank of America 🏠 Home Loans

225 W. Hillcrest Dr, Thousand Oaks CA 91360          805.381.4000          Fax .805.381.6125

*October 13 2010*                                                                    *Seller # 6065*

**Simonich Corporation**
**3130 Crow Canyon Place, Suite 170**
**San Ramon CA 94583**

**Client Loan Status Tracking Program: Participation Agreement**

Dear *Simonich Corporation:*

We are pleased to offer *Simonich Corporation* ("Client") the opportunity to participate in the Bank of America Correspondent Lending Client Loan Status Tracking Program ("Program"). As a Program participant, you are eligible to receive incentive payments, discussed below, for eligible, funded loans sold to Bank of America Correspondent Lending. To participate in the Program and receive incentive payments, you must execute and return this agreement ("Agreement") and comply with the terms set forth below,

| | |
|---|---|
| Program Participation Period: | Beginning two business days after Correspondent Lending receives this executed agreement and ending one week after written notice has been given by Bank of America or Client ("Opt-in Period"). |
| | Loans must be locked and tracked throughout the Opt-in Period and purchased by Bank of America no later than sixty (60) days after the last day in which the loan was included in the Opt-in Period. |
| | If Client fails to comply with the Client Loan Status Program Requirements (Page 2) for any week, Bank of America may, at its option, immediately terminate by written notice Client's participation in the Program. |
| Eligible Loan Programs: | All Correspondent Lending Loan Programs except Bond and CalSTRS. |
| Eligible Delivery Method: | **Best Effort Commitments** only. Neither Mandatory, nor AOT/DT, nor Negotiated commitments are eligible delivery methods for the Program. |
| Incentive Amount: | *0.10% - 10 basis points ("Incentive")* |
| | Standard fees will apply per the Bank of America Correspondent Lending Client Guide ("Guide") and Loan Purchase Agreement ("LPA"). If an early payoff (as defined in the Guide or LPA) or a repurchase occurs with respect to any loan for which an incentive was paid, such incentive will be considered part of the total premium paid on the loan for purposes of determining the premium capture or repurchase price for the loan. |
| Payment of Incentive: | Only those eligible loans locked during the Opt-in Period and in accordance with the requirements of this Program will be subject to the Incentive. Incentive to be paid within forty (45) days following each calendar month of Incentive Period. |

CHL054048

# Bank of America 〉〉〉 Home Loans

### Client Loan Status Program Requirements

1. Client must use the Best Effort Commitment Management Report on CL web to provide client loan status updates.

2. Client is expected update at least sixty percent (60%) of their current Best Effort commitment pipeline on a weekly basis.

3. Client Loan Statuses are defined as:

| Client Loan Status | Definition |
| --- | --- |
| Locked | Client locked their loan as a BE commitment. |
| Appraisal Received | Client received the appraisal from the appraiser. |
| U/W Submitted | Client submitted the loan to underwriting. |
| U/W Approved w/ Conditions | Underwriting decision has been approved with conditions. |
| U/W Approved | Underwriting decision has been approved with no conditions. |
| Docs Drawn | Client has drawn the loan docs. |
| Docs Back | Client has received docs back from the borrower. |
| Funded | Client has funded the loan and is in the process of delivering to Bank of America. |
| Canceled | Client has canceled their loan and will not be delivering the loan to Bank of America. |

CHL054049

## Bank of America 🔷 Home Loans

### General Terms and Conditions

1. Incentive will begin two business day after this Agreement is executed and returned to:

   Correspondent Lending – Lender Approval Office
   FL1-908-01-17
   4909 Savarese Circle
   Tampa, FL 33634

   -or-

   Executed Imaged Copy To:  stacy.folgt@bankofamerica.com

2. All loan sales will be in accordance with and subject to the Correspondent Loan Purchase Agreement with Bank of America, the Guide and any Commitment(s) applicable to the loans. If there is any conflict between the terms of this Agreement and the terms of the LPA, Guide or other Commitment(s) applicable to the loans, the LPA, Guide and additional Commitments shall control.

3. If accepted, the incentive paid under the Program is in addition to any prior loan sale incentive programs between Client and Bank of America.

4. In addition to any other termination rights, Bank of America may immediately terminate Client's participation in the Program upon a default or breach by Client of any agreement with Bank of America, including, without limitation, the Correspondent Loan Purchase Agreement or any Commitment(s) applicable to the loans.

5. Whether accepted or not, this Agreement, and any related exhibits and attachments, are confidential and may not be disclosed to any third party without the prior consent of Bank of America.

6. The offer to participate in the Program will expire unless Client returns the executed Agreement in the manner set forth above with seven (7) calendar days of Client receiving the Agreement.

We thank you for participating in this Program and look forward to a mutually beneficial and prosperous relationship.

Sincerely,

**Bank of America, N.A.**

By: _Jennifer L. Norris_

Jennifer L. Norris
SVP, Credit Risk Executive
Date: _10/20/2010_

*Simonich Corporation*

By: _[signature]_

Date: _10/18/10_

CHL054050



**CORRESPONDENT LENDING**

3389

### Individual Needs. Individual Solutions.℠

8511 Fallbrook Avenue, West Hills, CA 91304          (800) 316-8000   Fax (818) 316-8712

March 9, 2004

Mr. Larry Bruno
Mortgage Line Financial Corp.
585 Merrick Road
Lynbrook, NY 11563

Dear Mr. Bruno:

As an incentive to increase the amount of production with Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide"), we are pleased to offer to Mortgage Line Financial the following volume rebate:

- Should Mortgage Line Financial fund a minimum of $4 million of any type of loans per month, Countrywide will rebate 0.25% (25 Basis Points) on the total amount of loans funded within the rebate period.

This contract will begin on March 1, 2004 and end on June 30, 2004. This incentive agreement shall be of no force or effect unless it is signed by Seller and returned to Countrywide on or before March 30, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Mortgage Line Financial breach any terms or conditions of the LPA, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Mortgage Line Financial. Any bonus earned under this contract will be paid 30 days following the end of each month.

We look forward to a prosperous and mutually beneficial partnership.

Sincerely,

Mike Quinn
Senior Vice President

Mortgage Line Financial Corp.

By:

Date: 3/25/04

cc:     Joseph Kresser
        Karen Allison

CHL051652



**CORRESPONDENT LENDING**

**Individual Needs. Individual Solutions.** ℠

3889

8511 Fallbrook Ave Flr 3, West Hills, CA  91304        (818) 316-8000    Fax (818) 316-8712

September 15, 2004

Mr. Keith Durand
Mortgage Line Financial Corp.
585 Merrick Rd.
Lynbrook, NY  11563

Dear Mr. Durand,

    As an incentive to help your expansion of our Specialty ARM product line, Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide") is pleased to offer to Mortgage Line Financial Corp. the following supplemental pricing.  This replaces the incentive agreement dated August 11, 2004.

- Countrywide will pay Mortgage Line Financial Corp. a volume incentive of .25% on all NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption loans purchased by Countrywide.

- The maximum total price paid, including but not limited to the volume rebate or special pricing shall not exceed 103.00.

    This contract will be effective for loans locked with Countrywide from September 1, 2004 through   November 30, 2004.  The bonus will be paid no later than 30 days after all loans meeting the above criteria have been purchased by Countrywide. This incentive agreement shall be of no force or effect unless it is signed by Mortgage Line Financial Corp. and returned to Countrywide on or before September 22, 2004.

    Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Mortgage Line Financial Corp. breach any terms or conditions of the Loan Purchase Agreement, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Mortgage Line Financial Corp. Any bonus earned under this contract will be paid 30 days following the end of this agreement.

    We look forward to a mutually beneficial and prosperous relationship.

Sincerely,                                              Mortgage Line Financial Corp.

Michael R. Quinn                              By
Senior Vice President

                                                      Date:   9/17/04

cc:    Joseph Kresser
       Karen Allison
       Georgann DeGennaro

CHL051595

3889

## Countrywide

**CORRESPONDENT LENDING**

### Individual Needs. Individual Solutions.℠

8511 Fallbrook Ave Flr 3, West Hills, CA 91304    (818) 316-8000   Fax (818) 316-8712

August 24, 2004

Mr. Keith Durand
Mortgage Line Financial Corp.
585 Merrick Rd.
Lynbrook, NY 11563

Dear Mr. Durand,

As an incentive to help your expansion of our Specialty ARM product line, Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide") is pleased to offer to Mortgage Line Financial Corp. the following supplemental pricing. This replaces the incentive agreement dated August 11, 2004.

- If Mortgage Line Financial Corp. funds with Countrywide $4,000,000 of NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption loans during the term of this agreement, Countrywide will pay Mortgage Line Financial Corp. a volume incentive of .25% on all NonConf ARM 1m LIB PayOption and NonConf ARM 3m LIB PayOption loans purchased by Countrywide.

- The maximum total price paid, including but not limited to the volume rebate or special pricing shall not exceed 103.00.

This contract will be effective for loans locked with Countrywide from September 1, 2004 through November 30, 2004. The bonus will be paid no later than 30 days after all loans meeting the above criteria have been purchased by Countrywide. This incentive agreement shall be of no force or effect unless it is signed by Mortgage Line Financial Corp. and returned to Countrywide on or before August 31, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Mortgage Line Financial Corp. breach any terms or conditions of the Loan Purchase Agreement, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Mortgage Line Financial Corp. Any bonus earned under this contract will be paid 30 days following the end of this agreement.

We look forward to a mutually beneficial and prosperous relationship.

Sincerely,                                           Mortgage Line Financial Corp.

Michael B. Quinn                                    By: _____
Senior Vice President
                                                     Date: 8/30/04

cc:    Joseph Kresser
       Karen Allison

CHL051596



**CORRESPONDENT LENDING**

### Individual Needs. Individual Solutions.℠

3889

8511 Fallbrook Avenue, West Hills, CA  91304          (800) 316-8000   Fax (818) 316-8712

June 21, 2004

Mr. Keith Durand
Mortgage Line Financial Corp.
585 Merrick Road
Lynbrook, NY 11563

Dear Mr. Durand:

As an incentive to increase the amount of production with Countrywide Home Loans, Inc., Correspondent Lending Division ("Countrywide"), we are pleased to offer to Mortgage Line Financial the following volume rebate:

- Should Mortgage Line Financial fund a minimum of $4 million of any type of loans per month, Countrywide will rebate 0.25% (25 Basis Points) on the total amount of loans funded within the rebate period.

This contract will begin on July 1, 2004 and end on September 30, 2004.  This incentive agreement shall be of no force or effect unless it is signed by Seller and returned to Countrywide on or before June 29, 2004.

Either party shall have the right to terminate this agreement on thirty days prior written notice to the other party; however, should Mortgage Line Financial breach any terms or conditions of the LPA, or the Guide, Countrywide may terminate this Volume Incentive offer without notice to Mortgage Line Financial.  Any bonus earned under this contract will be paid 30 days following the end of each month.

We look forward to a prosperous and mutually beneficial partnership.

Sincerely,

Mike Quinn
Senior Vice President

Mortgage Line Financial Corp.

By: _____

Date: _____

cc:    Joseph Kresser
       Karen Allison

CHL051597