DAVID M. ARBOGAST
*darbogast@law111.com*
JEFFREY K. BERNS
*jberns@law111.com*
**ARBOGAST & BERNS LLP**
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel. 818.961.2000
Fax. 818.936.0232

LORI E. ANDRUS
*lori@andrusanderson.com*
JENNIE LEE ANDERSON
*jennie@andrusanderson.com*
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. 415.986.1400
Fax. 415.986.1474

[Additional Counsel Listed on Signature Block]

Attorneys for Plaintiff and Proposed Classes

**E-Filed 6/6/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC.; and DOES 3-10,<br><br>Defendants. | Case No. 5:08-CV-00536-JF (PSGx)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS**<br><br>Courtroom:  3 - 5th Floor<br>Judge:  Hon. Jeremy Fogel<br>Magistrate:  Hon. Paul Singh Grewal |

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS          5:08-CV-00536-JF (PSGx)

**JOINT STIPULATION AND ORDER RE: CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS**

Pursuant to Fed. R. Civ. P. 6(b), Jay J. Ralston ("Plaintiff") and defendants Countrywide Home Loans, Inc. ("CHL"), Mortgage Investors Group, Inc., and Mortgage Investors Group (collectively, "Defendants") hereby jointly stipulate and request the Court to extend the class certification briefing deadlines and hearing in this case in order to permit them to explore a potential resolution of this litigation in a mediation with the Honorable Edward A. Infante (Ret.) scheduled for August 2, 2011. In support of this Joint Stipulation, the parties state as follows:

1. This is a putative class action brought by Plaintiff against Defendants, asserting claims for fraudulent omissions and violation of the UCL.

2. By Minute Order dated February 11, 2011 ("Order") (Dkt. No. 214) (adopting Defendants' proposed case schedule in Dkt. No. 208), this Court set various deadlines for class certification briefing, including a May 20, 2011 deadline for Plaintiff's class certification motion, a June 17, 2011 deadline for Defendants' opposition, and a July 15, 2011 deadline for Plaintiff's reply submissions.

3. In the Order, this Court also set July 29, 2011 as the hearing date for Plaintiff's class certification motion.

4. Plaintiff filed his class certification motion on May 20, 2011, and thereafter filed a corrected class certification motion on May 25, 2011.

5. Plaintiff and CHL have agreed to explore a potential resolution of this matter with the assistance of a third-party mediator, Judge Infante of JAMS, and have scheduled a mediation for August 2, 2011. This mediation date was the first available to Judge Infante, the parties and the parties' counsel.

6. In light of the pending mediation, the parties jointly request that this Court (a) extend Defendants' deadline to file their class certification opposition submissions from June 17, 2011 to August 30, 2011; (b) extend Plaintiff's deadline to file his reply submissions from July 15, 2011 to September 30, 2011; and (c) reschedule the July 29, 2011 class certification hearing to October 14, 2011.

1

7. The parties respectfully submit that there is good cause for this joint request. First, the requested brief extension of deadlines will permit Plaintiff and CHL to devote their attention and resources to preparing for and participating in the mediation. *Churchill Village, L.L.C. v. General Electric*, 361 F.3d 566 (9th Cir. 2004) (there is a strong judicial policy that favors class action settlements); *Class Plaintiffs v. City of Seattle*, 955 F.2d 1268, 1276 (9th Cir. 1992) (same). And, second, the request extension will conserve the parties' and this Court's resources and avoid the potentially unnecessary expenditure of attorneys' fees and other litigation costs while parties explore the possibility of a settlement. *See* Fed. R. Civ. P. 1 (federal rules "should be construed and administered to secure the just, speed, and inexpensive determination of every action and proceeding").

8. No party will be prejudiced by the requested extensions.

9. No prior extension or adjustment of the deadlines set forth in the Order has been sought by the parties.

10. WHEREFORE, for all the foregoing reasons, the parties jointly request that this Court (a) extend Defendants' deadline to file their class certification opposition submissions from June 17, 2011 to August 30, 2011; (b) extend Plaintiff's deadline to file his reply submissions from July 15, 2011 to September 30, 2011; and (c) reschedule the July 29, 2011 class certification hearing to October 14, 2011.

Respectfully submitted

Dated: June 4, 2011    By:   /s/ Jeffrey K. Berns
DAVID M. ARBOGAST
*darbogast@law111.com*
JEFFREY K. BERNS
*jberns@law111.com*
**ARBOGAST & BERNS LLP**
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel. 818.961.2000
Fax. 818.936.0232

2
JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS            5:08-CV-00536-JF (PSGx)

1

2   LORI E. ANDRUS
    *lori@andrusanderson.com*
3   JENNIE LEE ANDERSON
    *jennie@andrusanderson.com*
4   **ANDRUS ANDERSON LLP**
    155 Montgomery Street, Suite 900
5   San Francisco, CA 94104
    Tel. 415.986.1400
6   Fax. 415.986.1474

7   GERSON HARRY SMOGER
    *jessicatexasinjurylaw@gmail.com*
8   STEVEN MICHAEL BRONSON
    *steven.bronson@gmail.com*
9   **SMOGER & ASSOCIATES, P.C.**
    3175 Monterey Blvd.
10  Oakland, CA 94602
    Tel.: 510-531-4529
11  Fax: 510-531-4377

12  MICHAEL BOWSE
    *mbowse@bwgfirm.com*
13  **BROWNE WOODS GEORGE LLP**
    2121 Avenue of the Stars, Suite 2400
14  Los Angeles, California 90067
    Tel: 310.274.7100
15  Fax: 310.275.5697

16  LEE A. WEISS
    *lweiss@bwgfirm.com*
17  **BROWNE WOODS GEORGE LLP**
    626 RXR Plaza
18  Uniondale, NY 11556
    Tel.: 516.522.2613
19  Fax: 516.977.0263

20  J. MARK MOORE
    *mark@spiromoss.com*
21  **SPIRO MOSS LLP**
    11377 W. Olympic Boulevard, 5th Floor
22  Los Angeles, CA 90064-1683
    Tel. 310.235.2468
23  Fax. 310.235.2456

24  JONATHAN SHUB
    *jshub@seegerweiss.com*
25  **SEEGER WEISS LLP**
    1515 Market Street, Suite 1380
26  Philadelphia, PA 19102
    Tel: 215.564.2300
27  Fax: 215.851.5029

28

3

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS                 5:08-CV-00536-JF (PSGx)

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | MARK R. CUKER |
|   | | *mcuker@wcblegal.com* |
| 3 | | **WILLIAMS CUKER BEREZOFSKY** |
|   | | 1515 Market Street, Suite 1300 |
| 4 | | Philadelphia, PA 19102 |
|   | | Tel: 215-557-0099 |
| 5 | | Fax: 215-557-0673 |
| 6 | | Attorneys for Plaintiff: *Jay J. Ralston* |
| 7 | Dated: June 4, 2011 | /s/Brooks R. Brown |
|   | | BROOKS R. BROWN |
| 8 | | *bbrown@goodwinprocter.com* |
|   | | STEVEN A. ELLIS |
| 9 | | *sellis@goodwinprocter.com* |
|   | | THOMAS M. HEFFERON (pro hac vice) |
| 10 | | *thefferon@goodwinprocter.com* |
|    | | ROBERT B. BADER |
| 11 | | *rbader@goodwinprocter.com* |
|    | | **GOODWIN PROCTER LLP** |
| 12 | | |
|    | | Attorneys for Defendant: |
| 13 | | *Countrywide Home Loans, Inc.* |
| 14 | Dated: June 4, 2011       By: | /s/Roland P. Reynolds |
|    | | ROLAND P. REYNOLDS |
| 15 | | *rreynolds@pldlawyers.com* |
|    | | RUSSELL G. GOMM |
| 16 | | *rgomm@pldlawyers.com* |
|    | | **PALMER, LOMBARDI & DONOHUE LLP** |
| 17 | | 888 West 6th Street, 12th Floor |
|    | | Los Angeles, CA 90017 |
| 18 | | Tel. 213.688.0430 |
|    | | Fax. 213.688.0440 |
| 19 | | |
|    | | Attorneys for Defendants: *Mortgage Investors* |
| 20 | | *Group, Inc. and Mortgage Investors Group* |

4

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS                    5:08-CV-00536-JF (PSGx)

## ORDER

Upon consideration of the parties' Stipulation and having good cause therefore, **IT IS HEREBY ORDERED** that (a) Defendants' deadline to file their opposition submissions is extended from June 17, 2011 to August 30, 2011; (b) Plaintiff's deadline to file his reply submissions is extended from July 15, 2011 to September 30, 2011; and (c) the class certification hearing is rescheduled from July 29, 2011 to October 14, 2011.

**IT IS ORDERED.**

Dated: June 6, 2011

HON. JEREMY FOGEL
United States District Judge