**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
155 Montgomery St, Suite 900
San Francisco, CA 94104
Tel: (415) 986-1400
Fax: (415) 986-1474

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel: (818) 961-2000
Fax: (818) 936-0232

*Attorneys for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,<br><br>Defendants. | Case No.: CV-08-00536-JF (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PAGE EXTENSIONS FOR BRIEFS RELATING TO PLAINTIFF'S CLASS CERTIFICATION MOTION** |

This Stipulation is entered into by and between Plaintiff JAY J. RALSTON ("Plaintiff"), Defendants MORTGAGE INVESTORS GROUP, INC. ("MIGI"), MORTGAGE INVESTORS GROUP ("MIG"), and COUNTRYWIDE HOME LOANS, INC. ("CHL") (collectively, "Defendants") as follows:

1   WHEREAS on May 17, 2011, the parties agreed to stipulate to a five page extension for
2   Plaintiff's Motion for Class Certification ("Motion") (for a total of 30 pages) and a three page
3   extension for any reply (for a total of 18 pages per reply);
4   WHEREAS, the parties further agreed to stipulate to a five page extension for Defendants'
5   respective oppositions to Plaintiff's Motion (for a total of 30 pages for MIGI and MIG's opposition,
6   and a total of 30 pages for CHL's opposition);
7   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
8   Plaintiff, by its undersigned counsel, and Defendants, by their undersigned counsel, that good cause
9   exists for the agreed-upon page extensions for each party's briefs related to Plaintiff's Motion for
10  Class Certification.

12  Dated: May 18, 2011                                    Respectfully submitted,

                                                          */s/Jennie Lee Anderson*

                                                          Jennie Lee Anderson (SBN 203586)
                                                          **ANDRUS ANDERSON LLP**
                                                          155 Montgomery St., Suite 900
                                                          San Francisco, CA  94104
                                                          Telephone: 415-986-1440
                                                          Facsimile:  415-986-1474
                                                          jennie@andrusanderson.com

                                                          Gerson Harry Smoger
                                                          **SMOGER & ASSOCIATES, P.C.**
                                                          3175 Monterey Boulevard
                                                          Oakland, CA  94602
                                                          Telephone:  510-531-4529
                                                          Facsimile:  510-531-4377
                                                          gerson@texasinjurylaw.com

                                                          David M. Arbogast
                                                          Jeffrey K. Berns
                                                          **ARBOGAST & BERNS LLP**
                                                          6303 Owensmouth Ave., 10th Floor
                                                          Woodland Hills, CA 91367-2263
                                                          Phone: (818) 961-2000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax:     (818) 936-0232
darbogast@law111.com
jberns@law111.com

Michael A. Bowse (No. 189659)
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars, 24th Floor
Los Angeles, California  90067
Tel: 310.274.7100
Fax  310.275.5697
mbowse@bwgfirm.com

Lee A. Weiss (Admitted *Pro Hac Vice*)
**BROWNE WOODS GEORGE LLP**
49 West 37th Street, 15th Floor
New York, New York 10018
Phone: (212) 354-4901
Fax:     (212) 354-4904
lweiss@bwgfirm.com

*Attorneys for Plaintiff and the Proposed Classes*

**PALMER, LOMBARDI & DONOHUE LLP**

By:      /s/  Roland P. Reynolds
             Roland P. Reynolds

888 West 6th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 688-0430
Facsimile: (213) 688-0440
rreynolds@pldlawyers.com

*Attorneys For Defendants Mortgage Investors Group, Inc., and Mortgage Investors Group*

**GOODWIN PROCTER LLP**

By:      /s/  Brooks R. Brown
             Brooks R. Brown

Brooks R. Brown
Steven A. Ellis
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone: 213.426.2500
Facsimile: 213.623.1673
bbrown@goodwinprocter.com
sellis@goodwinprocter.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert B. Bader
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.677.9041
rbader@goodwinprocter.com

*Attorneys for Defendant Countrywide Home Loans, Inc*

Case 5:08-cv-00536-JF   Document 262   Filed 06/16/11   Page 4 of 7

STIPULATION AND [PROPOSED] ORDER FOR PAGE EXTENSIONS FOR BRIEFS RELATING TO PLAINTIFF'S CLASS CERTIFICATION MOTION
CASE NO. CV 08-00536 JF PSG

**ORDER**

Based upon the parties' Stipulation and having found good cause therefore, I hereby ORDER that Plaintiff is granted an extension of five pages for his Motion for Class Certification ("Motion") (for a total of 30 pages) and three pages for any reply (for a total of 18 pages per reply). Additionally, I hereby ORDER that Defendants are granted an extension of five pages for any opposition (for a total of 30 pages for MIGI and MIG's opposition, and a total of 30 pages for CHL's opposition).

IT IS SO ORDERED.

Date: 6/8/11

_____
Honorable Jeremy Fogel

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: May 18, 2011                             /s/ *Jennie Lee Anderson*
                                                                 Jennie Lee Anderson

                                                                 ANDRUS ANDERSON LLP
                                                                 155 Montgomery Street, Suite 900
                                                                 San Francisco, CA 94104
                                                                 Telephone: (415) 986-1400
                                                                 Facsimile: (415) 986-1474
                                                                 jennie@andrusanderson.com

                                                                 *Attorneys for Plaintiff and the Proposed Class*

---

STIPULATION AND [PROPOSED] ORDER FOR PAGE EXTENSIONS FOR BRIEFS RELATING TO PLAINTIFF'S CLASS CERTIFICATION MOTION
CASE NO. CV 08-00536 JF PSG

**CERTIFICATE OF SERVICE**

I hereby certify that on, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 18, 2011                                     Respectfully submitted,


                                             */s/ Jennie Lee Anderson*
                                             Jennie Lee Anderson

                                             **ANDRUS ANDERSON LLP**
                                             155 Montgomery Street, Suite 900
                                             San Francisco, CA  94104
                                             Telephone:  (415) 986-1400
                                             Facsimile:  (415) 986-1474
                                             jennie@andrusanderson.com