# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4
 5   JAY J. RALSTON, On Behalf of Himself  )
     and All Others Similarly Situated,    )
 6                                         )
                    Plaintiff,             )
 7                                         )
            vs.                            ) Case No.:
 8                                         ) CV 08-00536 JF
     MORTGAGE INVESTORS GROUP, INC.,       )
 9   MORTGAGE INVESTORS GROUP, a general   )
     partnership, COUNTRYWIDE HOME LOANS,  )
10   INC., and DOES 3-10,                  )
                                           )
11                  Defendants.            )
                                           )
12   _____
13
14
15        Deposition of NADER AKHAVAN, taken on
16   behalf of Defendant Mortgage Investors Group,
17   Inc., at 2040 Main Street, Suite 250, Irvine,
18   California, beginning at 10:05 a.m., Thursday,
19   August 18, 2011, before Brooke Silvas,
20   Certified Shorthand Reporter No. 10988, RPR.
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL:

 2


 3  For the Plaintiff:

 4       SEEGER WEISS LLP
         BY:  JONATHAN SHUB, ESQ.
 5       1515 Market Street
         Suite 1380
 6       Philadelphia, Pennsylvania 19102
         (215) 564-2300
 7       jshub@seegerweiss.com

 8  For the Defendants Mortgage Investors Group,
    Inc., and Mortgage Investors Group, a general
 9  partnership:

10       PALMER, LOMBARDI & DONOHUE, LLP
         BY:  ROLAND P. REYNOLDS, ESQ.
11       515 South Flower Street
         Suite 2100
12       Los Angeles, California 90071
         (213) 688-0430
13       rreynolds@pldlawyers.com

14  For the Defendants Countrywide Home Loans, Inc.:

15       GOODWIN PROCTER
         BY:  ROBERT B. BADER, ESQ.
16       Three Embarcadero Center
         Suite 2400
17       San Francisco, California 94111
         (415) 733-6000
18       rbader@goodwinprocter.com

19

20

21

22

23

24

25
```

3

```
 1                        I N D E X
 2   WITNESS
 3   NADER AKHAVAN
 4
 5            EXAMINATION BY:                      PAGE:
 6            MR. REYNOLDS                           5
 7            MR. BADER                             31
 8            MR. SHUB                              44
 9
10
11                       E X H I B I T S
12   DEFENDANT'S                                   PAGE:
13     1   Notice of Issuance of Civil Subpoena to  52
           Nader Akhavan; Subpoena to Testify at a
14         Deposition in a Civil Action
15
16
17                 INSTRUCTION NOT TO ANSWER
18                          (None)
19
20
21                 INFORMATION TO BE SUPPLIED
22                          (None)
23
24
25
```

```
 1        IRVINE, CALIFORNIA, THURSDAY, AUGUST 18, 2011
 2                         10:05 A.M.
 3
 4         (The oath was administered to the
 5         deponent, NADER AKHAVAN, as follows:)
 6
 7      DEPOSITION OFFICER:  Do you solemnly swear that
 8  the testimony you will give shall be the truth, the
 9  whole truth, and nothing but the truth, so help you
10  God?
11      THE WITNESS:  I do.
12
13                       EXAMINATION
14  BY MR. REYNOLDS:
15      Q    Good morning.  My name is Roland Reynolds.
16  And I'm the attorney for one of the defendants in
17  this lawsuit, Mortgage Investors Group, Inc. and
18  Mortgage Investors Group, a general partnership.
19  And I'll probably refer to them collectively as
20  Mortgage Investors Group or MIG in this deposition.
21           Will you please state your name and spell
22  your last name for the record.
23      A    My name is Nader Akhavan, A-k-h-a-v-a-n.
24      Q    Mr. Akhavan, have you had your deposition
25  taken before?
```

```
 1        Q    Okay.  And so because of that, your desire
 2   to have repeat customers, did you want them to have
 3   a loan that they were satisfied with after the
 4   closing of the loan?
 5        A    Of course.  By nature, who would want
 6   someone to have something that they did not want?
 7        Q    Right.
 8        A    It's just --
 9        Q    Right.  Did some borrowers who called in
10   tell you that they wanted a payment option ARM loan?
11        A    I don't remember.
12        MR. SHUB:  Objection.  Calls for speculation.
13   BY MR. REYNOLDS:
14        Q    Okay.  If you had a payment option ARM
15   loan -- if a borrower -- if you were putting a
16   borrower into a payment option ARM loan, did you
17   always explain to them that -- if it had a negative
18   amortization figure -- term -- possibility, did you
19   always explain the negative amortization feature to
20   the borrower?
21        A    Definitely.
22        Q    And did you explain the costs of, say, the
23   payment option loan to the borrower compared to the
24   cost of other types of loans?
25        A    What do you mean by "cost"?
```

```
 1
 2
 3            I have read the foregoing deposition
 4   transcript and by signing hereafter, approve same.
 5
 6   Dated _____.
 7
 8                              _____
                                     (Signature of Deponent)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

53