BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
STEVEN A. ELLIS (SBN 171742)
sellis@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213.426.2500
Fax: 213.623.1673

THOMAS M. HEFFERON (pro hac vice)
thefferon@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W. Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant
*Countrywide Home Loans, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,<br><br>Defendants. | Case No. 08-CV-00536 JF (PSGx)<br><br>**COUNTRYWIDE HOME LOANS, INC'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF JESSICA MOY'S DECLARATION IN SUPPORT OF PLAINTIFF'S CORRECTED MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 14, 2011<br>Time: 9:00 a.m.<br>Courtroom: 3 - 5th Floor<br>Judge: Hon. Jeremy Fogel |

1 **NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF MOY DECLARATION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on October 14, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant Countrywide Home Loans, Inc. ("CHL") will bring on for hearing before the Honorable Jeremy Fogel, United States Courthouse, Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, California 95113, its Motion to Strike Portions of attorney Jessica Moy's Declaration in Support of Plaintiff's Corrected Motion for Class Certification – specifically, paragraphs 11, 15, 16, 20, 32 and 33 – because attorney Moy attempts to offer "testimony" consisting of unsupported factual assertions, impermissible opinion, characterizations of the "evidence," and "expert" opinion.

Respectfully submitted,

Dated: August 30, 2011      By:    s/ Robert B. Bader
                                    BROOKS R. BROWN
                                    *bbrown@goodwinprocter.com*
                                    STEVEN A. ELLIS
                                    *sellis@goodwinprocter.com*
                                    **GOODWIN PROCTER LLP**
                                    601 S. Figueroa Street, 41st Floor
                                    Los Angeles, California 90017
                                    Tel.:  213.426.2500
                                    Fax:  213.623.1673

                                    THOMAS M. HEFFERON (pro hac vice)
                                    *thefferon@goodwinprocter.com*
                                    **GOODWIN PROCTER LLP**
                                    901 New York Avenue, N.W.
                                    Washington, DC 20001
                                    Tel.:  202.346.4000
                                    Fax:  202.346.4444

                                    ROBERT B. BADER
                                    *rbader@goodwinprocter.com*
                                    **GOODWIN PROCTER LLP**
                                    Three Embarcadero Center, 24th Floor
                                    San Francisco, California 94111
                                    Tel.:  415.733.6000
                                    Fax:  415.677.9041

                                    Attorneys for Defendant
                                    *Countrywide Home Loans, Inc.*

Goodwin Procter LLP
601 S Figueroa St., 41st Floor
Los Angeles, California 90017

1

Countrywide's Notice of Motion to Strike Portions of
Moy Declaration ISO Plaintiff's Corrected Motion for Class Certification      Case No. 5:08-CV-00536-JF (PSG)

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 30, 2011.

                                            s/ Robert B. Bader
                                            Robert B. Bader

**Goodwin Procter LLP**
**601 S Figueroa St., 41st Floor**
**Los Angeles, California 90017**

Countrywide's Notice of Motion to Strike Portions of
Moy Declaration ISO Plaintiff's Corrected Motion for Class Certification      Case No. 5:08-CV-00536-JF (PSG)