1   BROOKS R. BROWN (SBN 250724)                    **E-Filed 9/27/2011**
    *bbrown@goodwinprocter.com*
2   STEVEN A. ELLIS (SBN 171742)
    *sellis@goodwinprocter.com*
3   **GOODWIN PROCTER** LLP
    601 S. Figueroa Street, 41st Floor
4   Los Angeles, CA  90017
    Tel.:  (213) 426-2500
5   Fax:  (213) 623-1673

6   THOMAS M. HEFFERON (pro hac vice)
    *thefferon@goodwinprocter.com*
7   **GOODWIN PROCTER** LLP
    Washington, DC  20001
8   Tel.:  202.346.4000
    Fax:  202.346.4444
9
    ROBERT B. BADER (SBN 233165)
10  *rbader@goodwinprocter.com*
    **GOODWIN PROCTER** LLP
11  Three Embarcadero Center, 24th Floor
    San Francisco, California 94111
12  Tel.:  415.733.6000
    Fax:  415.677.9041
13
    *Attorneys for Defendant*
14  Countrywide Home Loans, Inc.

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17                    **SAN JOSE DIVISION**

18  JAY RALSTON, individually and on behalf of      Case No. 08-CV-00536-JF (PSG)
    all others similarly situated,                  **ORDER APPROVING**
19                                                  **STIPULATION EXTENDING TIME FOR**
                                                    **COUNTRYWIDE HOME LOANS, INC.**
20              Plaintiff,                          **TO FILE REPLY BRIEFS IN SUPPORT**
                                                    **OF MOTION TO EXCLUDE THE**
21          v.                                      **TESTIMONY OF LEONARD H. LYONS**
                                                    **AND MOTION TO STRIKE PORTIONS**
22  MORTGAGE INVESTORS GROUP, INC.;                 **OF JESSICA MOY'S DECLARATION IN**
    MORTGAGE INVESTORS GROUP, a general             **SUPPORT OF PLAINTIFF'S**
23  partnership; COUNTRYWIDE HOME LOANS,            **CORRECTED MOTION FOR CLASS**
    INC. AND DOES 3-10,                             **CERTIFICATION, AND FOR PLAINTIFF**
24                                                  **TO FILE REPLY IN SUPPORT OF**
                Defendants.                         **CORRECTED MOTION FOR CLASS**
25                                                  **CERTIFICATION**

26                                                  Courtroom:   3 - 5th Floor
                                                    Judge:       Hon. Jeremy Fogel
27

28

---

STIPULATION EXTENDING TIME TO FILE REPLY BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)

1

2

3

**STIPULATION EXTENDING TIME FOR COUNTRYWIDE HOME LOANS, INC. TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF LEONARD H. LYONS AND MOTION TO STRIKE PORTIONS OF JESSICA MOY'S DECLARATION IN SUPPORT OF PLAINTIFF'S CORRECTED MOTION FOR CLASS CERTIFICATION, AND FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF CORRECTED MOTION FOR CLASS CERTIFICATION**

4

5

6

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Jay Ralston ("Plaintiff"), and defendant Countrywide Home Loans, Inc. ("CHL") (together, with Plaintiff, the "Parties"), through their undersigned counsel, stipulate as follows:

7

8

WHEREAS, on May 25, 2011, Plaintiff filed a Corrected Motion for Class Certification ("Class Motion") (Dkt. No. 243);

9

10

WHEREAS, on August 30, 2011, CHL filed an Opposition to the Class Motion (Dkt. No. 271);

11

12

13

14

WHEREAS, on August 30, 2011, CHL filed a Motion to Exclude the Testimony of Leonard H. Lyons (Dkt. No. 275) and a Motion to Strike Portions of Jessica Moy's Declaration in Support of Plaintiff's Corrected Motion for Class Certification (Dkt. No. 274) (collectively, the "Motions");

15

16

WHEREAS, on September 13, 2011, Plaintiff filed Oppositions to the Motions (Dkt. Nos. 288, 292);

17

18

WHEREAS, under Civil Local Rule 7-3(c), CHL's Replies in support of the Motions currently are due on September 20, 2011;

19

20

WHEREAS, Plaintiff's Reply in support of the Class Motion currently is due on September 30, 2011 (Dkt. No. 254);

21

22

WHEREAS, on September 13, 2011, this Court moved the hearing date on the Class Motion and CHL's Motions from October 14, 2011 to December 9, 2011 (Dkt. No. 287);

23

24

25

WHEREAS, in light of the short period to file replies and the fact that the Court moved the hearing date, CHL requested, and Plaintiff agreed, to extend the time for CHL to file its Replies by one week to September 27, 2011;

26

27

28

WHEREAS, contemporaneous with CHL's request to extend the time to file its Replies, Plaintiff requested, and CHL agreed, to extend the time for Plaintiff to file his Reply in support of the Class Motion by two weeks to October 14, 2011;

1    WHEREAS, no trial date has been set;

2    WHEREAS, the requested time modifications will not have any effect on the schedule for

3  the case;

4    WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses

5  otherwise available to the Parties in this action;

6    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,

7  by his undersigned counsel, and CHL, by its undersigned counsel, that, subject to the approval of

8  the Court, (1) CHL shall file its Replies in support of the Motions on or before September 27,

9  2011, and (2) Plaintiff shall file his Reply in support of the Class Motion on or before October 14,

10  2011.

11                                    Respectfully submitted,

12  Dated: September 20, 2011          /s/   Brooks R. Brown
                                       Brooks R. Brown
13                                     bbrown@goodwinprocter.com
                                       GOODWIN PROCTER LLP
14                                     601 S. Figueroa Street, 41st Floor
                                       Los Angeles, CA  90017
15
                                       Thomas M. Hefferon
16                                     thefferon@goodwinprocter.com
                                       GOODWIN PROCTER LLP
17                                     Washington, DC  20001

18                                     Robert B. Bader
                                       rbader@goodwinprocter.com
19                                     GOODWIN PROCTER LLP
                                       Three Embarcadero Center, 24th Floor
20                                     San Francisco, California 94111

21                                     Attorneys for Defendant
                                       Countrywide Home Loans, Inc.
22

23

24

25

26

27

28

- 2 -

1    Dated: September 20, 2011          /s/ David M. Arbogast
                                        Lori E. Andrus
2                                       lori@andrusanderson.com
                                        Jennie Lee Anderson
3                                       jennie@andrusanderson.com
                                        ANDRUS ANDERSON LLP
4                                       155 Montgomery Street, Suite 900
                                        San Francisco, CA 94104
5
                                        David M. Arbogast
6                                       darbogast@law111.com
                                        Jeffrey K. Berns
7                                       jberns@law111.com
                                        ARBOGAST & BERNS LLP
8                                       6303 Owensmouth Ave., 10th Floor
                                        Woodland Hills, CA 91367
9
                                        Attorneys for Plaintiff:
10                                      Jay Ralston

11

12                              [PROPOSED] ORDER

13              PURSUANT TO STIPULATION, IT IS SO ORDERED

14

15       Dated:   9/27/2011
                                        _____
16                                      Judge Jeremy Fogel

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO FILE REPLY BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)

1

## ECF CERTIFICATION

2      Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained

3   concurrence regarding the filing of this document from the signatories to the document.

4

5   Dated: September 20, 2011                      GOODWIN PROCTER LLP
                                                   601 S. Figueroa Street, 41st Floor
6                                                  Los Angeles, CA  90017

7
                                                   By: /s/ Brooks R. Brown
8
                                                   Attorneys for Defendant:
9                                                  *Countrywide Home Loans, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO FILE REPLY BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>PROOF OF SERVICE</u>**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 20, 2011.

　/s/ Brooks R. Brown
Brooks R. Brown

STIPULATION EXTENDING TIME TO FILE REPLY BRIEFS
CASE NO. 5:08-CV-00536-JF (PSG)