Lori E. Andrus
lori@andrusanderson.com
Jennie Lee Anderson
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104

David M. Arbogast
darbogast@law111.com
Jeffrey K. Berns
jberns@law111.com
**ARBOGAST & BERNS LLP**
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JAY RALSTON, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,

        Defendants.

Case No. 08-CV-00536 JF (PSG)

**STIPULATION AND [PROPOSED] ORDER FOR PAGE EXTENSION FOR PLAINTIFF'S REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFF'S CLASS CERTIFICATION MOTION**

Courtroom:  3 - 5th Floor
Judge:      Hon. Jeremy Fogel

1    **STIPULATION FOR PAGE EXTENSION FOR PLAINTIFF'S REPLY BRIEF IN FURTHER SUPPORT OF**
2    **PLAINTIFF'S CLASS CERTIFICATION MOTION**

3    Plaintiff Jay Ralston ("Plaintiff"), and defendant Countrywide Home Loans, Inc. ("CHL,"

4    and, together with Plaintiff, the "Parties"), through their undersigned counsel, stipulate as follows:

5    WHEREAS on May 17, 2011, the Court approved a stipulation among the Parties

6    providing for a five-page extension for Plaintiff's Motion for Class Certification ("Motion") (for a

7    total of 30 pages); a five-page extension for CHL's opposition to Plaintiff's Motion (for a total of

8    30 pages); and a three-page extension for Plaintiffs' reply in further support of the Motion (for a

9    total of 18 pages);

10   WHEREAS, on September 26, 2011, Plaintiff requested and CHL agreed to a further 10-

11   page extension (for a total of 28 pages) for his class certification reply;

12   WHEREAS, Plaintiff maintains that the additional 10 pages are necessary and appropriate

13   for him to address CHL's opposition arguments and evidence, and make a full and complete

14   presentation of the Court on the class certification issue;

15   WHEREAS, the foregoing page-limit extension is without prejudice to Plaintiff's rights to

16   file motions to strike, to exclude and/or to obtain other relief, whether on *Daubert* or other

17   grounds, relating to Countrywide's class certification experts;

18   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

19   Parties, by their undersigned counsel, that Plaintiff shall have a total of 28 pages for his reply in

20   further support of his Motion for Class Certification.

21

22

23

24

25

26

27

28

- 1 -

1

2

3                                                Respectfully submitted,

4

5    Dated: October 4, 2011              /s/ Jeffrey K. Berns
                                         David M. Arbogast
6                                        darbogast@law111.com
                                         Jeffrey K. Berns
7                                        jberns@law111.com
                                         ARBOGAST & BERNS LLP
8                                        6303 Owensmouth Ave., 10th Floor
                                         Woodland Hills, CA 91367

9                                        Lori E. Andrus
                                         lori@andrusanderson.com
10                                       Jennie Lee Anderson
                                         jennie@andrusanderson.com
11                                       ANDRUS ANDERSON LLP
                                         155 Montgomery Street, Suite 900
12                                       San Francisco, CA 94104

13                                       Attorneys for Plaintiff Jay Ralston

14

15   Dated: October 4, 2011              /s/   Brooks R. Brown
                                         Brooks R. Brown
16                                       bbrown@goodwinprocter.com
                                         Steven A. Ellis
17                                       sellis@goodwinprocter.com
                                         GOODWIN PROCTER LLP
18                                       601 S. Figueroa Street, 41st Floor
                                         Los Angeles, California  90017
19                                       Tel.:  213.426.2500

20                                       Robert B. Bader
                                         rbader@goodwinprocter.com
21                                       GOODWIN PROCTER LLP
                                         Three Embarcadero Center, 24th Floor
22                                       San Francisco, California  94111
                                         Tel.:  415.733.6000

23                                       Attorneys for Defendant Countrywide Home
24                                       Loans, Inc.

25

26

27

28
                                    - 2 -

1

**[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED

3

4       Dated: ___FEDEDFF_____          _____

5                                              Judge Jeremy Fogel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR PAGE EXTENSION FOR PLAINTIFF'S REPLY BRIEF
CASE NO. 5:08-CV-00536-JF (PSG)

1

**ECF CERTIFICATION**

2          Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained

3    concurrence regarding the filing of this document from the signatories to the document.

4

5    Dated: October 4, 2011                              ARBOGAST & BERNS LLP
                                                         6303 Owensmouth Ave., 10th Floor
6                                                        Woodland Hills, CA 91367

7                                                        By: /s/Jeffrey K. Berns

8                                                        Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1

## **PROOF OF SERVICE**

2

3

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2011.

4

5

     /s/ Jeffrey K. Berns
    Jeffrey K. Berns

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR PAGE EXTENSION FOR PLAINTIFF'S REPLY BRIEF
CASE NO. 5:08-CV-00536-JF (PSG)