Lori E. Andrus
lori@andrusanderson.com
Jennie Lee Anderson
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104

David M. Arbogast
darbogast@law111.com
Jeffrey K. Berns
jberns@law111.com
**ARBOGAST & BERNS LLP**
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JAY RALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC.; MORTGAGE INVESTORS GROUP, a general partnership; COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,<br><br>Defendants. | Case No. 08-CV-00536 JF (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR PLAINTIFF'S REPLY TO OPPOSITION OF MORTGAGE INVESTORS GROUP IN SUPPORT OF CORRECTED MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 3 - 5th Floor<br>Judge:     Hon. Jeremy Fogel |

**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR PLAINTIFF'S REPLY TO OPPOSITION OF MORTGAGE INVESTORS GROUP IN SUPPORT OF CORRECTED MOTION FOR CLASS CERTIFICATION**

Plaintiff Jay Ralston ("Plaintiff"), and defendants Mortgage Investors Group, Inc. and Mortgage Investors Group, a general partnership (collectively, "MIG," and, together with Plaintiff, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS on June 8, 2011, the Court approved a stipulation among the Parties providing for a five-page extension for Plaintiff's Motion for Class Certification ("Motion") (for a total of 30 pages); a five-page extension for MIG's opposition to Plaintiff's Motion (for a total of 30 pages); and a three-page extension for Plaintiffs' reply in further support of the Motion (for a total of 18 pages);

WHEREAS, on October 4, 2011, Plaintiff requested and MIG agreed to a further 10-page extension (for a total of 28 pages) for his class certification reply;

WHEREAS, Plaintiff maintains that the additional 10 pages are necessary and appropriate for him to address MIG's opposition arguments and make a full and complete presentation of the Court on the class certification issue;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties, by their undersigned counsel, that Plaintiff shall have a total of 28 pages for his reply in further support of his Motion for Class Certification.

Respectfully submitted,

| | |
|---|---|
| Dated: October 4, 2011 | /s/ Jeffrey K. Berns<br>Lori E. Andrus<br>*lori@andrusanderson.com*<br>Jennie Lee Anderson<br>*jennie@andrusanderson.com*<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br><br>David M. Arbogast<br>*darbogast@law111.com*<br>Jeffrey K. Berns<br>*jberns@law111.com*<br>ARBOGAST & BERNS LLP<br>6303 Owensmouth Ave., 10th Floor<br>Woodland Hills, CA 91367<br><br>Attorneys for Plaintiff:<br>*Jay Ralston* |
| Dated: October 4, 2011 | /s/   Roland P. Reynolds<br>Roland P. Reynolds<br>*rreynolds@pldlawyers.com*<br>PALMER, LOMBARDI & DONOHUE LLP<br>515 South Flower Street, Suite 2100<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendants*<br>*Mortgage Investors Group, Inc. and Mortgage Investors Group, A General Partnership* |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __Feb 15, 11__                          _____
                                                               Judge Jeremy Fogel

- 2 -

STIPULATION EXTENDING PAGE LIMIT FOR REPLY BRIEF
CASE NO. 5:08-CV-00536-JF (PSG)

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: October 4, 2011        ARBOGAST & BERNS LLP
                              6303 Owensmouth Ave., 10th Floor
                              Woodland Hills, CA 91367


                              By: /s/Jeffrey K. Berns

                              Attorneys for Plaintiff

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2011.

/s/ Jeffrey K. Berns
Jeffrey K. Berns