**\*\*E-Filed 10/12/2011\*\***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>MORTGAGE INVESTORS GROUP, INC., et al.,<br><br>                    Defendants. | Case Number 5:08-cv-00536-JF (PSG)<br><br>ORDER REFERRING MOTIONS TO EXCLUDE EXPERT TESTIMONY TO MAGISTRATE JUDGE PAUL GREWAL |

Defendant Countrywide's motion to exclude the expert testimony of Leonard H. Lyons (dkt entry 275) is hereby referred to Magistrate Judge Paul Grewal for disposition.  The Court is informed that Plaintiff intends to file a motion to exclude the testimony of one or more defense experts; that motion likewise is referred to Judge Grewal.  Counsel shall contact Judge Grewal's chambers to inquire about a hearing date for motions to exclude expert testimony.

IT IS SO ORDERED.


Dated: 10/12/2011

_____
JEREMY FOGEL
United States District Judge