1   BROOKS R. BROWN (SBN 250724)
    *bbrown@goodwinprocter.com*
2   STEVEN A. ELLIS (SBN 171742)
    *sellis@goodwinprocter.com*
3   **GOODWIN PROCTER LLP**
    601 S. Figueroa Street, 41st Floor
4   Los Angeles, California 90017
    Tel.:  213.426.2500
5   Fax:  213.623.1673

6   THOMAS M. HEFFERON (pro hac vice)
    *thefferon@goodwinprocter.com*
7   **GOODWIN PROCTER LLP**
    901 New York Avenue, N.W.
8   Washington, DC 20001
    Tel.:  202.346.4000
9   Fax:  202.346.4444

10  ROBERT B. BADER (SBN 233165)
    *rbader@goodwinprocter.com*
11  **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
12  San Francisco, California 94111
    Tel.:  415.733.6000
13  Fax:  415.677.9041

14  Attorneys for Defendant:
    *Countrywide Home Loans, Inc.*

15

16                    **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18                         **SAN JOSE DIVISION**

19  JAY RALSTON, On Behalf Of Himself And        Case No. 08-CV-00536 JF (PSGx)
    All Others Similarly Situated,
20                                               **[PROPOSED] ORDER GRANTING**
                                                 **COUNTRYWIDE HOME LOANS, INC'S**
21            Plaintiff,                         **ADMINISTRATIVE MOTION FOR**
                                                 **LEAVE TO FILE RESPONSE TO**
22       v.                                      **EVIDENTIARY AND PROCEDURAL**
                                                 **OBJECTIONS IN PLAINTIFF'S REPLY IN**
23  MORTGAGE INVESTORS GROUP, INC.;              **SUPPORT OF MOTION FOR CLASS**
    MORTGAGE INVESTORS GROUP, a                  **CERTIFICATION**
    general partnership; COUNTRYWIDE HOME
24  LOANS, INC. AND DOES 3-10,                   Date:        December 9, 2011
                                                 Time:        9:00 a.m.
25            Defendants.                        Courtroom:   3 - 5th Floor
                                                 Judge:       Hon. Jeremy Fogel
26

27

28

Order Granting Countrywide's Administrative Motion for
Leave to File Response to Objections in Plaintiff's Reply      Case No. 5:08-CV-00536-JF (PSG)

**Goodwin Procter LLP**
**601 S Figueroa St., 41st Floor**
**Los Angeles, California 90017**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING COUNTRYWIDE HOME LOANS, INC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO EVIDENTIARY AND PROCEDURAL OBJECTIONS IN PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Upon consideration of the Administrative Motion for Leave to File Response to Evidentiary and Procedural Objections in Plaintiff's Reply in Support of Motion for Class Certification, filed by defendant **Countrywide Home Loans, Inc.** ("CHL"), Plaintiff **Jay Ralston's** ("Plaintiff") response thereto, and having considered the arguments of counsel, **IT IS HEREBY ORDERED** as follows:

CHL's Administrative Motion is GRANTED.  CHL has leave to file the Response and supporting Declaration of Brooks R. Brown (and the documents referenced therein) attached to its Administrative Motion within two (2) court days of the date of this Order.

**IT IS SO ORDERED**.

Dated: _____, 2011

_____
HON. JEREMY FOGEL
United States District Judge

Order Granting Countrywide's Administrative Motion for
Leave to File Response to Objections in Plaintiff's Reply     Case No. 5:08-CV-00536-JF (PSG)

**Goodwin Procter LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California 90017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 28, 2011.

s/ Brooks R. Brown
Brooks R. Brown

Order Granting Countrywide's Administrative Motion for
Leave to File Response to Objections in Plaintiff's Reply          Case No. 5:08-CV-00536-JF (PSG)