1   BROOKS R. BROWN (SBN 250724)
    *bbrown@goodwinprocter.com*
2   STEVEN A. ELLIS (SBN 171742)
    *sellis@goodwinprocter.com*
3   **GOODWIN PROCTER** LLP
    601 S. Figueroa Street, 41st Floor
4   Los Angeles, CA  90017
    Tel.:  (213) 426-2500
5   Fax:  (213) 623-1673

6   THOMAS M. HEFFERON (pro hac vice)
    *thefferon@goodwinprocter.com*
7   **GOODWIN PROCTER** LLP
    Washington, DC  20001
8   Tel.:  202.346.4000
    Fax:  202.346.4444

9
    ROBERT B. BADER (SBN 233165)
10  *rbader@goodwinprocter.com*
    **GOODWIN PROCTER** LLP
11  Three Embarcadero Center, 24th Floor
    San Francisco, California 94111
12  Tel.:  415.733.6000
    Fax:  415.677.9041
13
    ***Attorneys for Defendant***
14  Countrywide Home Loans, Inc.

15  *[additional counsel listed on signature pages]*

16
                    **UNITED STATES DISTRICT COURT**
17
                  **NORTHERN DISTRICT OF CALIFORNIA**
18
                         **SAN JOSE DIVISION**
19

20  JAY RALSTON, individually and on behalf of    Case No. 5:08-CV-00536-JF (PSGx)
    all others similarly situated,
21                                                **JOINT STIPULATION AND [PROPOSED]**
                    Plaintiff,                    **ORDER RE: CASE MANAGEMENT**
22                                                **CONF. & PENDING SETTLEMENT**
            v.                                    **DISCUSSIONS**
23
    MORTGAGE INVESTORS GROUP, INC.;               Courtroom:    3 - 5th Floor
24  MORTGAGE INVESTORS GROUP, a                   Judge:        Hon. Jeremy Fogel
    general partnership; COUNTRYWIDE HOME
25  LOANS, INC.; and DOES 3-10,

26                  Defendants.

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE MGMT. CONF. & PENDING SETTLEMENT DISCUSSIONS                    5:08-CV-00536-JF (PSGx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JOINT STIPULATION AND ORDER RE: CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS

Pursuant to Fed. R. Civ. P. 6(b), Jay J. Ralston ("Plaintiff") and defendants Countrywide Home Loans, Inc. ("CHL"), Mortgage Investors Group, Inc., and Mortgage Investors Group (collectively, "Defendants") hereby jointly stipulate and request the Court to reset the Case Management Conference currently set for July 17, 2012 to a date convenient for the Court after December 10, 2012.

In support of this Joint Stipulation, the parties state as follows:

1. This is a putative class action brought by Plaintiff against Defendants, asserting claims for violation of the UCL.

2. By Minute Order dated May 22, 2012 ("Clerk's Notice") (Dkt. No. 373) this Court set a Case Management Conference ("CMC") for July 17, 2012.

3. Plaintiff and Defendants have agreed to explore a potential resolution of this matter with the assistance of a third-party mediator, Randall Wulff of Wulff Quinby Sochynsky, and have scheduled a two day mediation for November 28 and December 5, 2012. These mediation dates were the first available to Mr. Wulff, the parties and the parties' counsel.

4. In light of the pending mediation, the parties jointly request that this Court reschedule the July 17, 2012 CMC for a date to be determined after December 10, 2012.

5. The parties respectfully submit that there is good cause for this joint request. First, the requested brief extension of the CMC date and related deadlines will permit Plaintiff and Defendants to devote their attention and resources to preparing for and participating in the mediation. *Churchill Village, L.L.C. v. General Electric*, 361 F.3d 566 (9th Cir. 2004) (there is a strong judicial policy that favors class action settlements); *Class Plaintiffs v. City of Seattle*, 955 F.2d 1268, 1276 (9th Cir. 1992) (same). And, second, the requested extension will conserve the parties' and this Court's resources and avoid the potentially unnecessary expenditure of attorneys' fees and other litigation costs while the parties explore the possibility of a settlement. *See* Fed. R. Civ. P. 1 (federal rules "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding"). No party will be prejudiced by the requested extensions.

- 1 -

1         6.     No prior extension or adjustment of the deadlines set forth in the Order has been

2    sought by the parties.

3         WHEREFORE, for all the foregoing reasons, the parties jointly request that this Court reset

4    the Case Management Conference to a date convenient for the Court after  December 10, 2012.

5
                              Respectfully submitted,

6

7    Dated: July 10, 2012             /s/ Brooks R. Brown
                              BROOKS R. BROWN

8                                  *bbrown@goodwinprocter.com*
                              STEVEN A. ELLIS

9                                  *sellis@goodwinprocter.com*

10                                 **GOODWIN PROCTER LLP**
                              601 S. Figueroa Street, 41st Floor

11                                 Los Angeles, California 90017
                              Tel.:  213.426.2500

12                                 Fax:  213.623.1673

13                                 THOMAS M. HEFFERON (pro hac vice)
                              *thefferon@goodwinprocter.com*

14                                 **GOODWIN PROCTER LLP**
                              901 New York Avenue, N.W.

15                                 Washington, DC 20001
                              Tel.:  202.346.4000

16                                 Fax:  202.346.4444

17                                 ROBERT B. BADER
                              *rbader@goodwinprocter.com*

18                                 **GOODWIN PROCTER LLP**
                              Three Embarcadero Center, 24th Floor

19                                 San Francisco, California 94111
                              Tel.:  415.733.6000

20                                 Fax:  415.677.9041

21                                 Attorneys for Defendant:
                              *Countrywide Home Loans, Inc.*

22

23   Dated: July 10, 2012          By:    /s/ Roland P. Reynolds
                              ROLAND P. REYNOLDS

24                                 *rreynolds@pldlawyers.com*
                              **PALMER, LOMBARDI & DONOHUE LLP**

25                                 888 West 6th Street, 12th Floor
                              Los Angeles, CA 90017

26                                 Tel. 213.688.0430
                              Fax. 213.688.0440

27                                 Attorneys for Defendants: *Mortgage Investors*

28                                 *Group, Inc. and Mortgage Investors Group*

- 2 -

1    Dated: July 10, 2012                    By:    /s/ Jeffrey K. Berns
                                                    JEFFREY K. BERNS
2                                                   jberns@law111.com
                                                    LEE WEISS
3                                                   **BERNS WEISS, LLP**
                                                    20700 Ventura Blvd.  Suite 140
4                                                   Woodland Hills, CA 91364
                                                    Tel. 818.961.2000
5                                                   Fax. 818-999-1500

6
                                                    LORI E. ANDRUS
7                                                   lori@andrusanderson.com
                                                    JENNIE LEE ANDERSON
8                                                   jennie@andrusanderson.com
                                                    **ANDRUS ANDERSON LLP**
9                                                   155 Montgomery Street, Suite 900
                                                    San Francisco, CA 94104
10                                                  Tel. 415.986.1400
                                                    Fax. 415.986.1474
11
                                                    Attorneys for Plaintiff: *Jay J. Ralston*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE MGMT. CONF. & PENDING SETTLEMENT DISCUSSIONS                5:08-CV-00536-JF (PSGx)

1
## ORDER

2          Upon consideration of the parties' Stipulation and having good cause therefore, **IT IS**

3  **HEREBY ORDERED** that the Case Management Conference currently set for July 17, 2012 be

4  continued to December ___FI Ê___ 2012.

5

6          **IT IS ORDERED.**

7

8          Dated: ___R Ì ^ Á FF___, 2012          _____

9                                                  HON. JEREMY FOGEL
                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

**ATTESTATION OF SIGNATURE**
(N.D. CAL. GENERAL ORDER NO. 45)

Pursuant to N.D. Cal. General Order No. 45 § X(B), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained by all the signatories on July 10, 2012.

/s/ Brooks R. Brown
Brooks R. Brown

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE MGMT. CONF. & PENDING SETTLEMENT DISCUSSIONS          5:08-CV-00536-JF (PSGx)

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2012.

/s/ Brooks R. Brown
Brooks R. Brown

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CASE MGMT. CONF. & PENDING SETTLEMENT DISCUSSIONS          5:08-CV-00536-JF (PSGx)