Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (866) 582-8115

Attorney for Objector Susan House

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY J. RALSTON, On Behalf Of Himself And All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., MORTGAGE INVESTORS GROUP, a general partnership, COUNTRYWIDE HOME LOANS, INC. AND DOES 3-10,<br>Defendants | Case No. 08-cv-00536-JF (PSG)<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT**<br><br>Date:   August 26, 2013<br>Time:  10:00 a.m.<br>Place:  Courtroom 3<br>Judge:  Hon. Jeremy Fogel |

    Susan House mistakenly mailed her written objections to the USDC in San Francisco so they have not yet appeared on the docket in this San Jose case.  She also served them on counsel by mail as directed in the notice.

    Ms. House now withdraws her objections to the proposed settlement.  The objections were made in good faith based on the information in the notice of settlement but after conferring with class counsel, Ms. House now believes this settlement is favorable to the class and should be approved.

Dated:   August 14, 2013      /s/ Darrell Palmer

                                      DARRELL PALMER
                                      Attorney for Objector

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 14, 2013, I filed the foregoing using the court's ECF system and all parties were served by the ECF system.

Dated: August 14, 2013      /s/ Darrell Palmer

                                               DARRELL PALMER
                                               Attorney for Objector