\*\*E-Filed 9/19/2013\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAY J. RALSTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE INVESTORS GROUP, INC., et al.,<br><br>Defendants. | Case No. 5:08-cv-00536-JF (PSG)<br><br>JUDGMENT |

The Court having granted final approval of the class action settlement,

The action is HEREBY DISMISSED WITH PREJUDICE.

DATED: September 19, 2013

_____
JEREMY FOGEL
United States District Judge

Case No. 5:08-cv-00536-JF (PSG)
JUDGMENT